## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| LAURINDA DODGEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No.: |
| | ) | |
| AARP, | ) | **Jury Trial Demanded** |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW FOR EMPLOYMENT DISCRIMINATION

**NOW COMES** Plaintiff LAURINDA DODGEN by and through her attorney

Keenan J. Saulter of Saulter Law P.C. and for her Complaint for Employment

Discrimination against AARP states as follows:

1.     This action seeks redress for the violation of rights guaranteed to Plaintiff

by 42 U.S.C.§1981 to redress the deprivation under the color of statute, ordinance,

regulations, custom or usage of rights secured to Plaintiff by the Fourteenth

Amendment to the Constitution of the United States, namely the right to be free from

racial, gender and age discrimination in her public place of employment.

2.     Plaintiff also brings this action against Defendant AARP, for

employment discrimination pursuant to Title VII 42 U.S.C.§§2000(e) et seq.

## JURISDICTIONAL STATEMENT

3.     Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 1343(a)(3)

and (4) and 28 U.S.C. § 1331 to secure protection and redress deprivation of rights

secured by 42 U.S.C. § 1981. This court has jurisdiction over the Title VII claim

pursuant to 28 U.S.C. §1331, 28 U.S.C. §1343 (a)(3), and 42 U.S.C. §2000e-5(f)(3.

4.      On or about February 20, 2020 Plaintiff timely filed a Charge of Discrimination with the EEOC. It is attached hereto and incorporated by reference as Exhibit "A".

5.      Plaintiff received (via her attorney, the undersigned counsel) a Notice of Right to Sue on Plaintiff's charge on October 8, 2020. It is attached hereto and incorporated by reference as Exhibit "B".[1]

6.      Plaintiff timely files this Complaint for Employment Discrimination within ninety (90) days of her receipt of the Notice of Right to Sue Letter.

## VENUE

7.      Venue is proper under 28 U.S.C §1391(b)(2).

## PARTIES

8.      Plaintiff LAURINDA DODGEN is an African American female citizen of the United States who resides in the Northern District of Illinois, Eastern Division.

9.      Plaintiff DODGEN is older than forty (40) years of age.

10.     The Defendant AARP is a non-profit entity operating in the State of Illinois.

11.     The Defendant AARP employees more than 500 people and is subject to the herein referenced statutes.

---

[1] Please note that while the Right-To-Sue Letter was "dated" September 11, 2020, it was sent to the wrong physical address, returned by the United States Postal Service and then sent back to the undersigned counsel on October 8, 2020. See the attached envelop which shows the return to sender information etc.

## FACTS COMMON TO ALL COUNTS

12.     Ms. Dodgen was a stellar employee in the Illinois State Office, prior to being targeted and attacked by her two direct supervisors Bob Gallo and Mary Anderson due to her race (African American); color; sex (Female) and her age (over 40).

13.     Ms. Dodgen's past performance was so high, that she was elevated to the position of Interim National Vice-President a position in which she was recognized throughout the AAPR Organization for being a creative, effective and amazing leader and team player.

14.     A few short months after completing that assignment and according to Mary Anderson, Ms. Dodgen was incapable of doing her job on any level.

15.     In fact, that was not the case—instead Ms. Dodgen was targeted in a pretextual racist hit job, which shouldn't be tolerated in an organization with the ethos and corporate values that AARP subscribes too—and was no doubt illegal.

16.     As a result, Ms. Dodgen's career, psyche, financial standing, healthcare benefits, health and retirement has been irreparably harmed. She had planned to retire from AARP with a very generous retirement and benefits package that she was well on her way to fully earning/vesting in—this was all destroyed by the reign of discriminatory terror that she was subjected too by Gallo and Anderson.

**A.     Mrs. Dodgen's Career Prior to the Discriminatory Conduct and Hostile Work Environment was Created by B. Gallo and M. Anderson in January of 2019**

17.     August 3, 2010, Mrs. Dodgen has hit the ground running in her new position. Mrs. Dodgen attended the ASD and Diversity Training in May, which provided her with strong insight into the goals and challenges of the diversity work for

AARP. Mrs. Dodgen worked with Ms. Milan on the transition and quickly began
working on her objectives and measures for success for the diversity work in the three
neighborhoods. Mrs. Dodgen is working with the programs to expand their
programming and working with them to look to 2011 for innovative methods to involve
members in the minority communities.

18.     Mrs. Dodgen assumed the lead for the African American talk radio
station, WVON and worked with staff on the scheduled. Mrs. Dodgen assisted Ms.
Worman in the Rockford community, utilizing her connections in Rockford to provide
linkages to the health and AA/B community.

19.     On February 23, 2011, Mrs. Dodgen has demonstrated WORLD CLASS
attributes and behaviors with staff, Ex. Council members, volunteers and agencies she
is working with in her areas.

20.     On July 28, 2011, Mrs. Dodgen's Cultural Attributes were:

➤ Trustworthy: Consistently Exceeds

➤ Visionary: Consistently Exceeds

➤ Courageous: Consistently Exceeds

➤ Results Oriented: Consistently Exceeds

➤ Caring: Consistently Exceeds

➤ Engaging: Consistently Exceeds

➤ Energetic: Consistently Exceeds

21.     Mrs. Dodgen had many planning and implementation challenges the first
half of 2011 related to the organizational changes at AARP. Despite these challenges
she met the goal set forth in the first quarter and focused on Telling Our Story,

increase engagements of members, supporting the state team, and executing SNG MC efforts in the second quarter. Mrs. Dodgen has used this opportunity to become more involved in the portfolios for utilities, LTC, financial security and the Protect Seniors Campaign.

22.     Mrs. Dodgen has provided a detailed account of the objectives and goals she has accomplished in the first ½ year. She utilizes her program management skills in the planning and reporting of her accomplishments. She has routine communications with the DC MME staff, and with the lack of funding in the second quarter of 2011, she has developed a stronger working relationship with the portfolio leads and the Congressional and State advocacy work. Her involvement with the LTC advocacy resulted in filling busses with interested AARP members.

23.     Mrs. Dodgen had many planning and implementation challenges in 2011, and has delivered results to meet those challenges. She detailed the events that were planned and executed by AARP, with Mrs. Dodgen doing the majority of the work. She planned, executed and evaluated a Women's Health Fair, Health/Resource Fair, staffed several health fairs with volunteers.

24.     Mrs. Dodgen has been very visionary with the Community Kitchen and partnership with the Harold Washington Elementary School and Bridging Educational Services. Her collaboration with the community partners was very creative, and the finished products were exceptional. Mrs. Dodgen has gained many new volunteers through the events and programs and involved them in events such as the utility rally and lobbying trip to Springfield for the utility bill. She is meeting with the volunteers on a routine basis and they are planning upcoming events and developing their

leadership skills.

25.     She implemented new partnerships to address the hunger issue, working with established organizations to getting donations of food from the line dancers. She utilizes her program management skills in the planning and reporting of her accomplishments. She partnered with the LTC advocacy lead to provide five workshops for grandparents raising grandchildren.

26.     The MME programs and activities went from being specific to only MME communities, to the incorporation of Telling Our Story, supporting the portfolio teams involving volunteers and members in the utilities, LTC, financial security and the Protect Seniors campaigns

27.     Mrs. Dodgen has worked to integrate the MME work with the portfolio and advocacy work in the first half of 2012. Her volunteer group of 25 has planned events and staffed them with volunteers.

28.     A couple of major accomplishments of note is her work with the partnership to sponsor the AA/B Men's health meeting and the great turnout they have for the meetings and the rooftop garden. She has been able to move forward goals set forth in the health portfolio and the foundation goals of reducing hunger, while involving the newly recruited volunteers.

29.     Mrs. Dodgen works with Ms. Gooden, and Executive Council member, on a routine basis on the planning, implementing and follow-up on many of the projects in her Congressional Districts.

30.     Mrs. Dodgen trained many of her volunteers to take a strong role in the YEAS work, and they presented sessions and got the questionnaires completed,

working to achieve their goals. She also had great success with the partnership of the food depository, providing opportunities for the volunteers.

31.     Mrs. Dodgen's learning goals to better understand and become involved in the portfolio advocacy were achieved with her work in the State Capitol and her fellowship. She has increased her knowledge of the portfolio goals and used that information with her advocacy with the Black Caucus.

32.     One huge challenge has been with the Faith Based Initiative. Direction and materials were not received until the fall, and despite delay she worked at meeting the membership metric of 19,500. Her work with Trinity and Victory Apostolic has been very consuming, but due to her planning and volunteer management, very successful.

33.     Mrs. Dodgen has often exceeded her goals and is consistently improving her skills and knowledge to carry forth the portfolio and MME goals for AARP Illinois. Now that she has a strong cornerstone for the MME programs, she is planning for a productive 2013.

34.     Mrs. Dodgen has done well working towards meeting her outreach, MME and advocacy objectives this year.

35.     She has done well continuing to build our relationships with several large churches in the Chicago area, the highlight of which was the very well-attended CD 2 debate hosted at Victory Apostolic Church in Matteson.

36.     She has made a noticeable effort to improve her legislative advocacy skills by working with the Aging Justice Program and coming to Springfield to lobby the Social Security offset bill to which she added 11 co-sponsors.

37.     Her community outreach and MME work, outside of the church work, is

also on track through speaking engagements on a variety of issues, our WVON

relationship, and working with Experience Corps and Governor's State.

38.     Mrs. Dodgen's work toward meeting her objectives continues with a busy

second half of the year with planned work on YEAS, additional church activities, and

other MME and outreach work.

39.     Mrs. Dodgen consistently exceeded the objectives she was expected to

meet during 2013. She rarely needs guidance; embraces and understands the need for

change; is an independent and creative thinker; consistently takes on new

projects/work; consistently produces successful results; is recognized by her colleagues

as a strong collaborator; and she is always open to assist others on the Illinois team

and elsewhere in the association.

40.     Mrs. Dodgen is a creative thinker and a strong partnership builder who
works

hard to make sure the work she does is successful.

41.     When Mrs. Dodgen takes on a new issue or a new project, she does it with

enthusiasm and tirelessly works to make sure she knows everything she must know to

be successful.

42.     Mrs. Dodgen worked very hard during 2014 and often exceeded her

objectives. She excelled at using her outreach skills to attain results on AARP's AA/B

MME work in Chicago and the South Suburbs, mostly through relationships she has

established with several mega-churches.

43.     Most notably for 2014, Mrs. Dodgen accepted the staff lead on Work and

Save legislation (Illinois Secure Choice) and Illinois became the first state in the nation

to make a comprehensive program state law, meeting a major AARP dashboard

measure.

44. Mrs. Dodgen developed deeper, strategic relevance in all CD (1, 2, 7)

w/AARP members, volunteers, elected officials & other partners to expand reach and

impact across IL.

- ➤ Strengthened state/local capacity to reach new multicultural audiences through deeper work on social agenda issues in the AA/B communities.

- ➤ Increased relevance/engagement of our outreach and advocacy work among 50-64-year-olds across Illinois.

- ➤ Advocated for passage and enactment of the CARE Act, defended against potential cuts to Illinois' HBCS and to enrollees within these programs on Medicaid.

- ➤ Achieved outcomes of FS Campaign to strengthen retirement security including signing and implementation of work and save legislation (i.e. Illinois Secure Choice).

- ➤ Protected and saved money for Illinoisans against unfair utility and telecom industry reforms.

- ➤ Recruited and engaged new volunteers, effective engagement of volunteer teams, achieved significant progress toward building a volunteer structure that is defined and integrated with targeted community work.

- ➤ Engaged in livable/age friendly community building awareness and action in communities of Chicago/Cook County.

- ➤ Increased partnerships within the Faith Based community and BGLO by creating a strategic social impact agenda.

45. Mrs. Dodgen displays AARP's leadership behaviors consistently, and she

uses these behaviors to help and collaborate with AARP colleagues across the

country.

46.     Mr. Gruenenfelder were impressed with consistent recognition she received throughout the year from AARP colleagues in the national office and across state offices.

47.     In the past, Managers have had concerns with untimely communication with their SOA and handling some of the administrative functions of the job when planning events, but they have seen significant improvement and expect that to continue.

48.     Based off of Mr. Gruenenfelder's comments and displayed in the work done by Mrs. Dodgen in 2015 described in her self-evaluation, she often exceeded her expectations for 2015 and look to more great successes in 2016.

49.     Mrs. Dodgen's collaboration on work with others was brought to Ms. Haughton's attention by ASD associates and ASDs in other states.

50.     Being a team player that can think on a dime and pivot to assist others is an excellent leadership trait.

51.     Mr. Gruenenfelder has consistently seen recognition come your way from others across the country (AARP & AARP Foundation) and believes your work is a strong example how AARP staff can take an Enterprise-wide view.

52.     Aside from consistently exhibiting all of the AARP leadership behaviors in Mrs. Dodgen's work with staff and volunteers, Ms. Haughton has observed her coaching and mentoring the Experience Corps and RSVP staff members.

53.     This effort has built a more collaborative relationship with EC and AARP and has extended to the RSVP staff members.

54.     In these relationships, Mrs. Dodgen has become a go-to-person and

created a "staff-like" team that continues to grow.

55.     Recently awarded Best use of OCE Flex Funds is a testament to Mrs. Dodgen's over the top innovative efforts.

56.     The Chosen Few House event tapped into a new audience for AARP and built relevance by meeting people where they live.

57.     Cultural events are relationship builders and Mrs. Dodgen has hit the high-water mark on most of the events that she's involved with - so much so that her associates across the country call her to strategize.

58.     Mrs. Dodgen's ability to negotiate and collaborate with community, business and internal AARP partners nets AARP great results.

59.     Mrs. Dodgen's innovative and creative outreach strategies and tactics helped to bring AARP to more people age 50-64 in the AA/B communities.

60.     The creative and strategic "assists" that Mrs. Dodgen gives to her fellow ASDs in Illinois and across the country are benefiting the entire enterprise.

61.     Sometimes Mrs. Dodgen moves so fast that others have a hard time staying abreast of her work so that they can be more helpful.

62.     Ms. Haughton suggests this is something that she'd like her to work on in 2017.

63.     Excellent use of available resources to deliver impact in Mrs. Dodgen's ECP and to assist co-workers across the state and enterprise.

64.     Mrs. Dodgen's skills at developing volunteer leaders that are trained to handle both advocacy and outreach efforts without her presence has advanced her efforts again in 2018.

65.     The volunteer recruitment efforts in Bronzeville that was standing room only, Mrs. Dodgen and her continued engagement and that of her associations with those individuals has prepared many volunteer leaderships in the coming year.

66.     Each event/activity prioritized 50+ multicultural and multigenerational audiences in ways that creatively increased engagement by showing up differently in community.

67.     The data/metrics on Mrs. Dodgen's events were exceptional and exceeded expectations.

68.     AARP is known in the community because of the work Mrs. Dodgen's is doing. Mrs. Dodgen's ability to collaborate with internal and external AARP community partners, business and political influences and volunteers at all levels expands AARP's reach and the depth of work throughout the state.

69.     In addition to the collaborative work Mrs. Dodgen has done in Illinois with her co-workers, she was able to translate her skills to build national (internal and external contacts) enterprise wide as interim VP AA/B with MCL.

70.     Mrs. Dodgen, taking on the Interim AA/B VP position with MCL was a great opportunity for her to call on all of her past work experiences and creativity to excel in that work.

71.     The feedback from MCL was exceptional as was the effort that she continued to pour into the work here in Illinois.

72.     Mrs. Dodgen achieved her objectives for the year on advocacy and social change.

73.     To begin the year, Mrs. Dodgen took AARP on the passage of work and

save with gubernatorial signing of the Illinois Secure Choice Savings Program Act.

74.     Mrs. Dodgen continued to maintain AARP's faith-based partnerships, all of the events/activities they host with AARP and managed all the volunteers working on our issues.

75.     Some of those events, such as the male health forum, have become self-sufficient with AARP volunteers leading and organizing the work.

76.     Mrs. Dodgen also broadened her connections with churches this year throughout establishing partnerships and collaborations with Top Box Foods.

77.     Mrs. Dodgen helped Top Box, which has a partnership in the national office with AARP Foundation, expand and improve upon their work thereby helping them meet the goals of their grant with the Foundation.

78.     As Mrs. Dodgen describes in her objective summary, expanding AARP's reach across Chicago via helping with collaborations with Experience Corps, AARP Foundation (*e.g.* Chicago Sky), RSVP, Connecting Caregivers to Community, Women's Legislative Leadership Program and Delta Sigma Theta.

79.     These collaborations are helping AARP, and not just AARP Illinois establish its presence in Chicago.

80.     Mrs. Dodgen also helped the national office quite a bit working with MME on several national events as she described.

81.     Mrs. Dodgen also continued to lead our work with state and federal elected officials and began building AARP's strength on local advocacy in Chicago by meeting with and securing relationships with Chicago city aldermen.

82.     Finally, Mrs. Dodgen organized several events in Chicago, most of which

expand or maintain AARP's reach with AA/B audiences.

83.    Mrs. Dodgen's has teams of volunteers in various areas of Chicago that help her accomplish her work, and she understands the continuing need to grow and expand the volunteer core in 2016, specifically focusing on developing volunteer leaders.

**B.    Evidence of M. Anderson's Overt Racism and Physical and Verbal Aggression Against Minorities**

84.    Prior to becoming Mrs. Dodgen's direct supervisor in January of 2019, Mary Anderson (a white female) has previously been an independent contractor/contract employee for AARP first in 2015, and second in 2017. In both instances she was retained by Bob Gallo (a white male).

85.    While in a strategy meeting during 2015, Ms. Carmenza Milan (a minority/diverse female employee) and Mrs. Dodgen (a minority/diverse female employee) were discussing something while Anderson was talking.

86.    Shockingly, Anderson clapped her hands and snapped her fingers in both Ms. Milan's and Mrs. Dodgen's faces telling them not to speak while she was talking.

87.    Both Ms. Milan and Mrs. Dodgen were emotionally distraught regarding Anderson's conduct (which constitute a crime and a tort pursuant to the applicable Illinois Law2) about the incident.

---

[2] An Assault is the crime or tort of threatening or attempting to inflict immediate offensive physical contact or bodily harm that one has the present ability to inflict and that puts the victim in fear of such harm or contact.

*See also Assault – 720 ILCS 5/12-1 (effective 2011).* The crime of assault, pursuant to Illinois statute, occurs when a person engages in conduct that places another person in a reasonable apprehension of fear. Illinois law does not require you to have physically harmed someone to be charged with the crime of assault. Someone can be charged with assault for engaging in conduct such as raising a hand or fist to another or pointing a weapon or dangerous object at someone in a threatening manner.

88.     Ms. Milan was so emotionally distraught that she left the meeting and refused to return and be in Anderson's presence.

89.     Ms. Milan reported this discriminatory and hostile conduct by Anderson to Mr. Ryan Grunenfelder (Milan's and Dodgen's direct supervisor at the time).

90.     Ms. Milan advised that Anderson's conduct was culturally insensitive and inappropriate in a professional setting.

91.     The following week, Anderson acknowledged her racist hostility and criminal conduct by calling to apologize to Ms. Milan and Mrs. Dodgen regarding her behavior during the meeting.

## C.     Racist Stereotypes—Angry Black Woman Troupe

92.     Mrs. Dodgen's first meeting was with Anderson on January 23, 2019 at 10:00 a.m. regarding Anderson and the disappointment that Mrs. Dodgen's volunteer, Ms. Chen, had regarding AARP not sponsoring the Lunar New Year Event.

93.     Anderson stated that she felt attacked by Mrs. Dodgen.

94.     Mrs. Dodgen stated that she was uncomfortable with this narrative as it is often applied to African American women which is a racial trope to state Mrs. Dodgen was "angry"[3].

95.     Mrs. Dodgen stated that she had not done or said anything to attack her.

96.     Anderson then stated that she felt she had to defend herself.

---

[3] This is a common stereotype used to discredit and discriminate against African American Women.  *See* "*The angry black woman: the impact of pejorative stereotypes on psychotherapy with black women.*" https://www.ncbi.nlm.nih.gov/pubmed/24188294. Last visited on 10/22/2019.

*See also*: "Serena Williams and the trope of the 'angry black woman'" Sept. 11, 2018. https://www.bbc.com/news/world-us-canada-45476500. Last visited on 10/22/2019.

97. Mrs. Dodgen stated there was no need to defend herself because she did not have power in the decision that was made not to sponsor an event in the AA/PI community and that Mrs. Dodgen was aware that Gallo made the decision.

98. Mrs. Dodgen stated her disagreement with the decision and that Ms. Chen (volunteer) felt that Gallo was neglectful of the AA/PI community and did not want to put effort or money into that outreach.

99. Ms. Chen has felt that AARP Illinois has been neglectful in the community as well as Gallo being disrespectful and dismissive of the Asian community.

## D.  Anderson's Continued Harassment of Mrs. Dodgen—Hostile Work Environment

100. Mrs. Dodgen asked Anderson when they would be able to go over sponsorships in their one-on-one May 16, 2019 at 10:00 a.m.

101. Anderson stated that she wanted to go over the discussion with the team to see how it fit within their Chicago strategy.

102. Each team meeting, each Monday (May 20, 2019 and May 27, 2019) Mrs. Dodgen would not be added to the agenda and/or was told prior to the meeting that there was no time to discuss the issue at the meeting.

103. During their one-on-one they went over several sponsorships and Mrs. Dodgen emailed the sponsorships to Anderson's email.

104. Anderson stated that Mrs. Dodgen would not have time to discuss the sponsorships during the MCL meeting but could discuss it at the next team meeting.

105. Mrs. Dodgen stressed the importance of making a decision due to the timeframe of the request and the event dates to take place.

106. During their next one-on-one, Gallo was present, and Mrs. Dodgen again

brought up the sponsorships.

107. Anderson stated that they did not have time at the MCL but hey would make time at the next meeting.

108. At the next meeting, they again ran out of time.

109. Mrs. Dodgen stated at the end of the meeting that she was supposed to speak about her sponsorships.

110. Anderson stated that they could discuss it during their one-on-one and make a decision.

111. Mrs. Dodgen stated that Anderson initially said that Mrs. Dodgen needed team discussion and now it is ok to decide during their one-one-one which was wasted time that could have been used for work.

112. Anderson then stated that she thought they could do it during the MCL but ran out of time.

113. Mrs. Dodgen stated she had to leave for a meeting (team meeting was going over).

114. Mrs. Dodgen packed her things to leave for another meeting in Country Club Hills.

115. Mrs. Dodgen had difficulty getting on the agenda due to time or not letting Anderson know and stated Mrs. Dodgen could be added to the agenda and then during their one-on-one she stated it is her responsibility to make sure she remembers to add her to the agenda (Gallo was present during the meeting) but colleagues are added easily.

116. Mrs. Dodgen returned from her sick leave on July 12, 2019, Anderson

stated she had been emailing and calling Mrs. Dodgen with no response all day and did not know whether she had come to work.

117. The day prior, Mrs. Dodgen notified Anderson that she would be returning to the office because she felt better, and she requested again for her to bring in a doctor's note. Which was counter to AARP Policy and Ms. Dodgen's HIPPA Rights.

118. Mrs. Dodgen had several meetings with colleague's that morning and during one conversation, at approximately 9:30 am, D. Anderson stated to (Ms. Hedderman, Ms. Love and Mrs. Dodgen) Anderson called her four times to inquire who was in the office.

119. Anderson stated she told her who was in the office. Mrs. Dodgen had computer difficulties and was unable to log onto her computer.

120. Mrs. Dodgen also did not have access to her cell phone and had left it at home. Ms. Love assisted Mrs. Dodgen with getting into the computer so she could check her emails.

121. Mrs. Dodgen saw several emails from Anderson asking where she was. Another email stated she saw Mrs. Dodgen had email issues but did not call her and to give her a call.

122. Mrs. Dodgen called Anderson and she began to berate her asking her why she hadn't called her, and it is AARP's policy for staff to check in after leave.

123. She stated she had called her several times on her work and cell phone and she didn't answer. Therefore, Mrs. Dodgen was not being honest about her whereabouts.

124. Mrs. Dodgen stated to Anderson she had been in the office since 8:30 a.m.

and had computer difficulties, which she sent her an email about.

125.    Anderson continued to ask why Mrs. Dodgen did not contact her. Anderson then asked about the doctor's note and told Mrs. Dodgen she needed to leave if she did not have it.

126.    Anderson asked if Mrs. Dodgen had seen her email and asked her to read it to her. Mrs. Dodgen restated her question and said, "Are you asking me to read your email?", Anderson said yes, "Can you comprehend the email?"

127.    Anderson stated that all of the items needed to be completed by Monday and she would discuss Mrs. Dodgen's insubordination on Monday.

128.    Anderson also stated "*Laurinda you are this close*" to which Mrs. Dodgen did not respond.

## E.    Use of computer during meetings (stated that Mrs. Dodgen does not participate)—Disparate Treatment

129.    Mrs. Dodgen has been admonished for not participating in meetings as well as the use of her computer.

130.    For the past nine years Mrs. Dodgen has always brought her computer to staff meetings.

131.    Additionally, her colleague, Ms. Hedderman (a similarly situated white female co-worker), has as well.

132.    Often, Mr. Obregon Hedderman (a similarly situated white male co-worker) will have his computer on the meetings mentioned in Mrs. Dodgen's PIP.

**F.    Bob stating that Mrs. Dodgen has Changed since Having the IVP Role (Racist Troupe)**

133.    In a meeting with Gallo and Anderson on April 23, 2019; Gallo stated that Mrs. Dodgen has acted differently and has not had the same work output since she came back from her interim assignment.

134.    Gallo stated that her colleagues have mentioned a change and was worried about her and that they care about her.

135.    Mrs. Dodgen stated that if they cared they would have addressed their concerns with her wellbeing to her directly.

136.    Anderson interrupted and yelled "That's why we are here today" while pointing across the table in Mrs. Dodgen's face.

137.    Mrs. Dodgen told Gallo that she felt attacked by Anderson's outburst and aggressive tone/physical demeanor.

138.    Mrs. Dodgen spoke to her colleagues about Gallo's statements (Ms. Hedderman, Mr. Obregon, Ms. Worman); each stated that they had not shared any concerns with Gallo or Anderson and would have come to her directly if there was an issue.

139.    Gallo also mentioned that Mrs. Dodgen has been different since the interim assignment (day of her PIP on June 10, 2019; Gallo, Mrs. Dodgen, Anderson were present in the room with HR on the phone) and a decrease is evident on her year-end review (see review from Gallo, which was favorable comments, however, he scored Mrs. Dodgen a 3 which is the lowest she has been scored to date of employment).

140.    Sadly, Gallo's untrue characterization of Ms. Dodgen falls into the

common racist troupe of Ms. Dodgen somehow being "uppity"[4] after having attained a

high position as a person of color that she earned on her own merits and performed in

to a high level.

141.    Gallo stated that Ms. Hedderman and Ms. Haughton agreed. When Mrs.

Dodgen asked both employees, they stated they never made those comments.

142.    Conversely—Ms. Haughton stated that she wrote a favorable mid-year

review which cannot be found in the system.

## G.    Undermining and Sabotaging Ms. Dodgen's Ability to Work by Not approving Dodgen's Work/Sponsorships

143.    Anderson asked for their yearly budgets in early January 2019.

144.    Mrs. Dodgen's budget was submitted on February 1, 2019 at 6:41 p.m.

145.    They moved forward on sponsorship plans on June 12, 2019 while Mrs.

Dodgen's colleagues started working on their plans in the beginning of the year (Ms.

Worman worked on several projects many of which completed; (Ms. Hedderman

completed Lockport project planning; Mr. Obregon's projects fell through but were a

completion of 3-year project).

146.    Mrs. Dodgen has been told on several occasions in her one-on-one

meetings that she works in a silo and her colleagues do not and they work together

---

[4] *See*: "Yep, 'Uppity' Is Racist" A lot of people have no idea that the word "uppity," when applied to black people, has racist connotations, but it's getting harder and harder to understand how public figures, in particular, are able to maintain their ignorance of the term's history. Nov. 22, 2011.
https://www.theatlantic.com/politics/archive/2011/11/yep-uppity-racist/335160/
Last visited on 10/22/2019.

*See also*: "*Limbaugh Calls Obama "Uppity*"" Feb. 11, 2010.   https://newsone.com/437072/limbaugh-calls-obama-uppity/
Last visited on 10/22/2019.

(April 8, 2019 and April 23, 2019).

147.   Mrs. Dodgen has been told she needed to work on her communication and her colleagues all communicate on the work that they do.

148.   These comments were brought verbally and in writing.

149.   Mrs. Dodgen has addressed the silo comment and the lack of teamwork in a group meeting on May 25, 2019 (Mr. Obregon, Ms. Worman, Ms. Hedderman, Anderson) and staff stated that everyone works in a silo as well as that is the general structure of their office as well as the national office (Ms. Worman's specific statement).

150.   It was stated by Ms. Hedderman, that Mrs. Dodgen assists colleagues when asked and work as a team when on team projects.

151.   Mrs. Dodgen stated that she felt like she was stagnant and was waiting for this meeting per Anderson's request to start working on sponsorships.

152.   Ms. Hedderman also stated that she had not started working in Chicago and was waiting on a final strategy from the team.

153.   Ms. Hedderman stated that she had started working in Lockport.

154.   Ms. Worman stated that she felt bad because she had started working in communities and that Mrs. Dodgen should start working as well.

155.   Mrs. Dodgen stated that she was told they needed group consensus and the group stated that they did not have consensus when starting their work.

156.   Anderson did not make a comment during the exchange.

## H.    Points of PIP - Calling off one-on-one per emails provided

157.   Mrs. Dodgen has requested to meet by phone and/or to change to another

day.

158.   On June 5, 2019 Anderson was leaving and Mrs. Dodgen said to her when would she like to reschedule their meeting the following day (Thursday) and Anderson said she did not know as she was not going to be there.

159.   Mrs. Dodgen stated that the date for personal leave had been on her calendar for a month.

160.   Anderson stated she did not know that, looked very frustrated and came back to her office.

161.   Mrs. Dodgen stated that it was her daughter's graduation, but she could call in after the graduation if she would like.

162.   Anderson said no, "I need to meet with you in your face".

163.   A few moments later Ms. Hedderman came to Mrs. Dodgen and stated she too could not meet with Anderson, but Anderson was fine with her meeting by phone.

164.   Mrs. Dodgen then asked her other colleagues if they are allowed to meet by phone and they all stated yes, and it was not a problem.

I.     Calls are Allowed to be by phone if Anderson is out of the Office

165.   Anderson has no problems or issues when Ms. Hedderman requests to change a meeting; however, when Mrs. Dodgen requests to even meet by phone or change a date it is turned down.

166.   On July 1, 2019, Anderson, Ms. Cariello (HR) and Mrs. Dodgen had a meeting regarding Anderson's concerns with her conduct on June 26, 2019.

167.   On June 26, 2019 Anderson, Ms. Cariello and Mrs. Dodgen had a meeting to discuss AA/PI outreach. During the meeting Anderson asked if Mrs. Dodgen could

write a letter.

168.   Mrs. Dodgen stated that she was unable to do so that week due to a capacity issue.

169.   Anderson later sent her an email stating that Mrs. Dodgen was insubordinate in the meeting and characterized her response and the interaction in a demeaning way.

170.   Mrs. Dodgen stated that she disagreed with her assessment of the meeting and restated her position.

171.   Mrs. Dodgen followed up with an email.

172.   Anderson continued to use a negative stereotype in what she says Mrs. Dodgen stated and in what she says her demeanor was during the meeting.

173.   Subsequently, Mrs. Dodgen was told that due to her workload she would be unable to attend Delta Sigma Theta National Convention (an invite from MCL).

174.   This is retaliation based on the letter sent on Friday, June 28, 2019.

175.   Since the letter, Anderson has continued to have meetings and correspondence without HR or Gallo present as Mrs. Dodgen has requested since April 23, 2019.

## J.   Vacation Policy

176.   Mrs. Dodgen spoke to Gallo regarding issues staff had with Anderson regarding vacation and wanting them to request permission for vacation.

177.   Gallo stated that was not our culture and he didn't even ask for permission but notified his boss of vacation.

178.    Gallo stated he would talk to Anderson and she was currently taking management classes in DC.

179.    Gallo stated that Anderson said she didn't understand why she needed classes.

180.    Gallo then stated that he thought it was best for her to take the classes and Mrs. Dodgen commented that she managed heavy handed and agreed it was best.

181.    Mrs. Dodgen stated that she wanted her to be successful in her role and additional management training was needed.

182.    Anderson had complaints regarding Mrs. Dodgen not inputting items into the master calendar.

183.    Anderson stated all staff used this calendar except for Mrs. Dodgen.

184.    Mrs. Dodgen stated that she did not have any vacation to add at the time and would do so when she had planned a vacation.

185.    Mrs. Dodgen stated that she generally adds her managers to her vacation on the calendar.

186.    Anderson stated that wasn't necessary and wanted Mrs. Dodgen to use the system.

187.    After speaking with Ms. Hedderman and Ms. Haughton they both stated that Ms. Hedderman had similar output in 2018 but was not admonished for the output.

188.    Both Ms. Hedderman and Mrs. Dodgen had a sick child that was cared for in 2018 and arguably had similar outcomes; yet Ms. Hedderman received higher marks on her year-end review and was the Interim Manager.

189.   When Mrs. Dodgen took a personal day, Anderson stated that she was unaware of the date.

190.   Mrs. Dodgen stated it was on the portal as well as has been on her calendar for over a month.

191.   Anderson stated that she asked everyone to put their vacations on her calendar and Mrs. Dodgen was the only one that did not comply.

192.   Mrs. Dodgen asked all her colleagues if they were asked to add Anderson to emails.

193.   Ms. Worman and Mr. Obregon stated that it was mentioned.

194.   Ms. Hedderman stated she was never told to add Anderson and does not add Anderson to any of her vacations or personal time.

195.   Ms. Hedderman puts vacations on the portal like the entire staff and on her calendar only (conversation between Mr. Obregon, Ms. Worman, Ms. Hedderman and Mrs. Dodgen *via* text).

196.   In a meeting during the PIP as well as on June 12, 2019, Anderson stated she does not have access to the team calendar which is why she would like to go over vacation request verbally and would like them on her calendar.

197.   On June 11, 2020 during a companywide virtual townhall, CEO Jenkins (hereinafter "Ms. Jenkins") confirmed that there was in fact racism within the AARP organization as it relates to its employees.

198.   Ms. Jenkins explained that she had seen instances where African American employees receive less merit pay and fewer (or no) promotions even though they were qualified as compared to their white counterparts.

199. Ms. Jenkins went on to explain that she herself questioned why so many African American employees typically fall within the Category 3 for the Rating System in Employment Reviews, while many similarly performing White employees received Category 4 ratings for similar performance.

200. At that same presentation Ms. Edna Kane Williams Senior Vice-President for Multicultural Leadership for AARP (hereinafter "Ms. Kane-Williams") confirmed that she knew that microaggressions exacted against African American employees and other employees of color occurred frequently within the AARP employment experience.

201. Ms. Kane-Williams went on to explain that she herself had suffered from microaggressions from her white and male colleagues—one being suggesting that she seems angry all the time.

202. DODGEN suffered nearly identical treatment during her tenure with AARP and certainly during the subject time-period.

203. DODGEN expressed these concerns more than six months prior to the above-referenced town hall meeting, when a project DODGEN successfully revived was taken from her by GALLO and given to her white, male colleague without explanation.

204. Plaintiff attaches three Declarations hereto in support of her allegations.[5]

## COUNT I
## 42 U.S.C. §1981—RACE DISCRIMINATION

205. Plaintiff DODGEN repeats and realleges Paragraphs No. 1-203 as if fully stated herein.

---

[5] Exhibits "C" (from Rev. Dr. Aaron J. McCleod, Esq.), "D" (from David Vinkler) and "E" (from Gerardo Cardenas).

206.   The Defendant AARP subjected Plaintiff to a hostile work environment based on her race, African American, through severe and/or pervasive actions, thereby negatively altering the conditions of her employment and creating an abusive working environment.

207.   The Defendant failed to take any appropriate action to redress the discriminatory work conditions imposed on Plaintiff.

208.   The Defendant subjected Plaintiff to adverse actions based on her race, including but not limited to constructive termination and subjecting her to a hostile environment.

209.   The aforementioned acts and omissions of the Defendant constituted intentional discrimination against Plaintiff on the basis of her race, African American, and have deprived Plaintiff the enjoyment of all benefits, privileges, terms, and conditions of her employment relationship in violation of 42 U.S.C. § 1981.

210.   As a direct and proximate result of the Defendant's actions, Plaintiff has suffered emotional distress, lost wages and benefits, and other consequential damages.

## COUNT II
## Title VII—RACE DISCRIMINATION

211.   Plaintiff DODGEN repeats and realleges Paragraphs No. 1-209 as if fully stated herein.

212.   The Defendant subjected Plaintiff to a hostile work environment based on her race, African American, and color, through severe and/or pervasive actions, thereby negatively altering the conditions of her employment and creating an abusive working environment.

213. The Defendant failed to take any appropriate action to redress the discriminatory work conditions imposed on Plaintiff.

214. The Defendant subjected Plaintiff to adverse actions based on her race, and color, including but not limited to constructive termination, subjecting her to a hostile environment, and failing to give assignments based on Plaintiffs race and color.

215. The aforementioned acts or omissions of the Defendant constitutes unlawful discrimination against Plaintiff because of her race, color, and gender, in violation of the provisions of Title VII of the civil Rights Act of 1964, as amended, 42 U.S.C.§§2000e et seq.

216. As a direct and proximate result of the above-alleged willful and reckless acts or omissions of the Defendant, Plaintiff suffered damages, including but not limited to lost and foregone wages and benefits and physical and emotional harm.

## COUNT III
## 42 U.S.C. § 1981—GENDER DISCRIMINATION

217. Plaintiff DODGEN repeats and realleges Paragraphs No. 1-215 as if fully stated herein.

218. The Defendant subjected Plaintiff to a hostile work environment based on her gender, female, through severe and/or pervasive actions, thereby negatively altering the conditions of her employment and creating an abusive working environment.

219. The Defendant failed to take any appropriate action to redress the discriminatory work conditions imposed on Plaintiff.

220. The Defendant subjected Plaintiff to adverse actions based on her gender,

female, including but not limited to constructive termination, subjecting her to a hostile environment, and failing to give assignments based on Plaintiff's gender.

221. The aforementioned acts or omissions of the Defendant constitutes unlawful discrimination against Plaintiff because of her gender, in violation of 42 U.S.C. § 1981.

222. 42 U.S.C. § 1981 prohibits any individual or entity from subjecting, or causing to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

223. As a direct and proximate result of the above-alleged willful and reckless acts or omissions of the Defendant, Plaintiff suffered damages, including but not limited to lost and foregone wages and benefits and physical and emotional harm.

## COUNT IV
## Title VII—GENDER DISCRIMINATION

224. Plaintiff DODGEN repeats and realleges Paragraphs No. 1-222 as if fully stated herein.

225. The Defendant subjected Plaintiff to a hostile work environment based on

her gender, female, through severe and/or pervasive actions, thereby negatively altering the conditions of her employment and creating an abusive working environment.

226.   The Defendant failed to take any appropriate action to redress the discriminatory work conditions imposed on Plaintiff.

227.   The Defendant subjected Plaintiff to adverse actions based on gender, female, including but not limited to constructive termination, subjecting her to a hostile environment, and failing to give assignments based on Plaintiffs gender.

228.   The aforementioned acts or omissions of the Defendant constitutes unlawful discrimination against Plaintiff because of her race, gender, and age, in violation of the provisions of Title VII of the civil Rights Act of 1964, as amended, 42 U.S.C.§§2000e et seq.

229.   As a direct and proximate result of the above-alleged willful and reckless acts or omissions of the Defendant, Plaintiff suffered damages, including but not limited to lost and foregone wages and benefits and physical and emotional harm.

## COUNT V
## 42 U.S.C. § 1981—AGE DISCRIMINATION

230.   Plaintiff DODGEN repeats and realleges Paragraphs No. 1-228 as if fully stated herein.

231.   The Defendant AARP subjected Plaintiff to a hostile work environment based on her age, over forty (40) years of age, through severe and/or pervasive actions, thereby negatively altering the conditions of her employment and creating an abusive working environment.

232.   The Defendant failed to take any appropriate action to redress the discriminatory work conditions imposed on Plaintiff.

233.   The Defendant subjected Plaintiff to adverse actions based on her age including but not limited to constructive termination and subjecting her to a hostile environment.

234.   The aforementioned acts and omissions of the Defendant constituted intentional discrimination against Plaintiff on the basis of her age, over forty (40) years of age, and have deprived Plaintiff the enjoyment of all benefits, privileges, terms, and conditions of her employment relationship in violation of 42 U.S.C. § 1981.

235.   As a direct and proximate result of Defendants' actions, Plaintiff has suffered emotional distress, lost wages and benefits, and other consequential damages.

<u>COUNT VI</u>
<u>Title VII—AGE DISCRIMINATION</u>

236.   Plaintiff DODGEN repeats and realleges Paragraphs No. 1-234 as if fully stated herein.

237.   The Defendant subjected Plaintiff to a hostile work environment based on her age, over the age of 40 years old, through severe and/or pervasive actions, thereby negatively altering the conditions of her employment and creating an abusive working environment.

238.   The Defendant failed to take any appropriate action to redress the discriminatory work conditions imposed on Plaintiff.

239.   The Defendant subjected Plaintiff to adverse actions based on her age including but not limited to constructive termination, subjecting her to a hostile

environment, and failing to give assignments based on Plaintiffs age.

240.    The aforementioned acts or omissions of the Defendant constitutes unlawful discrimination against Plaintiff because of her race, gender, and age, in violation of the provisions of Title VII of the civil Rights Act of 1964, as amended, 42 U.S.C.§§2000e et seq.

241.    As a direct and proximate result of the above-alleged willful and reckless acts or omissions of the Defendant, Plaintiff suffered damages, including but not limited to lost and foregone wages and benefits and physical and emotional harm.

**WHEREFORE** Plaintiffs pray for the following relief:

(a) Declare the conduct of Defendant to violate the rights guaranteed to Plaintiff under appropriate Federal Law;

(b) Grant a permanent injunction restraining Defendant, its officers, successors, assigns, and all persons in active concert or participation with them, from engaging in any employment practice which unlawfully discriminates on the basis of race, gender and age;

(c) Order Defendant to make whole LAURINDA DODGEN by providing affirmative relief necessary to eradicate the effects of Defendant's unlawful practices;

(d) Award actual and compensatory damages in amounts to be determined at trial and prejudgment interest thereon in excess of $75,000.00;

(e) Order Defendant to pay lost, foregone, and future wages to LAURINDA DODGEN;

(f) Grant Plaintiff her reasonable attorney's fees, costs, disbursements; and

(g) Grant Plaintiff such further relief as the Court deems necessary and proper in the public interest.

**PLAINTIFF DEMANDS TRIAL BY JURY**

Keenan J. Saulter
Attorney for Plaintiff

Keenan J. Saulter
Saulter Law P.C.
900 Ridge Road, Suite 3SE
Homewood, Illinois 60430
(708) 573-0060 Telephone
(708) 573-0061 Facsimile
kjs@saulterlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAURINDA DODGEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No.: |
| | ) | |
| AARP, | ) | **Jury Trial Demanded** |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

### Exhibit "A"

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA ☒ EEOC | |

| Illinois Department of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| Laurinda Paschal Dodgen | (815)761-4375 | 08/30/1978 |

| Street Address | City, State and ZIP Code |
|---|---|
| 2584 Warm Springs Lane | Naperville, Illinois |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| AARP | 500+ | (866) 448-3613 |

| Street Address | City, State and ZIP Code |
|---|---|
| 222 N LaSalle Street, Suite 710 | Chicago, Illinois 60601 |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE  ☒ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 01/23/2019   Latest: 08/16/2019
01/23/2019   08/16/2019

☒ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

Ms. Dodgen endured harassment and discrimination by her former employer, AARP, based on her race, age, sex and gender.

For nearly 10 years, Ms. Dodgen was a stellar employee in the AARP Illinois State Office, prior to being targeted and attacked by her two direct supervisors Bob Gallo and Mary Anderson due to her race (African-American) her gender (Female) and her sexual orientation (heterosexual).

Ms. Dodgen's past performance was so high, that she was elevated to the position of Interim National Vice-President a position in which she was recognized throughout the AAPR Organization for being a creative, effective and amazing leader and team player.

A few short months after completing that assignment and according to Mary Anderson, Ms. Dodgen was incapable of doing her job on any level.

In fact, that was not the case—instead Ms. Dodgen was targeted in a pretextual racist hit job, which shouldn't be tolerated in an organization with the ethos and corporate values that AARP subscribes too—and was no doubt illegal.

As a result, Ms. Dodgen's career, psyche, financial standing, healthcare benefits, health and retirement has been irreparably harmed. She had planned to retire from AARP with a very generous retirement and benefits package that she was well on her way to fully earning/vesting in—this was all destroyed by the reign of discriminatory terror that she was subjected too by Gallo and Anderson.

Please see the attached documentation for additional detail and supporting documentation.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 02/20/2020   *Laurinda Paschal Dodgen* | Verified by PDFfiller 02/19/2020 |
| *Date*     *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

February 19, 2020
Mrs. Laurinda Dodgen v. AARP
Additional Information for Attachment to Charge of Discrimination

## I. Overview

Ms. Dodgen was a stellar employee in the Illinois State Office, prior to being targeted and attacked by her two direct supervisors Bob Gallo and Mary Anderson due to her race (African-American); color; sex (Female) and her age (over 40).

Ms. Dodgen's past performance was so high, that she was elevated to the position of Interim National Vice-President a position in which she was recognized throughout the AAPR Organization for being a creative, effective and amazing leader and team player.

A few short months after completing that assignment and according to Mary Anderson, Ms. Dodgen was incapable of doing her job on any level.

In fact, that was not the case—instead Ms. Dodgen was targeted in a pretextual racist hit job, which shouldn't be tolerated in an organization with the ethos and corporate values that AARP subscribes too—and was no doubt illegal.

As a result, Ms. Dodgen's career, psyche, financial standing, healthcare benefits, health and retirement has been irreparably harmed. She had planned to retire from AARP with a very generous retirement and benefits package that she was well on her way to fully earning/vesting in—this was all destroyed by the reign of discriminatory terror that she was subjected too by Gallo and Anderson.

## II. Relevant Facts/Liability

### A. Mrs. Dodgen's Career Prior to the Discriminatory Conduct and Hostile Work Environment was Created by B. Gallo and M. Anderson in January of 2019

1. August 3, 2010, Mrs. Dodgen has hit the ground running in her new position. Mrs. Dodgen attended the ASD and Diversity Training in May, which provided her with strong insight into the goals and challenges of the diversity work for AARP. Mrs. Dodgen worked with Ms. Milan on the transition and quickly began working on her objectives and measures for success for the diversity work in the three neighborhoods. Mrs. Dodgen is working with the programs to expand their programming and working with them to look to 2011 for innovative methods to involve members in the minority communities[1].

---

[1] See Plaintiff_00130

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

Mrs. Dodgen assumed the lead for the African American talk radio station, WVON and worked with staff on the scheduled. Mrs. Dodgen assisted Ms. Worman in the Rockford community, utilizing her connections in Rockford to provide linkages to the health and AA/B community.

2.  In February 23, 2011, Mrs. Dodgen has demonstrated WORLD CLASS attributes and behaviors with staff, Ex. Council members, volunteers and agencies she is working with in her areas[2].

3.  In July 28, 2011, Mrs. Dodgen's Cultural Attributes were:

    ➢ Trustworthy: Consistently Exceeds

    ➢ Visionary: Consistently Exceeds

    ➢ Courageous: Consistently Exceeds

    ➢ Results Oriented: Consistently Exceeds

    ➢ Caring: Consistently Exceeds

    ➢ Engaging: Consistently Exceeds

    ➢ Energetic: Consistently Exceeds[3]

4.  Mrs. Dodgen had many planning and implementation challenges the first half of 2011 related to the organizational changes at AARP. Despite these challenges she met the goal set forth in the first quarter and focused on Telling Our Story, increase engagements of members, supporting the state team, and executing SNG MC efforts in the second quarter. Mrs. Dodgen has used this opportunity to become more involved in the portfolios for utilities, LTC, financial security and the Protect Seniors Campaign.

Mrs. Dodgen has provided a detailed account of the objectives and goals she has accomplished in the first ½ year. She utilizes her program management skills in the planning and reporting of her accomplishments. She has routine communications with the DC MME staff, and with the lack of funding in the second quarter of 2011, she has developed a stronger working relationship with the portfolio leads and the

---

[2] *See* Plaintiff_00122

[3] *See* Plaintiff_00108

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

Congressional and State advocacy work. Her involvement with the LTC advocacy resulted in filling busses with interested AARP members[4].

5.      Mrs. Dodgen had many planning and implementation challenges in 2011, and has delivered results to meet those challenges. She detailed the events that were planned and executed by AARP, with Mrs. Dodgen doing the majority of the work. She planned, executed and evaluated a Women's Health Fair, Health/Resource Fair, staffed several health fairs with volunteers.

Mrs. Dodgen has been very visionary with the Community Kitchen and partnership with the Harold Washington Elementary School and Bridging Educational Services. Her collaboration with the community partners was very creative, and the finished products were exceptional. Mrs. Dodgen has gained many new volunteers through the events and programs, and involved them in events such as the utility rally and lobbying trip to Springfield for the utility bill. She is meeting with the volunteers on a routine basis and they are planning upcoming events, and developing their leadership skills.

She implemented new partnerships to address the hunger issue, working with established organizations to getting donations of food from the line dancers. She utilizes her program management skills in the planning and reporting of her accomplishments. She partnered with the LTC advocacy lead to provide five workshops for grandparents raising grandchildren.

The MME programs and activities went from being specific to only MME communities, to the incorporation of Telling Our Story, supporting the portfolio teams involving volunteers and members in the utilities, LTC, financial security and the Protect Seniors campaigns[5].

6.      Mrs. Dodgen has worked to integrate the MME work with the portfolio and advocacy work in the first half of 2012. Her volunteer group of 25 has planned events and staffed them with volunteers.

A couple of major accomplishments of note is her work with the partnership to sponsor the AA/B Men's health meeting and the great turnout they have for the meetings and the rooftop garden. She has been able to move forward goals set forth in the health portfolio and the foundation goals of reducing hunger, while involving the newly recruited volunteers.

---

[4] *See* Plaintiff_00110

[5] *See* Plaintiff_00102

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

Mrs. Dodgen works with Ms. Gooden, and Executive Council member, on a routine basis on the planning, implementing and follow-up on many of the projects in her Congressional Districts[6].

7.    Mrs. Dodgen trained many of her volunteers to take a strong role in the YEAS work, and they presented sessions and got the questionnaires completed, working to achieve their goals. She also had great success with the partnership of the food depository, providing opportunities for the volunteers.

Mrs. Dodgen's learning goals to better understand and become involved in the portfolio advocacy were achieved with her work in the State Capitol and her fellowship. She has increased her knowledge of the portfolio goals and used that information with her advocacy with the Black Caucus.

One huge challenge has been with the Faith Based Initiative. Direction and materials were not received until the fall, and despite delay she worked at meeting the membership metric of 19,500. Her work with Trinity and Victory Apostolic has been very consuming, but due to her planning and volunteer management, very successful.

Mrs. Dodgen has often exceeded her goals and is consistently improving her skills and knowledge to carry forth the portfolio and MME goals for AARP Illinois. Now that she has a strong cornerstone for the MME programs, she is planning for a productive 2013[7].

8.    Mrs. Dodgen has done well working towards meeting her outreach, MME and advocacy objectives this year.

She has done well continuing to build our relationships with several large churches in the Chicago area, the highlight of which was the very well-attended CD 2 debate hosted at Victory Apostolic Church in Matteson.

She has made a noticeable effort to improve her legislative advocacy skills by working with the Aging Justice Program and coming to Springfield to lobby the Social Security offset bill to which she added 11 co-sponsors.

Her community outreach and MME work, outside of the church work, is also on track through speaking engagements on a variety of issues, our WVON relationship, and working with Experience Corps and Governor's State.

---

[6] *See* Plaintiff_00092

[7] *See* Plaintiff_00085

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

Mrs. Dodgen's work toward meeting her objectives continues with a busy second half of the year with planned work on YEAS, additional church activities, and other MME and outreach work[8].

9.     Mrs. Dodgen consistently exceeded the objectives she was expected to meet during 2013. She rarely needs guidance; embraces and understands the need for change; is an independent and creative thinker; consistently takes on new projects/work; consistently produces successful results; is recognized by her colleagues as a strong collaborator; and she is always open to assist others on the Illinois team and elsewhere in the association.

Mrs. Dodgen is a creative thinker and a strong partnership builder who works hard to make sure the work she does is successful.

When Mrs. Dodgen takes on a new issue or a new project, she does it with enthusiasm and tirelessly works to make sure she knows everything she must know to be successful[9].

10.     Mrs. Dodgen worked very hard during 2014 and often exceeded her objectives. She excelled at using her outreach skills to attain results on AARP's AA/B MME work in Chicago and the South Suburbs, mostly through relationships she has established with several mega-churches.

Most notably for 2014, Mrs. Dodgen accepted the staff lead on Work and Save legislation (Illinois Secure Choice) and Illinois became the first state in the nation to make a comprehensive program state law, meeting a major AARP dashboard measure[10].

11.     Mrs. Dodgen developed deeper, strategic relevance in all CD (1, 2, 7) w/AARP members, volunteers, elected officials & other partners to expand reach and impact across IL.

➢ Strengthened state/local capacity to reach new multicultural audiences through deeper work on social agenda issues in the AA/B communities.

➢ Increased relevance/engagement of our outreach and advocacy work among 50-64-year-olds across Illinois.

---

[8] *See* Plaintiff_00078

[9] *See* Plaintiff_00069

[10] *See* Plaintiff_00002

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

➢ Advocated for passage and enactment of the CARE Act, defended against potential cuts to Illinois' HBCS and to enrollees within these programs on Medicaid.

➢ Achieved outcomes of FS Campaign to strengthen retirement security including signing and implementation of work and save legislation (i.e. Illinois Secure Choice).

➢ Protected and saved money for Illinoisans against unfair utility and telecom industry reforms.

➢ Recruited and engaged new volunteers, effective engagement of volunteer teams, achieved significant progress toward building a volunteer structure that is defined and integrated with targeted community work.

➢ Engaged in livable/age friendly community building awareness and action in communities of Chicago/Cook County.

➢ Increased partnerships within the Faith Based community and BGLO by creating a strategic social impact agenda[11].

12. Mrs. Dodgen displays AARP's leadership behaviors consistently, and she uses these behaviors to help and collaborate with AARP colleagues across the country.

Mr. Gruenenfelder were impressed with consistent recognition she received throughout the year from AARP colleagues in the national office and across state offices.

In the past, Managers have had concerns with untimely communication with their SOA and handling some of the administrative functions of the job when planning events, but they have seen significant improvement and expect that to continue[12].

13. Based off of Mr. Gruenenfelder's comments and displayed in the work done by Mrs. Dodgen in 2015 described in her self-evaluation, she often exceeded her expectations for 2015 and look to more great successes in 2016[13].

14. Mrs. Dodgen's collaboration on work with others was brought to Ms. Haughton's attention by ASD associates and ASDs in other states.

---

[11] *See* Plaintiff_00005

[12] *See* Plaintiff_00051

[13] *See* Plaintiff_00052

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

Being a team player that can think on a dime and pivot to assist others is an excellent leadership trait.

Mr. Gruenenfelder has consistently seen recognition come your way from others across the country (AARP & AARP Foundation) and believes your work is a strong example how AARP staff can take an Enterprise-wide view[14].

15.     Aside from consistently exhibiting all of the AARP leadership behaviors in Mrs. Dodgen's work with staff and volunteers, Ms. Haughton has observed her coaching and mentoring the Experience Corps and RSVP staff members.

This effort has built a more collaborative relationship with EC and AARP and has extended to the RSVP staff members.

In these relationships, Mrs. Dodgen has become a go-to-person and created a "staff-like" team that continues to grow[15].

16.     Recently awarded Best use of OCE Flex Funds is a testament to Mrs. Dodgen's over the top innovative efforts.

The Chosen Few House event tapped into a new audience for AARP and built relevance by meeting people where they live.

Cultural events are relationship builders and Mrs. Dodgen has hit the high-water mark on most of the events that she's involved with - so much so that her associates across the country call her to strategize.

Mrs. Dodgen's ability to negotiate and collaborate with community, business and internal AARP partners nets AARP great results[16].

17.     Mrs. Dodgen's innovative and creative outreach strategies and tactics helped to bring AARP to more people age 50-64 in the AA/B communities.

The creative and strategic "assists" that Mrs. Dodgen gives to her fellow ASDs in Illinois and across the country are benefiting the entire enterprise.

Sometimes Mrs. Dodgen moves so fast that others have a hard time staying abreast of her work so that they can be more helpful.

---

[14] *See* Plaintiff_00044

[15] *See* Plaintiff_00042

[16] *See* Plaintiff_00043

Ms. Haughton suggests this is something that she'd like her to work on in 2017[17].

18.  Excellent use of available resources to deliver impact in Mrs. Dodgen's ECP and to assist co-workers across the state and enterprise[18].

19.  Mrs. Dodgen's skills at developing volunteer leaders that are trained to handle both advocacy and outreach efforts without her presence has advanced her efforts again in 2018[19].

20.  The volunteer recruitment efforts in Bronzeville that was standing room only, Mrs. Dodgen and her continued engagement and that of her associations with those individuals has prepared many volunteer leaderships in the coming year[20].

21.  Each event/activity prioritized 50+ multicultural and multigenerational audiences in ways that creatively increased engagement by showing up differently in community.

The data/metrics on Mrs. Dodgen's events were exceptional and exceeded expectations[21].

22.  AARP is known in the community because of the work Mrs. Dodgen's is doing. Mrs. Dodgen's ability to collaborate with internal and external AARP community partners, business and political influences and volunteers at all levels expands AARP's reach and the depth of work throughout the state[22].

23.  In addition to the collaborative work Mrs. Dodgen has done in Illinois with her co-workers, she was able to translate her skills to build national (internal and external contacts) enterprise wide as interim VP AA/B with MCL[23].

---

[17] *See* Plaintiff_00046

[18] *See* Plaintiff_00016

[19] *See* Plaintiff_00017

[20] *See* Plaintiff_00018

[21] *See* Plaintiff_00019

[22] *See* Plaintiff_00020

[23] *See* Plaintiff_00022

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

24.     Mrs. Dodgen, taking on the Interim AA/B VP position with MCL was a great opportunity for her to call on all of her past work experiences and creativity to excel in that work.

The feedback from MCL was exceptional as was the effort that she continued to pour into the work here in Illinois[24].

25.     Mrs. Dodgen achieved her objectives for the year on advocacy and social change.

To begin the year, Mrs. Dodgen took AARP on the passage of work and save with gubernatorial signing of the Illinois Secure Choice Savings Program Act.

Mrs. Dodgen continued to maintain AARP's faith-based partnerships, all of the events/activities they host with AARP and managed all the volunteers working on our issues.

Some of those events, such as the male health forum, have become self-sufficient with AARP volunteers leading and organizing the work.

Mrs. Dodgen also broadened her connections with churches this year throughout establishing partnerships and collaborations with Top Box Foods.

Mrs. Dodgen helped Top Box, which has a partnership in the national office with AARP Foundation, expand and improve upon their work thereby helping them meet the goals of their grant with the Foundation.

As Mrs. Dodgen describes in her objective summary, expanding AARP's reach across Chicago via helping with collaborations with Experience Corps, AARP Foundation (e.g. Chicago Sky), RSVP, Connecting Caregivers to Community, Women's Legislative Leadership Program and Delta Sigma Theta.

These collaborations are helping AARP, and not just AARP Illinois establish its presence in Chicago.
Mrs. Dodgen also helped the national office quite a bit working with MME on several national events as she described.

Mrs. Dodgen also continued to lead our work with state and federal elected officials, and began building AARP's strength on local advocacy in Chicago by meeting with and securing relationships with Chicago city aldermen.

Finally, Mrs. Dodgen organized a number of events in Chicago, most of which expand or maintain AARP's reach with AA/B audiences.

---

[24] *See* Plaintiff_00023

Mrs. Dodgen's has teams of volunteers in various areas of Chicago that help her accomplish her work, and she understands the continuing need to grow and expand the volunteer core in 2016, specifically focusing on developing volunteer leaders[25].

## B.  Evidence of M. Anderson's Overt Racism and Aggression Against Minorities

Prior to becoming Mrs. Dodgen's direct supervisor in January of 2019, Mary Anderson has previously been an independent contractor/contract employee for AARP first in 2015, and second in 2017. In both instances she was retained by Bob Gallo.

While in a strategy meeting during 2015, Ms. Carmenza Milan (a minority/diverse female employee) and Mrs. Dodgen (a minority/diverse female employee) were discussing something while Anderson was talking.

Shockingly, Anderson clapped her hands and snapped her fingers in both Ms. Milan's and Mrs. Dodgen's faces telling them not to speak while she was talking.

Both Ms. Milan and Mrs. Dodgen were emotionally distraught regarding Anderson's conduct (which constitute a crime and a tort pursuant to the applicable Illinois Law[26]) about the incident.

Ms. Milan was so emotionally distraught that she left the meeting and refused to return and be in Anderson's presence.

Ms. Milan reported this discriminatory and hostile conduct by Anderson to Mr. Ryan Grunenfelder (Milan's and Dodgen's direct supervisor at the time).

Ms. Milan advised that Anderson's conduct was culturally insensitive and inappropriate in a professional setting.

---

[25] *See* Plaintiff_00050

[26] An Assault is the crime or tort of threatening or attempting to inflict immediate offensive physical contact or bodily harm that one has the present ability to inflict and that puts the victim in fear of such harm or contact.

*See also Assault – 720 ILCS 5/12-1 (effective 2011).* The crime of assault, pursuant to Illinois statute, occurs when a person engages in conduct that places another person in a reasonable apprehension of fear. Illinois law does not require you to have physically harmed someone to be charged with the crime of assault. Someone can be charged with assault for engaging in conduct such as raising a hand or fist to another or pointing a weapon or dangerous object at someone in a threatening manner.

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

The following week, Anderson acknowledged her racist hostility and criminal conduct by calling to apologize to Ms. Milan and Mrs. Dodgen regarding her behavior during the meeting.

### C. Derogatory – stereotypes (Angry Black Woman Troupe/Communication, etc.)

AARP Illinois has an office culture that has been implemented prior to Mrs. Dodgen's employment. Anderson will pull out the "AARP Policy" when Mrs. Dodgen does something that she has done for the past nine years with no problems.

Mrs. Dodgen does not have an issue with change; however, it is assumed that she knows what the new culture is without discussing it first with Mrs. Dodgen or with staff.

Mrs. Dodgen often checks with colleagues to see if this request is specifically for her or for staff.

There has been changes to the IL culture and colleagues (Ms. Worman, Ms. Hedderman, Mr. Obregon) have remarked that the emails to staff are really directed to Mrs. Dodgen but Anderson puts it to the entire staff as not to seem like it is directed to Mrs. Dodgen.

Mrs. Dodgen's first meeting was with Anderson on January 23, 2019 at 10:00 a.m. regarding Anderson and the disappointment that Mrs. Dodgen's volunteer, Ms. Chen, had regarding AARP not sponsoring the Lunar New Year Event. Anderson stated that she felt attacked by Mrs. Dodgen. Mrs. Dodgen stated that she would not use that narrative and that it is a narrative that is often put on black women which is a racial trope to state Mrs. Dodgen was "angry"[27].

Mrs. Dodgen stated that she had not done or said anything to attack her. She then stated that she felt she had to defend herself.

Mrs. Dodgen stated there was no need to defend herself because she did not have power in the decision that was made not to sponsor an event in the AA/PI community and that Mrs. Dodgen was aware that Gallo made the decision.

---

[27] This is a common stereotype used to discredit and discriminate against African American Women. *See* "*The angry black woman: the impact of pejorative stereotypes on psychotherapy with black women*." https://www.ncbi.nlm.nih.gov/pubmed/24188294. Last visited on 10/22/2019.

*See also*: "Serena Williams and the trope of the 'angry black woman'" Sept. 11, 2018. https://www.bbc.com/news/world-us-canada-45476500. Last visited on 10/22/2019.

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

Mrs. Dodgen stated her disagreement with the decision and that Ms. Chen (volunteer) felt that Gallo was neglectful of the AA/PI community and did not want to put effort or money into that outreach.

Ms. Chen has felt that AARP Illinois has been neglectful in the community as well as Gallo being disrespectful and dismissive of the Asian community.

## D. Anderson's Continued Harassment of Mrs. Dodgen

1. Mrs. Dodgen asked Anderson when they would be able to go over sponsorships in their one-on-one May 16, 2019 at 10:00 a.m.

Anderson stated that she wanted to go over the discussion with the team to see how it fit within their Chicago strategy.

2. Each team meeting, each Monday (May 20, 2019 and May 27, 2019) Mrs. Dodgen would not be added to the agenda and/or was told prior to the meeting that there was no time to discuss the issue at the meeting.

During their one-on-one they went over several sponsorships and Mrs. Dodgen emailed the sponsorships to Anderson's email.

Anderson stated that Mrs. Dodgen would not have time to discuss the sponsorships during the MCL meeting but could discuss it at the next team meeting.

Mrs. Dodgen stressed the importance of making a decision due to the timeframe of the request and the event dates to take place.

During their next one-on-one, Gallo was present, and Mrs. Dodgen again brought up the sponsorships.
Anderson stated that they did not have time at the MCL but hey would make time at the next meeting.

At the next meeting, they again ran out of time.

Mrs. Dodgen stated at the end of the meeting that she was supposed to speak about her sponsorships.

Anderson stated that they could discuss it during their one-on-one and make a decision.

Mrs. Dodgen stated that Anderson initially said that Mrs. Dodgen needed team discussion and now it is ok to decide during their one-one-one which was wasted time that could have been used for work.

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

Anderson then stated that she thought they could do it during the MCL but ran out of time.

Mrs. Dodgen stated she had to leave for a meeting (team meeting was going over).

Mrs. Dodgen packed her things to leave for another meeting in Country Club Hills.

Mrs. Dodgen has had difficulty getting on the agenda due to time or not letting Anderson know and stated Mrs. Dodgen could be added to the agenda and then during their one-on-one she stated it is her responsibility to make sure she remembers to add her to the agenda (Gallo was present during the meeting) but colleagues are added easily.

3.      Mrs. Dodgen returned from her sick leave on July 12, 2019, Anderson stated she had been emailing and calling Mrs. Dodgen with no response all day and did not know whether she had come to work.

The day prior, Mrs. Dodgen notified Anderson that she would be returning to the office because she felt better, and she requested again for her to bring in a doctor's note.  Which was counter to AARP Policy and Ms. Dodgen's HIPPA Rights.

Mrs. Dodgen had several meetings with colleague's that morning and during one conversation, at approximately 9:30 am, D. Anderson stated to (Ms. Hedderman, Ms. Love and Mrs. Dodgen) Anderson called her four times to inquire who was in the office.

Anderson stated she told her who was in the office. Mrs. Dodgen had computer difficulties and was unable to log onto her computer.

Mrs. Dodgen also did not have access to her cell phone and had left it at home. Ms. Love assisted Mrs. Dodgen with getting into the computer so she could check her emails.

Mrs. Dodgen saw several emails from Anderson asking where she was. Another email stated she saw Mrs. Dodgen had email issues but did not call her and to give her a call.

Mrs. Dodgen called Anderson and she began to berate her asking her why she hadn't called her, and it is AARP's policy for staff to check in after leave.

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

She stated she had called her several times on her work and cell phone and she didn't answer. Therefore, Mrs. Dodgen was not being honest about her whereabouts.

Mrs. Dodgen stated to Anderson she had been in the office since 8:30 a.m. and had computer difficulties, which she sent her an email about.

Anderson continued to ask why Mrs. Dodgen did not contact her. Anderson then asked about the doctor's note and told Mrs. Dodgen she needed to leave if she did not have it.

Anderson asked if Mrs. Dodgen had seen her email and asked her to read it to her. Mrs. Dodgen restated her question and said, "Are you asking me to read your email?", Anderson said yes, "Can you comprehend the email?"

Anderson stated that all of the items needed to be completed by Monday and she would discuss Mrs. Dodgen's insubordination on Monday.

Anderson also stated "Laurinda you are this close" to which Mrs. Dodgen did not respond.

### E. Use of computer during meetings (stated that Mrs. Dodgen does not participate)—Disparate Treatment

Mrs. Dodgen has been admonished for not participating in meetings as well as the use of her computer.

For the past nine years Mrs. Dodgen has always brought her computer to staff meetings.

Additionally, her colleague, Ms. Hedderman, has as well.

Often times, Mr. Obregon will have his computer on the meetings mentioned in Mrs. Dodgen's PIP.

### F. Bob stating that Mrs. Dodgen has Changed since Having the IVP Role (Racist Troupe)

1. In a meeting with Gallo and Anderson on April 23, 2019; Gallo stated that Mrs. Dodgen has acted differently and has not had the same work output since she came back from her interim assignment.

Gallo stated that her colleagues have mentioned a change and was worried about her and that they care about her.

14

**2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination**

Mrs. Dodgen stated that if they cared they would have addressed their concerns with her wellbeing to her directly.

Anderson interrupted and yelled "That's why we are here today" while pointing across the table in Mrs. Dodgen's face.

Mrs. Dodgen told Gallo that she felt attacked by Anderson's outburst and aggressive tone/physical demeanor.

Mrs. Dodgen spoke to her colleagues about Gallo's statements (Ms. Hedderman, Mr. Obregon, Ms. Worman); each stated that they had not shared any concerns with Gallo or Anderson and would have come to her directly if there was an issue.

2.      Gallo also mentioned that Mrs. Dodgen has been different since the interim assignment (day of her PIP on June 10, 2019; Gallo, Mrs. Dodgen, Anderson were present in the room with HR on the phone) and a decrease is evident on her year-end review (see review from Gallo, which was favorable comments, however, he scored Mrs. Dodgen a 3 which is the lowest she has been scored to date of employment).

Sadly, Gallo's untrue characterization of Ms. Dodgen falls into the common racist troupe of Ms. Dodgen somehow being "uppity"[28] after having attained a high position as a person of color that she earned on her own merits and performed in to a high level.

Gallo stated that Ms. Hedderman and Ms. Haughton agreed. When Mrs. Dodgen asked both employees, they stated they never made those comments.

*Conversely—Ms. Haughton stated that she wrote a favorable mid-year review which cannot be found in the system. This is suspicious at best.*

### G. Not approving Mrs. Dodgen's Work/Sponsorships

1.      Anderson asked for their yearly budgets in early January 2019.

---

[28] *See*: "Yep, 'Uppity' Is Racist" A lot of people have no idea that the word "uppity," when applied to black people, has racist connotations, but it's getting harder and harder to understand how public figures, in particular, are able to maintain their ignorance of the term's history. Nov. 22, 2011. https://www.theatlantic.com/politics/archive/2011/11/yep-uppity-racist/335160/
Last visited on 10/22/2019.

*See also*: "Limbaugh Calls Obama "Uppity"" Feb. 11, 2010.  https://newsone.com/437072/limbaugh-calls-obama-uppity/
Last visited on 10/22/2019.

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

2.    Mrs. Dodgen's budget was submitted on February 1, 2019 at 6:41 p.m.


3.    They moved forward on sponsorship plans on June 12, 2019 while Mrs. Dodgen's colleagues started working on their plans in the beginning of the year (Ms. Worman worked on several projects many of which completed; (Ms. Hedderman completed Lockport project planning; Mr. Obregon's projects fell through but were a completion of 3-year project).


4.    Mrs. Dodgen has been told on several occasions in her one-on-one meetings that she works in a silo and her colleagues do not and they work together (April 8, 2019 and April 23, 2019).

Mrs. Dodgen has been told she needed to work on her communication and her colleagues all communicate on the work that they do.

These comments were brought verbally and in writing.


5.    Mrs. Dodgen has addressed the silo comment and the lack of teamwork in a group meeting on May 25, 2019 (Mr. Obregon, Ms. Worman, Ms. Hedderman, Anderson) and staff stated that everyone works in a silo as well as that is the general structure of their office as well as the national office (Ms. Worman's specific statement).

It was stated by Ms. Hedderman, that Mrs. Dodgen assists colleagues when asked and work as a team when on team projects.

Mrs. Dodgen stated that she felt like she was stagnant and was waiting for this meeting per Anderson's request to start working on sponsorships.

Ms. Hedderman also stated that she had not started working in Chicago and was waiting on a final strategy from the team.

Ms. Hedderman stated that she had started working in Lockport.

Ms. Worman stated that she felt bad because she had started working in communities and that Mrs. Dodgen should start working as well.

Mrs. Dodgen stated that she was told they needed group consensus and the group stated that they did not have consensus when starting their work.

Anderson did not make a comment during the exchange.

### H. Points of PIP - Calling off one-on-one per emails provided

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

Mrs. Dodgen has requested to meet by phone and/or to change to another day.

On June 5, 2019 Anderson was leaving and Mrs. Dodgen said to her when would she like to reschedule their meeting the following day (Thursday) and Anderson said she did not know as she was not going to be there.

Mrs. Dodgen stated that the date for personal leave had been on her calendar for a month.

Anderson stated she did not know that, looked very frustrated and came back to her office.

Mrs. Dodgen stated that it was her daughter's graduation, but she could call in after the graduation if she would like.

Anderson said no, "I need to meet with you in your face".

A few moments later Ms. Hedderman came to Mrs. Dodgen and stated she too could not meet with Anderson, but Anderson was fine with her meeting by phone.

Mrs. Dodgen then asked her other colleagues if they are allowed to meet by phone and they all stated yes, and it was not a problem.

## I. Calls are Allowed to be by phone if Anderson is out of the Office

Anderson has no problems or issues when Ms. Hedderman requests to change a meeting; however, when Mrs. Dodgen requests to even meet by phone or change a date it is turned down.

1. On July 1, 2019, Anderson, Ms. Cariello (HR) and Mrs. Dodgen had a meeting regarding Anderson's concerns with her conduct on June 26, 2019.

2. On June 26, 2019 Anderson, Ms. Cariello and Mrs. Dodgen had a meeting to discuss AA/PI outreach. During the meeting Anderson asked if Mrs. Dodgen could write a letter.

Mrs. Dodgen stated that she was unable to do so that week due to a capacity issue.

Anderson later sent her an email stating that Mrs. Dodgen was insubordinate in the meeting and characterized her response and the interaction in a demeaning way.

Mrs. Dodgen stated that she disagreed with her assessment of the meeting and restated her position.

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

Mrs. Dodgen followed up with an email.

Anderson continued to use a negative stereotype in what she says Mrs. Dodgen stated and in what she says her demeanor was during the meeting.

Subsequently, Mrs. Dodgen was told that due to her workload she would be unable to attend Delta Sigma Theta National Convention (an invite from MCL).

This is retaliation based on the letter sent on Friday, June 28, 2019.

Since the letter, Anderson has continued to have meetings and correspondence without HR or Gallo present as Mrs. Dodgen has requested since April 23, 2019.

### J. Vacation Policy

Mrs. Dodgen spoke to Gallo regarding issues staff had with Anderson regarding vacation and wanting them to request permission for vacation.

Gallo stated that was not our culture and he didn't even ask for permission but notified his boss of vacation.

Gallo stated he would talk to Anderson and she was currently taking management classes in DC.

Gallo stated that Anderson said she didn't understand why she needed classes.

Gallo then stated that he thought it was best for her to take the classes and Mrs. Dodgen commented that she managed heavy handed and agreed it was best.

Mrs. Dodgen stated that she wanted her to be successful in her role and additional management training was needed.

Anderson had complaints regarding Mrs. Dodgen not inputting items into the master calendar.

Anderson stated all staff used this calendar except for Mrs. Dodgen.

Mrs. Dodgen stated that she did not have any vacation to add at the time and would do so when she had planned a vacation.

Mrs. Dodgen stated that she generally adds her managers to her vacation on the calendar.

Anderson stated that wasn't necessary and wanted Mrs. Dodgen to use the system.

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

After speaking with Ms. Hedderman and Ms. Haughton they both stated that Ms. Hedderman had similar output in 2018 but was not admonished for the output.

Both Ms. Hedderman and Mrs. Dodgen had a sick child that was cared for in 2018 and arguably had similar outcomes; yet Ms. Hedderman received higher marks on her year-end review and was the Interim Manager.

When Mrs. Dodgen took a personal day, Anderson stated that she was unaware of the date.

Mrs. Dodgen stated it was on the portal as well as has been on her calendar for over a month.

Anderson stated that she asked everyone to put their vacations on her calendar and Mrs. Dodgen was the only one that did not comply.

Mrs. Dodgen asked all of her colleagues if they were asked to add Anderson to emails.

Ms. Worman and Mr. Obregon stated that it was mentioned.

Ms. Hedderman stated she was never told to add Anderson and does not add Anderson to any of her vacations or personal time.

Ms. Hedderman puts vacations on the portal like the entire staff and on her calendar only (conversation between Mr. Obregon, Ms. Worman, Ms. Hedderman and Mrs. Dodgen via text).

In a meeting during the PIP as well as on June 12, 2019, Anderson stated she does not have access to the team calendar which is why she would like to go over vacation request verbally and would like them on her calendar.

### K. Violation of the Sick Policy/HIPPA

1.      On July 8, 2019, Mrs. Dodgen sent an email stating that she was out ill.

2.      Anderson responded on July 10, 2019 that Mrs. Dodgen would need a documented letter from a physician.

Mrs. Dodgen had a letter and stated that fact.

Each subsequent email that Anderson sent, stated upon her return, Mrs. Dodgen needed to submit a sick leave letter.

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

AARP's policy is, after 5 days a letter is needed.

Upon Mrs. Dodgen's return, Anderson persistently asked her for the letter and sent an email stating that if she does not have the letter that she needed pack her items and to go home.

Again, Mrs. Dodgen stated she has the letter and would send it to her and reminded her of their Policy.

Anderson stated that under special circumstances and under the advisement of HR and the Vice President of HR, Mrs. Dodgen has three days.

Mrs. Dodgen asked if Anderson had that in writing and she stated, "Yes, I do, and we can discuss it on Monday".

Mrs. Dodgen then asked if she was stating that she could not send the information to her.

Anderson's response was that "we will discuss it on Monday, and I need to get that documentation from you today. If you do not have that documentation, then I need you to go home."

## L.    Untrue Allegations that Ms. Dodgen Works in a Silo

It is stated that Mrs. Dodgen does her own work and does not add to the team dynamic or projects, however, below is a listing that evidences that this was also untrue.

> ➢ 2018 – National MCL event (worked on planning committee over the year to plan for the event);

> ➢ EIE event on October 2, 2018; assisted Mr. Gruenenfelder on event;

> ➢ Mayoral event on March 17, 2019 assisted with turnout/attendance/panel and flyers (this received National Recognition for the Chicago/State of Illinois Team);

> ➢ Ms. Hendren event May 11, 2019 assist with all aspects of the event (food, location, attendance, marketing, day of event set up);

> ➢ Covered event for Ms. Hedderman on June 5, 2019 – MFG movie;

2020.2.19 Laurinda Paschal Dodgen Charge of Discrimination

> ➤ Ms. Dodgen took away from her own personal day (June 19, 2019) to cover an event for Ms. Hedderman;

> ➤ Invites and comments to event plans; and

> ➤ Completion of paperwork for Experience Corp and AARP for the African Festival – July 2019.

### M. Evidence of Ms. Dodgen's Excellence After She Worked for AARP

Ms. Dodgen was so proficient that one of the events she worked on and created during the early months of 2019, was still implemented after she no longer worked for AARP and this is emblematic of her excellent work product throughout her AARP tenure. [29]

### N.  HIPPA/Privacy Violations Post-Sick Leave

Gallo (and perhaps Anderson) repeatedly discussed Ms. Dodgen's health status and condition, sick leave and other private health information with both Ms. Dodgen's co-workers as well as external partners without her permission. This was an invasion of her privacy (a separate cause of action that will be added to our Complaint) and a violation of her HIPPA Rights (again a separate cause of action).

---

[29] Ms. Dodgen created a partnership and event for a Trolley Tour to African American Art Galleries. This event took place on October 8, 2019 and was advertised not only on the AARP Illinois site, but also throughout multiple Chicagoland media outlets.

*See*:  https://local.aarp.org/aarp-event/aarp-il-gallery-guichard-trolley-events-chicago-il-9202019-ssnh5wbg5ck.html
Last visited on 10/22/2019.

Laurinda Paschal-Dodgen

IPO/Performance Development

Manager Evaluation

Period: 01/01/2018-12/31/2018

Manager: Mary Anderson

**IPO/ Performance Development**

# Manager Evaluation - Completed

Laurinda Paschal-Dodgen

**Job Title:** Associate State Manager
**Document Type:** IPO/ Performance Development
**Template:** Performance Template
**Status:** Completed

**Manager:** Mary Anderson
**Period:** 01/01/2018 - 12/31/2018
**Document ID:** 2090511
**Due Date:** 01/25/2019

| Employee Data | | |
|---|---|---|
| **Empl ID :** | 000062311 | |
| **Department :** | 30720 | Illinois State Office |
| **Location Code :** | IL02 | Chicago IL State |

The document status is Completed.

## Section 1 - Performance Objectives

**Objective 1: Objective 1: Grow the scale, reach and impact of our local w**

Description :

Build on the collaborative strengths of the network to advance advocacy and engagement efforts that will effectively deliver on the AARP promise to add value for the 50+ and their families.

Measurement :

Significantly increase the # of lives impacted over 2017
Report # of direct interactions in Cvent
50% of events lead by volunteers
Increase the # of multi-cultural lives impacted by 24%
Add Livable community work in each ASD territory
Stay within budget and deliver on all promises internal and external

**Manager Comments:** Good progress made in leveraging the value of volunteers throughout the year. Going forward Laurinda will take full advantage of leveraging the use of Ellen Acevedo and the Communications team to increase the numbers of volunteer leaders especially in the in-district goal to have those leaders in every legislative district in her region.

**Employee Comments:** My ability to recruit highly talented volunteers, manage the gifts and talents of my volunteer teams was a major tactic to help me accomplish work while achieving the AARP standard of 50% volunteer led activities. My volunteers provided direct services to advocacy ASD's

and Chicagoland ASD's when needed providing volunteer hours throughout the state. I have assisted colleagues with Bike the Drive solidifying Chicago's south-side faith based community to attend and increasing minority representation. I have worked on entrepreneurship and work at 50+ initiatives in the black community providing sustained relationships with business owners that are providing much needed jobs on Chicago's south and west sides.

Created By : Laurinda Paschal-Dodgen   02/27/2018 6:43PM

**Objective 2: Objective 2: Deliver Impact Through Advocacy**

Description :

Deliver on local, state and federal advocacy goals. Add volunteer capacity, tools, tactics and strategies to increase overall effectiveness. Plan and executive on voter engagement strategies for 2018 elections.

Measurement :

Contribute to Enterprise's # of lives impacted regarding:
Caregiving
Healthcare (Medicare/Medicaid, ACA, Rx, etc.)
Social Security/Pensions
Work/Jobs
Safety
Infrastructure/Transportation

**Manager Comments:** With a solid foundation and reputation in her Congressional, State and City advocacy spheres Laurinda has an opportunity to build upon that particularly during the mayoral election and with the new gubernatorial administration to further increase the presence, power and influence of AARP. What will be required is to add the necessary volunteer capacity to extend the ILSO reach and for greater consistency in from of longtime and newly elected officials.

I provided many opportunities to increase tactics and strategy to positely impact our advocacy agenda.

**Employee Comments:**

- NUL Partnership – One of 5 states to complete NUL MOU to create a Chicago specific partnership that provides education and outreach to entrepreneurs. I utilized Nancy LeMonds Decade Dinner approach to reaching entrepreneurs through

dinner using Jefforsonian Discussion techniques. The Decade Dinner will be a pilot program for AARP in 2019 for 4 states.

- Workforce Development – worked with national partner to provide a career fair to veterans in partnership with Chicago Sky to reach veteran workers. This program enabled me to work on two AARP initiatives – veterans outreach and Back to Work 50+.
- Spoke at Utility Press Conference in Rockford, IL for colleague.
- Collected Voter Education Petitions at all local events.
- Assisted with Utility referendum in Chicago – outreach to Alderman to assist colleagues efforts. Lead volunteer efforts to meet with select Alderman to discuss the utility referendum.
- Worked on the Enough is Enough Chicago community forum. Created a robust forum with three weeks of lead time reaching 120 people in the ECP (Bronzeville) community. Elected officials and community leaders attended the event increasing our presence and relevance on issues that impact AA/B community.

| Created By : | Laurinda Paschal-Dodgen | 02/27/2018 6:44PM |
| --- | --- | --- |

### Objective 3: Objective 3: Grow Volunteer Engagement

Description :

Contribute time and talent to state-wide volunteer plan to increase the # of active advocacy volunteers in each district.

Measurement :

Grow the diversity of volunteers (political party, race, ethnicity, ideology and skill sets).
Assure that volunteers are trained to lead 50% of our events and activities
Assist in strengthening the role of the Executive Council in this work.

**Manager Comments:** Moving beyond the ability to do this which Laurinda undoubtedly has she will need to refocus her attention on building a stronger, more influential base of volunteer leadership by taking advantage of the resources that Ellen Acevedo and OVE brings to this work.

**Employee Comments:** My ability to recruit highly talented volunteers, manage

the gifts and talents of my volunteer team was a major tactic to help me accomplish this work while achieving the AARP standard of 50% volunteer led activities. My volunteers provided direct services to advocacy ASD's and Chicagoland ASD's when needed providing volunteer hours throughout the state. My volunteers are all AA/B and live, work and play in their communities providing outreach for AARP within their communities. I have worked alongside Charles Johnson, EC volunteer to produce financial 50+ for south side residents.

### 4 specialized teams

1.  Male Health Forum
2.  Women's Health Forum
3.  Financial Security
4.  Caregiving Team

Created By : Laurinda Paschal-Dodgen      02/27/2018  6:45PM

**Objective 4: Objective 4: Provide strong leadership and manage volunteers**

Description :

Effectively coach and encourage a strong team of volunteer leaders that are well equipped to deliver on our state plan and contribute to our national goals and objectives.

Measurement :

Serve as a role model by providing chance leadership to volunteers.
Execute towards dashboard goals (lives impacted).
Participate in and encourage training that will improve skills, confidence and overall volunteer work products.
Resolve issues promptly
Encourage by rewarding, recognizing and responding to feedback in a positive manner.

**Manager Comments:** See previous remarks.

**Employee Comments:** Volunteers are instrumental in the community work within the AA/B community. Volunteers lead and provide feedback/encouragement on how to create new programming (Caregiving program) and the run of show for most

large events. Each team has meetings to discuss marketing of events, program and run of show. I am provided with speaking time while the volunteers run the essential programs for our four community teams. Additionally, volunteers find spaces to host financial security discussions across all three congressional districts.

| | | | |
|---|---|---|---|
| Created By : | Laurinda Paschal-Dodgen | 02/27/2018 6:45PM | |
| Last Modified By : | Laurinda Paschal-Dodgen | 02/27/2018 6:49PM | |

## Objective 5: Objective 5: Personal Development

Description :

Explore with manager opportunities to enrich AARP Enterprise knowledge through state and national leadership contacts, Attend at least one new offsite course that will increase my leadership skills.

Creatively use community builder hours to impact a local initiative

Measurement :

Completion of at least one offsite professional development course.
Community Builder hours make a noticeable difference in a community.

**Manager Comments:** Laurinda consistently exceeds expectations in this area of personal develpment and in particular should consider how to take advantage of her participation in the Crain's Leadership Academy to advance AARP's agenda and priority issues in 2019.

**Employee Comments:** I utilize my community builder hours each year to volunteer for community soup kitchens, homeless day shelters, elementary school outings and create a college tour each year for 50 high school students. Additional professional development can be seen below:

- *Crain's Leadership Academy:* Professional Development academy for high-performing leaders that are nominated and selected for the 6 series instructional development course.
- *CHI's Diversity & Health Equity Symposium Panelist 'Health Equity in the US':* A leading annual collaborative event that focuses on diversity and equity in healthcare.
- *Defender's Women of Excellence Award:* Each year the Chicago Defender awards 50 women that are nominated by their peers whose lives

exemplifies extraordinary stature, poise and grace.

- ***Springboard to Success Board:*** Selected for the CHA nonprofit youth readiness board. I was currently voted in as the Vice Chairman after less than one year of service on the board.
- ***Women in Healthcare:*** attended a women in healthcare conference for executives in healthcare and the first day of the NAHSE conference for men and women in healthcare leadership
- ***Martha's Village:*** Selected for the board of Martha's Village which is a homeless shelter for families locate on Chicago's southside.
- I have been invited to speak in 2019 to Northwestern University students on health equity and diversity and inclusion topics.
- I have been selected to host a panel in 2019 for the Aging Conference alongside Lisa Whitmore Davis to discuss outreach in the black community and to sit on a diversity and inclusion panel discussion during the conference.

| Created By : | Laurinda Paschal-Dodgen | 02/27/2018 6:47PM |
|---|---|---|

**Objectives Summary**

Manager Comments:

Employee Comments:

### **Personal statement:**

My performance to date has reflected contributions in local advocacy initiatives, Faith Based outreach, increased engagements of members, supporting the state team, and executing ECP community efforts. Thus far I have contributed directly to all 2 out of 3 of our enterprise strategy objectives (Grow Impact, Grow Relevance). I positioned myself to assist colleagues as well as personally meet all of my individual performance objectives. Below are a few highlights of specific measurable outcomes that speak to the above assessment:

Strengthened, and in some cases created new avenues for AARP to participate as a thought-leader in conversations relevant to the multicultural communities, which lead to development of new partnerships and avenues to deliver on our social change and engagement objectives.

## Ongoing Volunteer management activity

- My ability to recruit highly talented volunteers, manage the gifts and talents of my volunteer team was a major tactic to help me accomplish this work while achieving the AARP standard of 50% volunteer led activities.
- My volunteers provided direct services to advocacy ASD's and Chicagoland ASD's when needed providing volunteer hours throughout the state.
- **4 specialized teams**
  - Male Health Forum
  - Women's Health Forum
  - Financial Security
  - Caregiving Team

## National to Nationwide

- Black History Month multi-state activation:
  - Black Panther – Led Black Panther activation with MFG and pre-roll creation through BundyMedia and AARP Studios that was played in over 80+ movie theaters nationally during the first week of the Black Panther release. The activation reached over 17k members and non-members nationally and was played in over 80 theaters.
  - BHM Pilot: Created a multi-state initiative to address the issue of black wealth inequity in the black community. This programmatic response leveraged AARP resources, celebrity guest speakers and issue experts to engage community reaching 2500k audience and 62k social media engagements nationally.
    - **Communications** – I solidified

four interviews for the BHM Chicago pilot
- WVON
- WGN radio
- TNT News

- NUL Partnership – One of 5 states to complete NUL MOU to create a Chicago specific partnership that provides education and outreach to entrepreneurs. I utilized Nancy LeMonds Decade Dinner approach to reaching entrepreneurs through dinner using Jefforsonian Discussion techniques. The Decade Dinner will be a pilot program for AARP in 2019 for 4 states.
- Workforce Development – worked with national partner to provide a career fair to veterans in partnership with Chicago Sky to reach veteran workers. This program enabled me to work on two AARP initiatives – veterans outreach and Back to Work 50+.

### ECP Events – Community Collaborations:

Plaintiff_00009

- *Advocacy*
    - Spoke at Utility Press Conference in Rockford, IL for colleague.
    - Collected Voter Education Petitions at all local events.
    - Assisted with Utility referendum in Chicago – outreach to Alderman to assist colleagues efforts. Lead volunteer efforts to meet with select Alderman to discuss the utility referendum.
    - Worked on the Enough is Enough Chicago community forum. Created a robust forum with three weeks of lead time reaching 120 people in the ECP (Bronzeville) community. Elected officials and community leaders attended the event increasing our presence and relevance on issues that impact AA/B community.
- *Outreach*
    - Community Financial Programs
        - Host Finance 50+ in community – created and presented 100% by volunteers (Chatham, downtown Chicago, Matteson)
        - Created a Women in Finance seminar with SBA and U.S. Securities and Exchange Commission to women groups hosted in three Chicago communities.
- *Faith Based Initiative*
    - Black History Month – Teacher Appreciation
        - In collaboration with Experience Corp reached over 15 churches and 25 awards presented throughout the month of February. Press releases were created and sent to AA/B media to highlight the program.

### Trinity United Church of Christ (TUCC)

- AARP Select Programs
    - The Male Health Forum– The monthly forum provides health education provided by Stroger Hospital for men. The program also mentors Northwestern Medical School students that provide research on male health and outreach

opportunities for medical students.
- Caregiver Support Group – monthly initiative run by volunteers. Program provides resources to caregivers to combat isolation. This program is also a national to nationwide approach to caregiving utilizing the CC2C faith-based outreach plan developed by MCL.
  *Mt. Calvary Baptist Church*
- Women's Preventative Health Initiative – The monthly forum provides health education provided by Rush Hospital.
- ***Movies for Grown Ups***
  Provide pre-screen movies in community. Great way to engage members and new members and recruit volunteers. MFG team reaches out to me on a bi-monthly basis to gage my thoughts on upcoming movies that should be screened for states in the AA/B community. I have chosen and suggested many highly attended screenings across the nation.

- ***Chicago Sky***
  - Create three community programs with Chicago Sky (financial education, workforce development, fitness and health)
  - Provide tabling for Sky games. Provide all marketing materials that are seen throughout the game (Jumbotron, side boards, print and digital media)
  - Collaborate with EC on Chicago Sky activation (Guinness Book of Records event, Veterans Workforce Development event)
  - Represent AARP at all Sky functions which has created partnerships with U of Chicago, Polished Pebbles and I Seek the Ladder.

## Professional Development

I am consistently seeking professional development to increase my skill set and reach in the Chicagoland area.

- ***Crain's Leadership Academy:*** Professional Development

Plaintiff_00011

academy for high-performing leaders that are nominated and selected for the 6 series instructional development course.

- **CHI's Diversity & Health Equity Symposium Panelist 'Health Equity in the US':** A leading annual collaborative event that focuses on diversity and equity in healthcare.
- **Defender's Women of Excellence Award:** Each year the Chicago Defender awards 50 women that are nominated by their peers whose lives exemplifies extraordinary stature, poise and grace.
- **Springboard to Success Board:** Selected for the CHA nonprofit youth readiness board
- **Women in Healthcare:** attended a women in healthcare conference for executives in healthcare and the first day of the NAHSE conference for men and women in healthcare leadership
- **Martha's Village:** Selected for the board of Martha's Village which is a homeless shelter for families locate on Chicago's southside.
- I have been invited to speak in 2019 to Northwestern University students on health equity and diversity and inclusion topics.
- I have been selected to host a panel in 2019 for the Aging Conference alongside Lisa Whitmore Davis to discuss outreach in the black community and to sit on a diversity and inclusion panel discussion during the conference.

## Mentorship

- I have mentored colleagues from EC and RSVP on community engagement, board development opportunities, and contract management while providing a collaborative atmosphere.

## Colleague and Community Partner Comments

- *"I don't know if you realize this but black people in Chicago know AARP due to your efforts…great job in what you are doing in the community." radio personality*
- *"I wanted to touch base with all of you that attended the amazing AARP dinner last Tuesday. What a*

*great gift I was able to share with my daughter, Genesis, for her 22nd Birthday! She has a renewed outlook on her future success and was so grateful to all of you. The entire drive home that night was filled with smiles and laughter. She took all the beautiful stories of courage and perseverance and is determined to follow through with her own personal journey of entrepreneurship. We thank you and look forward to the next time we all can get together again to reconnect." entrepreneur*

- *"I want you to know that you are bomb. I want you to know that I admire you from afar. I want you to know that you matter!" U of Chicago exec.*
- *"Laurinda, Thank you for the leadership you demonstrated during the Black History Month project. Your support was invaluable."*
- *"Your collegial support over this year has lifted me when I was down, wiped away my tears when I cried , Served as an open sounding board and a gentle push to get back in there and give it my all. I appreciate you and am grateful to have you in my village."*
- *"Laurinda, Thank you for being an awesome colleague all year long."*
- *"You did such a great job with the EIE Forum in Bronzeville! The facilitator, panel, location, getting folks there and the food all had your special signature event touches! Great job!"*

## Section 2 - Overall Summary

**Manager Rating:** Meets

**Manager Comments:**

Laurinda's creative problem solving skills and innovative ideas, concepts and execution of those are second to none in finding new ways to increase AARP's relevance and impact. She truly emulates the need to take AARP from a "national to a nationwide" organization as demonstrated in how she has lead the MSL group from both in the nationa office while serving as an interim VP and from the state office in her current position. What's needed from myself and her new manager is to ensure that she gets the credit deserved for her ideas and leadership instead of others who take her ideas and call them their own. Both her new manager Mary Anderson and myself will ensure that happens in 2019. Laurinda has the innate potential to be a leader by showing the way to others and has demonstrated the potential time and again to be working at an "exceedinly' high level which I have confidence she will be doing in the year ahead.

**Employee Rating:**

**Employee Comments:**

## Section 3 - Employee Comments

**Employee Comments:**

## Section 4 - Manager Feedback

**Manager Comments:**

## Section 5 - eSignature Section

**Laurinda Paschal-Dodgen**                          **01/25/2019  6:00:06PM**

_____
Employee Signature                                  Date

**Robert Gallo**                                    **01/25/2019  5:43:32PM**

_____
Manager Signature                                   Date

| Attachments |
|---|
| No Attachments have been added to this document |

**Audit History**

| | | |
|---|---|---|
| **Created By :** | Rona Delaney | 01/29/2018  5:23:54PM |
| **Manager Signed By :** | Robert Gallo | 01/25/2019  5:43:32PM |
| **Completed By :** | System | 01/25/2019  6:00:06PM |
| **Acknowledged By :** | Laurinda Paschal-Dodgen | 01/25/2019  6:00:06PM |
| **Transferred From :** | Robert Gallo | 02/10/2019 12:00:00AM |
| **Transferred To :** | Mary Anderson | 02/10/2019 12:00:00AM |
| **Transferred By :** | AARP_BATCH | 02/10/2019 12:00:00AM |
| **Last Modified By :** | System | 02/10/2019 12:00:00AM |

Laurinda Paschal-Dodgen

IPO/Performance Development

Manager Evaluation

Period: 01/01/2017-12/31/2017

Manager: Mary Anderson

Plaintiff_00015

**IPO/ Performance Development**

# Manager Evaluation - Completed

Laurinda Paschal-Dodgen

| | |
|---|---|
| **Job Title:** Associate State Manager | **Manager:** Mary Anderson |
| **Document Type:** IPO/ Performance Development | **Period:** 01/01/2017 - 12/31/2017 |
| **Template:** Performance Template | **Document ID:** 2085823 |
| **Status:** Completed | **Due Date:** 01/19/2018 |

**Employee Data**

| | | |
|---|---|---|
| **Empl ID :** | 000062311 | |
| **Department :** | 30720 | Illinois State Office |
| **Location Code :** | IL02 | Chicago IL State |

The document status is Completed.

## Section 1 - Performance Objectives

**Objective 1: Objective 1: Deliver Impact**

Description :

Deliver impact by harnessing resources, data and capacity collaboratively to achieve measurable outcomes of engagements, media impressions and volunteer strength. Rethink all approaches in how we work across Federal, State and Local arenas. I will also double down on focusing on key drivers for relevance of Multicultural and Moveable Middle (50-64) for Enterprise wide solutions without alienating the true blue 65+ audience.

Measurement :

i) Use all available resources, data and capacity to accomplish my measureable outcomes outlined throughout this IPO;
ii) I will use i6 innovative principles to rethink my work in Federal, State, and local endeavors;
iii) I will actively focus on key drivers for building relevance in MCL, Moveable Middle, and traditional 65+ audiences

**Manager Comments:** Excellent use of available resources to deliver impact in your ECP and to assist coworkers across the state and enterprise.

**Employee Comments:**

Created By : Laurinda Paschal-Dodgen     03/02/2017 12:38AM

**Objective 2: Objective 2: Increase Volunteer Engagement thru Stronger Par**

Description :

Built and engaged sustainable volunteer structure at the state and local level by offering meaningful

engagements through advocacy, education and outreach.

Measurement :

• Measure: 33% of local events led events by volunteers
• Measure: Increased volunteers by 5%
• Measure: Effective community based volunteer teams in my Chicago ECP (Bronzeville) and Congressional Districts 1, 2, and with an increase in team members in each community with a focus on increasing volunteers by 3% around local advocacy work
• Measure: Feedback from Enterprise partners (OVE, State Staff, Campaigns, etc).

**Manager Comments:** Your skill at developing volunteer leaders that are trained to handle both advocacy and outreach efforts without your presence has advanced your efforts again in 2018.

**Employee Comments:**

| | | |
|---|---|---|
| Created By : | Laurinda Paschal-Dodgen | 03/02/2017 12:39AM |
| Last Modified By : | Laurinda Paschal-Dodgen | 11/03/2017  1:09PM |

**Objective 3: Objective 3: Increase Volunteer Engagement through Stronger**

Description :

<p>Assessed volunteer strength in key federal legislative districts, state legislative districts and local advocacy in my Chicago ECP (Bronzeville) and Congressional Districts 1 and 2.

Measurement :

Measure: Developed and implemented targeted recruitment plans to identify new volunteers and volunteer leaders in one key federal and state districts
Measure: Increased advocacy volunteers by 5%

**Manager Comments:**  See above.

**Employee Comments:**

| | | |
|---|---|---|
| Created By : | Laurinda Paschal-Dodgen | 03/02/2017 12:40AM |
| Last Modified By : | Laurinda Paschal-Dodgen | 11/03/2017  1:20PM |

**Objective 4: Objective 4: Increase Volunteer Engagements through Stronger**

Plaintiff_00017

Description :

Increased volunteer engagement in multicultural markets (AA/B) in key national dashboard areas and at the local level in connection with state plan

Measurement :

Measure: Increased our relevance within the targeted community by measuring volunteer relevance through volunteer and partner surveys
Measure: Feedback from MCL and OVE regarding impact on AARP national priorities

**Manager Comments:** See above. Additionally, the volunteer recruitment effort in Bronzeville that was standing room only and your continued engagement and that of you associates with those individuals has prepared many for volunteer leadership in the coming year.

**Employee Comments:**

| | | |
|---|---|---|
| Created By : | Laurinda Paschal-Dodgen | 03/02/2017 12:41AM |
| Last Modified By : | Laurinda Paschal-Dodgen | 11/03/2017 1:23PM |

**Objective 5: Objective 5: Increase Volunteer Engagement through Stronger**

Description :

Increased communications between staff and volunteers to build stronger internal bond between volunteer-staff teams

Measurement :

Staff and volunteer feedback

**Manager Comments:** See above.

**Employee Comments:**

| | | |
|---|---|---|
| Created By : | Laurinda Paschal-Dodgen | 03/02/2017 12:43AM |

**Objective 6: Objective 6: Deliver on Social Impact Goals through State PI**

Description :

Plan, execute and report on social impact work

Measurement :

) Measure: Timely and strategic (as observed by manager) documentation of state strategic priorities and planning.
ii) Measure: Performance to state plan and quarterly priorities (local/state/federal advocacy/campaigns, legislation passed/blocked, events held, communications efficacy, engagements and earned media, volunteer capacity.
iii) Measure: Timely and accurate reporting of state advocacy, communication and outreach activities.
iv) Measure: Effective use of engagement tools resulting in measurable actions taken (e.g., open rates, e-letters, LTEs, TTHs and other action taken).

|  |  |  |
|---|---|---|
| **Manager Comments:** | You worked effectively with the communications team to assist in meeting these objectives. | |
| **Employee Comments:** | | |
| Created By : | Laurinda Paschal-Dodgen | 03/02/2017 12:43AM |

### Objective 7: Objective 7: Deliver on Safe Social Impact Goals through Sta

Description :

Local communities and key audiences – with a priority on multicultural – engaged in a relevant and impactful way

Measurement :

i) Measure: Increase engagement of targeted audiences: for example -multicultural 5%, 50-64 10%.
ii) Measure: Employ turnkey programs in targeted ECP/CP/Multicultural markets (where applicable) where state can operationalize the greatest number of engagements for the goal of building relevance.
iii) Measure: Across all CP/Impact sites, increase the number of multicultural targeted engagements (including LGBT) led by the state office, volunteers, or partners by 5% and in ECP sites by 10% over 2016.

|  |  |
|---|---|
| **Manager Comments:** | Each event/activity prioritized 50+ multicultural and multigenerational audiences in ways that creatively increased engagement by showing up differently in community. The data/metrics on your events were exceptional and exceeded expectations. |
| **Employee Comments:** | Exceeded Goals |

|  | Created By : | Laurinda Paschal-Dodgen | 03/02/2017 12:44AM |
|--|--|--|--|

**Objective 8: Objective 8: Deliver on Social Impact Goals through State PI**

Description :

Purposeful collaboration and deployment of community partners and thought leadership both internal and external (as validators) to increase AARP clout in the Chicago ECP, Congressional District 1, 2 and 7, and Multicultural Markets. Elevate profiles of diverse advocacy volunteers and subject matter experts in spheres of influence

Measurement :

Increased acknowledgment from Influencers, policymakers, partners, elected officials- increase in clout or influence. Feedback from internal partners and observation that external partners were strategically engaged to advance AARP's mission (external collaboration and direct external engagements with boards, commissions, task forces, etc.).

**Manager Comments:** AARP is known in community becuase of the work that you are doing. Your ability to collaborate with internal and external AARP community partners, business and political influencers and volunteers at all levels expands AARP's reach and the depth of our work throughout the state.

**Employee Comments:** Exceeded Goals

|  | Created By : | Laurinda Paschal-Dodgen | 03/02/2017 12:45AM |
|--|--|--|--|

**Objective 9: Objective 9: Support Federal Healthcare Campaign**

Description :

Contributed state influence to federal targets of health care campaign per state and national plan (e.g., Congressional visits and contacts, activating grass tops and third-party validators)

Measurement :

I will have 1 Congressional in-district visits for each of my 3 Congressional District coverage areas
Deepened relationships with targeted elected officials using Knowlegis to gauge
I will work with 5 partners and third-party validators to help move AARP's healthcare agenda
Feedback from Campaigns, Federal Affairs and SASI regarding increased visibility in national key targeted districts

**Manager Comments:** 2017 brought numerous opportunities for political engagement in your

territory. The goal setting that you did early in the year regarding building rapport with congressional staffers was also useful in gaining access to share critical AARP messages whenever needed.

**Employee Comments:** Exceeded Goals

| | | |
|---|---|---|
| Created By : | Laurinda Paschal-Dodgen | 03/02/2017 12:46AM |
| Last Modified By : | Laurinda Paschal-Dodgen | 11/03/2017 1:28PM |

### Objective 10: Objective 10: Support Federal Healthcare Campaign

Description :

Mobilized volunteers in support of health care campaign per state and national plan (e.g., Congressional visits, bird-dogging, public engagement, grassroots development, etc.)

Measurement :

I)Develop and implement targeted recruitment plans to identify new volunteers and volunteer leaders in 3 key Congressional districts.
ii) Develop internal plan and staff/lead volunteer responsibilities for forwarding, in a timely manner, briefing documents and materials (i.e. advocacy petitions, resources, internal research, etc.) to keep all advocacy volunteers up-to-date and engaged

**Manager Comments:** See above.

**Employee Comments:** Exceeded Goals

| | | |
|---|---|---|
| Created By : | Laurinda Paschal-Dodgen | 03/02/2017 12:47AM |
| Last Modified By : | Laurinda Paschal-Dodgen | 11/03/2017 1:28PM |

### Objective 11: Objective 11: Contribute to Enterprise Success

Description :

Collaborate effectively up, down and across the Enterprise.

Measurement :

i) Measure: Feedback from internal partners; examples of effective internal collaboration e.g. workgroups.
ii) Measure: Feedback from colleagues and manager observation that sharing and collaboration increased,

resulting in the use of new and effective strategy, tactics, and tools
iii) Measure: Increased collaboration in Mega 7 region between states with every state having at least 3 inter-region or intra-region events, meetings, member engagements, media, etc.
iv) Measure: Increased the collaborations for the purpose for more engagements, operational efficiencies, economies of scale, media outreach and other efforts to grow relevance and impact.

**Manager Comments:** In addition to the collaborative work that you've done in Illinois with your co-workers, you were able to translate your skills to build national (internal and external contacts) enterprise-wide as interim VP AA/B with MCL.

**Employee Comments:** Exceeded Goals

Created By : Laurinda Paschal-Dodgen          03/02/2017 12:48AM

### Objective 12: Objective 12: Contribute to Enterprise Success

Description :

Innovate to improve strategy, tactics, processes and systems

Measurement :

Feedback from internal partners and manager assessment; examples of effective internal innovation e.g. process redesign.

**Manager Comments:** See above. We received great feedback from MCL on your work and effort.

**Employee Comments:** Exceeded Goals

Created By : Laurinda Paschal-Dodgen          03/02/2017 12:49AM

### Objective 13: Objective 13: Contribute to Enterprise Success

Description :

Effectively manage financial, legal and operational issues

Measurement :

Plaintiff_00022

i) Achieve Year End Discretionary (Group/State Managed funds + COEs) Business Unit Target as submitted in the F3 Forecast with a 0-5% under spend.
ii) Improved monthly forecasting accuracy ensuring the alignment of resources and timing throughout the year.
iii) Implemented appropriate cost saving initiatives.
iv) Timely compliance with ethical, legal, security, personnel and other operational training, reporting and certification requirements.

**Manager Comments:**  See above and below.

**Employee Comments:**  Exceeded Goals

Created By :   Laurinda Paschal-Dodgen        03/02/2017 12:50AM

### Objective 14: Objective 14: Pursue Professional Development

Description :

Consistently demonstrated AARP values as Everyday Innovators in Aging

Measurement :

Feedback from staff, peers, and partners, along with manager observations

**Manager Comments:**  Laurinda, taking on the Interim AA/B VP positionwith MCL was a great opportunity for you to call on all of your past work experiences and creativity to excell in that work. The feedback from MCL was exceptional as was the effort that you continued to pour into the work here in Illinois.

**Employee Comments:**  Exceeded Goals

Created By :   Laurinda Paschal-Dodgen        03/02/2017 12:51AM

### Objectives Summary

**Manager Comments:** All activations/activities are creative, innovative and engage community partners/business/political leaders/volunteers and AARP staff up, down and across the enterprise. You reached tens of thousands of individuals in faith based/community outreach ECP efforts while delivering on AARPs local, state and national advocacy efforts and building new relationships. You're well known across the state by political and community leaders for being a fresh ideas person and implementer of complex strategies. You worked collaboratively with all IL staff members and mentors new staff members to raise their skills and internal and external profiles. You think on her feet, are proactive and take initiative and do not hesitate to share new ideas from other AARP states and various sources. you pitch in and will travel on short notice to assure the success of colleagues here and in other states. In 2017 you designed three new large scale multi-pronged major events. Bridges to the Blues, reached over 200,000 individuals (in person) and has received international attention and provided metrics (social media) that touched hundreds of thousands more with AARP messages. you also expanded all of your existing ECP outreach events (Finance 50+, Fraud & Scams, caregiving and housing & fun) with the inclusion of multi-cultural and multi-generational audiences. You're a volunteer magnet and exceptional trainer and motivator. Many of your events are volunteer-led and you doubled your volunteer leaders in 2017 and this allowed you to focus on the development of new events and recruiting new volunteers. You also mentored our newest ASD Alvaro Obregon to help him get up to speed and Simone Moore with Experience Corp who was able to interim while you served as interim AA/B VP with MCL. In the AA/B VP role you traveled the country assisting with and leading national activations and designed and are leading AARP's National 2018 Black History Month effort. You are a bright star in IL and nationally and consistently exceeds expectations.

**Employee Comments:**

My performance to date has reflected contributions in local advocacy initiatives, Faith Based outreach, increased engagements of members, supporting the state team, assisting national ASD's in their community work, supporting national

initiatives, and executing ECP community efforts. I positioned myself to assist state and national colleagues as well as personally meet all of my individual performance objectives. Below are a few highlights of specific measurable outcomes that speak to the above assessment:

***Objective 1 – Deliver Impact****: Deliver impact by harnessing resources, data and capacity collaboratively to achieve measurable outcomes of engagements, media impressions and volunteer strength. Rethink all approaches in how we work across Federal, State and Local arenas. I will also double down on focusing on key drivers for relevance of Multicultural and Moveable Middle (50-64) for Enterprise wide solutions without alienating the true blue 65+ audience.*

- I created innovative programs that focused on key drivers while building relavence in the AA/B community. New programs focused on the movable middle (i.e Bronzeville En Blanc, Bridges to the Blues, etc.) while others stayed true to the traditional 65+ audience by providing standard prorams (i.e. Finance 50+, Shred events, etc)
- ***Advocacy***
    - AARP volunteers led the Secure Housing Ordinance and met with several community organizations and alderman. The ordinance currently has 2 sponsors and 3 co-sponsors. The volunteers also worked to find organizations to support the ordinance and currently has four (6) supporting organizations. The group will continue to work on the Secure Housing ordinance until its passage.
    - Racial Justice Leadership Team
        - Fourth year on the RJLT team which looks at community programs, legislative actions, and organizational structure through a racial lens wherein providing feedback and educational forums. Provided

three (2) teaching seminars on structural racism and the effects on current political campaigns in Illinois. The opportunity to lead this effort stems from AARPs national effort to become culturally competent and to work on advocacy and outreach issues with a racial lens, thus embedding MCL in all the work that we do in communities.

- ***Outreach***
- I created innovative programs that focused on key drivers while building relavence in the AA/B community. New programs focused on the movable middle (i.e Bronzeville En Blanc, Bridges to the Blues, etc.) while others stayed true to the traditional 65+ audience by providing standard prorams (i.e. Finance 50+, Shred events, etc)
- Financial Programming
  - Chicago continues to be the leading community nationally to hosts Finance 50+ programming. Volunteers lead this effort and have held classes in Matteson, Chatham, downtown Chicago, and Bronzeville communities to name a few.
- Fraud and Scams
  - Created programs with partner churches Under the leadership of Terri Worman, ASDs came together for the first time to provide a fraud and scams workshop to the Bronzeville community. The workshop included expert speakers and a shred truck that collected materials from community members. Communication for this effort was led by Dina Anderson, which included articles in AA/B local papers. This is the first event with all three ASDs working together including communications efforts.
  - Movies for Grown Ups I led MFG movies for the AA/B and partnered in the H/L space this year. We had great numbers and worked with the national office to get a 80%+ attendance

rate for our MFG movies. Attendees enjoy the movie options and I have received many volunteers that come from the MFG movie screenings.

*Objective 2-5 – Increase Volunteer Engagement:* *Built and engaged sustainable volunteer structure at the state and local level by offering meaningful engagements through advocacy, education and outreach. Assessed volunteer strength in key federal legislative districts, state legislative districts and local advocacy in my Chicago ECP (Bronzeville) and Congressional Districts 1 and 2. Increased volunteer engagement in multicultural markets (AA/B) in key national dashboard areas and at the local level in connection with state plan. Increased communications between staff and volunteers to build stronger internal bond between volunteer-staff teams.*

- *Volunteer Engagement*

- AARP volunteers led the Secure Housing Ordinance and met with several community organizations and alderman. The ordinance currently has 2 sponsors and 3 co-sponsors. The volunteers also worked to find organizations to support the ordinance and currently has four (6) supporting organizations. The group will continue to work on the Secure Housing ordinance until its passage.
    - Through the process one of our volunteers ran for office. Rev. Robbie Craig ran for Township President of Matteson, IL.
- Financial Programming
    - Chicago continues to be the leading community nationally to hosts Finance 50+ programming. Volunteers lead this effort and have held classes in Matteson, Chatham, downtown Chicago, and Bronzeville communities to name a few.
- Fraud and Scams
    - Created fraud programs with partner churches led by volunteer groups. The workshop included expert speakers and a shred truck that collected materials from community members.
- ***Community Engagement Efforts***
    - Volunteers led numerous programs (Faith based events) this year including tabling all events hosted by Broadway In Chicago.

- ***Outreach***

- Faith Based Initiative is led and manned by AARP volunteers

*New Faith*

- AARP continues its partnership with New Faith by being partners in community health fairs (2), caregiving education events, fraud and shred events (1), and Finance 50+ events (3).
*Trinity United Church of Christ (TUCC)*

- AARP continues to partner with Trinity on Top Box, health fairs (tabling after service events), Caregiving ministry, Seniors in Action ministry.
- The Male Health Forum– The monthly forum provides health education provided by Stroger Hospital for men. On average we have 125 AA/B men that attend the Male Health Forum.
- Trinity continues to be an affinity partner that allows AARP to utilize space, resources, and marketing to members for our events.
*Mt. Calvary Baptist Church*
- Women's Preventative Health Initiative – The monthly forum provides health education provided by Rush Hospital. On average we have roughly 40 women
- I routinely surveyed volunteers to gage new ideas, interest in current programs/events, and for temperature checks and updates. Volunteer were instrumental in creating the program platform in 2017.

*Objective 6-8 – Deliver on Social Impact Goals through State Plan: Plan, execute and report on social impact work. Local communities and key audiences – with a priority on multicultural – engaged in a relevant and impactful way. Purposeful collaboration and deployment of community partners and thought leadership both internal and external (as validators) to increase AARP clout in the Chicago ECP, Congressional District 1, 2 and 7, and Multicultural Markets. Elevate profiles of diverse advocacy volunteers and subject matter experts in spheres of influence*
*ECP community:*

- *CANTV*
*CANTV was a 12 week program created by AARP*

and community partners (Chicago Sky and Donda's House) to highlight community events and collaborative works that each organization was doing collectively. All of the programs were produced by Laurinda Dodgen and Donnie Smith. Laurinda produced all of the AARP segments and Chicago Sky segments. The program was highly rated with the largest call-in metrics for the CANTV program. CANTV stated that our program was missed and we were the best community partner they have worked with.

- ***Bridges to the Blues***
  AARP partnered with Donda's House to create a MentorUp program with artist of all ages. Artist created unique music that merged genres with a jazz influence. The Bridges program  performed in the Mississippi Juke tent to 2000 people. The program was housed during the Chicago Jazz Festival. Bridges is the first event of its kind to be allowed to play at the jazz festival.

- ***Bronzeville En Blanc***
  This program event in partnership with the BNC and local alderman provided a pop-up community picnic in Bronzeville. AARP hosted the event for the second year in a row boasting 400+ people in attendance. The event provided a great atmosphere filled with music, dancing, and food. Attendees remarked on the timeliness of a positive event held in the community.

- ***Chicago International Film Festival***
  AARP partnered with CIFF for two programs this year. AARP hosted the international film festival which spanned 20 shows over the course of 5 months. the film festival provided AARP the opportunity to market to the H/L and AA/B audience in one space. The film series provided ample media including our signage on busses, bus terminals, trains, local papers and in nationals ads that ran in major markets (NY, FL, TX, CA). AARP increased its presence this year by hosting a table throughout the event. AARP was increased to a premium sponsorship package ($75k value – paid $35k). For all events (International screenings and the film festival) AARP had speaking roles, sizzle reel showed prior to each movie screening, and

signage throughout all events.

- ***Chicago Sky***
Chicago Sky was an partnership created by myself and Freeda Warren in 2016. The goal was to have a three pronged approach whereas the Sky would work with all components of AARP (membership, foundation, RSVP, Experience Corp). The relationship continued in 2017 and increased our program presence and outcomes.
    - RSVP worked to provide volunteers for Chicago Sky events.
    - The Foundation received a monetary sponsorship for EC schools.
    - AARP IL worked on four successful programs (caregiving, financial program, Rockford Police Department outing, hunger event series) with plans and created a CANTV show. Lastly, the Sky provided a membership discount to all AARP members that attended games. The national office has reached out to replicate the AARP/Sky relationship in NBA/WNBA partnerships nationally.

***Objective 9-10 – Support Healthcare Campaign:*** *Contributed state influence to federal targets of health care campaign per state and national plan (e.g., Congressional visits and contacts, activating grass tops and third-party validators).* Mobilized volunteers in support of health care campaign per state and national plan (e.g., Congressional visits, bird-dogging, public engagement, grassroots development, etc.)

- To meet this metric I visited all of my MOC during the 2017 year to discuss community events and federal issues. Mobilized volunteers in all congressional districts to attend meetings with MOC. Volunteers were asked to reach MOC on key initiatives and messages sent by the national office. Additionally, I met with community partners to discuss our advocacy agenda (JASC, SEIU, Shriver

Center).
- Provided outreach efforts to Congressman Kelly, Rush and Davis for management meetings (on the mall legislative meetings). Successfully garnered meetings for leadership to lobby on the Hill.

***Objective 11-13 – Contribute to Enterprise Success:***
*Collaborate effectively up, down and across the Enterprise. Innovate to improve strategy, tactics, processes and systems. Effectively manage financial, legal and operational issues*
This year my goal was to continue reaching to colleagues throughout the organization to do great work in Chicago. I worked with the national office, RSVP, and Experience Corp on several events and strategy sessions.

- Programs provided funding for two AARP programs; Bridges to the Blues and Chicago Sky outreach programs.
- I partnered with Experience Corp on several events throughout the year from volunteer recruitment events in communities, attending Aldermanic meetings and MOC meetings, to providing volunteers for school events, programs. Lastly, I assisted Simone with two school projects that included volunteer cleanup efforts.
- This year, I have worked with the LA office, specifically with programs in New Orleans to assist and provide ideas (volunteer luau event, Bayou Classic event) and to replicate ideas in Chicago (100 Black Men partnership).

***Objective 14– Pursue Professional Development:*** *Consistently demonstrated AARP values as Everyday Innovators in Aging*

- I continue to work on professional development in areas that will improve my job performance. I also continue to attend many networking events

throughout the city of Chicago to improve/engage organizational relationships across Chicago.
- I work to support my colleagues to extend our organizational brand throughout the community. I work closely with EC and RSVP on most community events. While working to obtain new volunteers I provide an open platform for EC and RSVP to reach the same volunteer base. Lastly, I have worked with ASDs on their specific events to learn new ways of working, getting fresh event ideas and continuing to build office relationships.

*Teammate collaboration:*

Experience Corp:

I work with EC to provide a layer of AARP programs for the community. We work closely to recruit and engage volunteers for AARP, EC and RSVP. Lastly, I worked closely with Simone to engage state legislators, faith based community and leaders on EC work in the local community.

I led a Black History month faith-based outreach effort to highlight the work of educators in the Chicagoland area and bridge partnerships through local faith institutions. The event was hosted at 15 churches in the Chicagoland area which increased visibility and relevance in communities that AARP serves.

Top Box:

I worked closely with AARP Foundation on planning and strategy for Top Box. I assisted Top Box in hiring a contract professional for Faith Based outreach efforts. We have worked

to create a strategy that will measure faith based outreach, volunteer efforts, and increase in sales.

RSVP:

I have worked closely with Ellen and Tiffany to recruit AARP volunteers and community members to work RSVP and AARP events.

AARP IL office:

I enjoy working with colleagues on both community and advocacy efforts. I have aided in speaking to elected officials for state based advocacy issues. I worked to provide statewide content on CANTV to reach the Chicagoland audiences on AARP state issues. Social media platforms were used to assist marketing colleagues programs via social media and email platforms. Lastly, I worked to assist Courtney Hedderman in solidifying 4 Medicare101 events in all of my congressional districts.

I collaborated with Alvaro on 3 Movie Grownup events during Black History Month that was heavily attended. The events were the very first collaborative partnership with H/L in my career at AARP.

In addition to the above contributions in 2017, I have exemplified AARPs leadership behaviors while working as an Interim Vice President for Multicultural Leadership.

- Led AA/B 2018 planning process:

I led the AA/B 2018 planning process and completed a 30 page document that will guide the work of MCL. This document includes work to be done with states, Big Tent events, Media Buys and others.

- Created BHM strategy plan
  I created the BHM 7 state strategy that will include in person activation in all states that will be digitally recorded and mass produced via social media channels.
- Worked as a spokesperson on a nationally syndicated radio station

I was able to be a spokesperson for AARP for the Tom Joyner Morning Show and be the first to discuss hurricane relief efforts by AARP and the Foundation.

- Provided expertise and state perspective to integrated work plans across all segments.
  I was instrumental in providing a state perspective on all work plans in all 5 segments which helped steer 2018 MCL planning to integrate state collaborative efforts.
- Provided state consultation and created a FAQ for states to be used by all segments in 2018
  I provided consultation to the Large Region Advisor and created a State FAQ to be used between all 5 segments and states for 2018.
- Led national partner groups and Big Tent events in (NY, FL, IL, PA, LA, and DC)
  I led national partner events, including Big Tent events while working closely with state ASD and managers to thread the national and state agenda throughout events.

## Section 2 - Overall Summary

**Manager Rating:** Consistently Exceeds

**Manager Comments:**

All activations/activities are creative, innovative and engage community partners/business/political leaders/volunteers and AARP staff up, down and across the enterprise. You reached tens of thousands of individuals in faith based/community outreach ECP efforts while delivering on AARPs local, state and national advocacy efforts and building new relationships. You're well known across the state by political and community leaders for being a fresh ideas person and implementer of complex strategies. You worked collaboratively with all IL staff members and mentors new staff members to raise their skills and internal and external profiles. You think on her feet, are proactive and take initiative and do not hesitate to share new ideas from other AARP states and various sources. you pitch in and will travel on short notice to assure the success of colleagues here and in other states. In 2017 you designed three new large scale multi-pronged major events. Bridges to the Blues, reached over 200,000 individuals (in person) and has received international attention and provided metrics (social media) that touched hundreds of thousands more with AARP messages. you also expanded all of your existing ECP outreach events (Finance 50+, Fraud & Scams, caregiving and housing & fun) with the inclusion of multi-cultural and multi-generational audiences. You're a volunteer magnet and exceptional trainer and motivator. Many of your events are volunteer-led and you doubled your volunteer leaders in 2017 and this allowed you to focus on the development of new events and recruiting new volunteers. You also mentored our newest ASD Alvaro Obregon to help him get up to speed and Simone Moore with Experience Corp who was able to interim while you served as interim AA/B VP with MCL. In the AA/B VP role you traveled the country assisting with and leading national activations and designed and are leading AARP's National 2018 Black History Month effort. You are a bright star in IL and nationally and consistently exceeds expectations.

**Employee Rating:**

**Employee Comments:**

## Section 3 - Employee Comments

Employee Comments:

## Section 4 - Manager Feedback

Manager Comments:

## Section 5 - eSignature Section

**Laurinda Paschal-Dodgen**                    **01/26/2018 12:26:07PM**

_____
Employee Signature                              Date

**Ruby Haughton**                              **01/26/2018 10:12:43AM**

_____
Manager Signature                              Date

**Attachments**
No Attachments have been added to this document

**Audit History**

| | | |
|---|---|---|
| **Created By :** | Rona Delaney | 02/06/2017 7:59:12AM |
| **Manager Signed By :** | Ruby Haughton | 01/26/2018 10:12:43AM |
| **Completed By :** | System | 01/26/2018 12:26:07PM |
| **Acknowledged By :** | Laurinda Paschal-Dodgen | 01/26/2018 12:26:07PM |
| **Transferred From :** | Robert Gallo | 02/10/2019 12:00:00AM |
| **Transferred To :** | Mary Anderson | 02/10/2019 12:00:00AM |
| **Transferred By :** | AARP_BATCH | 02/10/2019 12:00:00AM |
| **Last Modified By :** | System | 02/10/2019 12:00:00AM |

Laurinda Paschal-Dodgen

IPO/Performance Development

Manager Evaluation

Period: 01/01/2016-12/31/2016

Manager: Mary Anderson

Plaintiff_00038

**IPO/ Performance Development**

## Manager Evaluation - Completed

Laurinda Paschal-Dodgen

**Job Title:** Associate State Manager
**Document Type:** IPO/ Performance Development
**Template:** AARP Performance Template
**Status:** Completed

**Manager:** Mary Anderson
**Period:** 01/01/2016 - 12/31/2016
**Document ID:** 2079151
**Due Date:** 01/20/2017

| Employee Data | | | |
|---|---|---|---|
| **Empl ID :** | 000062311 | | |
| **Department :** | 30720 | | Illinois State Office |
| **Location Code :** | IL02 | | Chicago IL State |

The document status is Completed.

## Section 1 - Performance Objectives

**Objective 1: Objective 1:  Advocacy & Outreach: Overview**

Description :

Led AARP Illinois' work to more integrated targeted, strategic advocacy and outreach work in ASD territories, expanded presence in Enhanced Community of Chicago while meeting the needs of AARP's work in CD 1, 2 and 7; specifically in African American/Black communities as necessary, and expanded our foundation toward a more intentional volunteer structure tied to the my outreach and advocacy focus.

Measurement :

Grew AARP Illinois' relevance, impact and reach at the community level via integrated advocacy and outreach work. Deepened outreach into communities through more intense work on livable communities in targeted communities.
Developed deeper, strategic relevance in CD 1, 2, 7 w/ AARP members, volunteers, elected officials & other partners to expand reach and impact across IL.
Strengthened state/local capacity to reach new audiences (via enhanced communities, Secure Choice education, caregiving education and advocacy, retirement security, fraud/scam efforts, etc).
Emphasized greater focus in existing and additional targeted communities to achieve the goal of being a local, nationwide organization.
Increased relevance/engagement among multicultural audiences, through deeper work with AA/Black communities.
Increased relevance/engagement of our outreach and advocacy work among 50-64 year olds across Illinois.
Recruited and engaged new volunteers, further engaged and empowered volunteer leaders, effectively engaged volunteer teams, broadened volunteer participation statewide, furthered our progress toward building a volunteer structure statewide that is defined, clear and integrated with targeted community work.
Volunteers will be engaged along the entire Spectrum of Volunteer Engagement.

**Manager Comments:** A more targeted and strategic effort focused on your ECP territory and integrating your work to include both advocacy and outreach is netting you increased success.

The areas that you mentioned and that I can see results are as follows:

Relevance – your innovative and creative outreach strategies and tactics helped to bring AARP to more people age 50-64 in the AA/B communities. Those efforts increased AARP's visibility and enhanced your ability to build strategic political and community relationships that also bring in new members and volunteers.
In most of your ECP and beyond in the AA/B community where people have met you they know more about AARP because of you.

**Employee Comments:**

Created By : Laurinda Paschal-Dodgen          02/26/2016  4:18PM

**Objective 2: Objective 2: Advocacy & Outreach: Grassroots and Local**

Description :

Expand AARP Illinois' grassroots outreach and advocacy in strategically targeted local communities and increased relevance and impact with members, elected officials, volunteers, and Illinoisans.

Measurement :

Achieved outcomes on national issues (eg Social Security/Medicare, etc.). Ensured work on the Take A Stand campaign was executed to place the protection of Social Security as a major issue in the federal campaigns.
Advocated for passage of the ELECT Act, defended against potential cuts to Illinois' home and community-based services and to enrollees within these programs on Medicaid.
Educated caregivers to local and national resources, about the CARE Act.
Achieved outcomes of FS Campaign to strengthen retirement security. This includes educating Illinois' workers and businesses about the Secure Choice program, protecting Illinois retirees' income by advocating for fair tax treatment of retirement income, preserve adult protective services, and other consumer protections.
Protected and saved money of members and other Illinoisans against unfair utility and telecom industry reforms.
Protected funding for LIHEAP via advocacy for a bill to ensure the programs funds are properly allocated and distributed.
Educated members and other Illinoisans to protect them from becoming victims of frauds and scams.
Engaged in livable/age friendly community building awareness and action..
Supported expanded AARP TEK and turnkey programs in Illinois and Life Reimagined Check Ups.

**Manager Comments:**          Using your wide base of political and community contacts and volunteers you advocated for Social Security/Medicare/ELECT Act and educated care providers on the Care Act. On Secure choice you educated members, Illinois workers, and businesses. You supported AARP Financial events that included Fraud

and Scams. Your advocacy involvement in protecting seniors and families against increased utility bills and protections for LIHEAP, adult and protective services and other financial and consumer protections benefitted our state-wide efforts.

The team of local volunteers that you've continued to train and mentor are making good progress on a local Chicago housing ordinance that has a good chance of passing in 2017. Managing and keeping them involved is quite an accomplishment especially when you don't need to be at every meeting and they diligently report back to you with pride.

Your collaboration on work with others was brought to my attention by your ASD associates and ASDs in other states. Being a team player that can think on a dime and pivot to assist others is an excellent leadership trait. Ryan has consistently seen recognition come your way from others across the country (AARP & AARP Foundation) and believes your work is a strong example how AARP staff can take an Enterprise-wide view.

**Employee Comments:**

| Created By : | Laurinda Paschal-Dodgen | 02/26/2016 4:22PM |
|---|---|---|

**Objective 3: Advocacy & Outreach - Communications**

Description :

Advocacy & Outreach staff worked with the Communications team to grow impact and relevance through assistance with execution of AARP Illinois' Communications Plan with the following results:

Measurement :

Demonstrated enhanced communications competencies and skills for both staff and volunteers.
Coordinated with Communications staff to more effectively leverage advocacy & outreach work to grow impact and relevance in the assigned territory of each Advocacy & Outreach staff member.
Improved social media skills and expanded Illinois' reach

Improved knowledge and use of AARP tools and programs, including the Volunteer Portal, Cvent, Sharenet, and Navigator. Ensured the Advocacy & Outreach team learns and educates volunteers on usage of the Volunteer Portal.

**Manager Comments:** Worked with the communication's staff on the successful implementation of 2016 Communication's Plan. Worked with new manager, new communication's staff member, new A&O staff member and volunteers to better utilize AARP tools and understand communications processes.

**Employee Comments:**

Created By : Laurinda Paschal-Dodgen     02/26/2016  4:24PM

## Objective 4: Leadership, Management, Coaching

Description :

Demonstrated and modeled effective leadership, management and coaching. Worked with Illinois State team to meet AARP Enterprise objectives and Illinois' state plan (as defined by AARP's Strategic Priorities, Dashboard Measures) through directing and mobilizing colleagues and volunteers.

Measurement :

Demonstrated AARP leadership behavior in all phases of work.
Demonstrated developmental progress of personal and staff competencies.
Demonstrated meaningful engagement with volunteer partners through effective recruitment, development, training, and empowerment.
Demonstrated effective internal-facing collaboration and partnering across the Enterprise (e.g. peers, CSNA, Foundation, etc.).
Demonstrated strong, effective, and influential external-facing partnerships in support of state plan objectives.
Demonstrated effective and efficient business practices including: strategic planning & preparation, execution & operations including financial management, analysis & adaptation as part of sound decision making, promote implementation of appropriate cost savings & related initiatives, achieved F3 forecast & initial financial targets, within a 0-5% underspend.

**Manager Comments:** Aside from consistently exhibiting all of the AARP leadership behaviors in your work with staff and volunteers, I've observed you coaching and mentoring the Experience Corps and RSVP staff members. This effort has built a more collaborative relationship with EC and AARP and has extended to the RSVP staff members. In these relationships, you've become a go-to-person and

created a "staff-like" team that you're growing.

**Employee Comments:**

Created By : Laurinda Paschal-
Dodgen                 02/26/2016 4:25PM

**Objective 5: Innovation and Collaboration**

Description :

Instilled a culture in the advocacy and outreach team that further embraces & supports innovation & collaboration with enterprise partners up, down & across the association

Measurement :

Solicited ideas from both staff & volunteers on new and innovative ways to conduct business, collaborate and encourage colleagues and volunteers to be even more innovative in their work & try new ways of doing things.

**Manager Comments:** Recently awarded Best use of OCE Flex Funds is a testament to your over the top innovative efforts. The Chosen Few House event tapped into a new audience for AARP and built relevance by meeting people where they live. Cultural events are relationship builders and you've hit the high water mark on most of the events that you're involved with – so much so that your associates across the country call you to strategize. Your ability to negotiate and collaborate with community, business and internal AARP partners nets AARP great results.

**Employee Comments:**

Created By : Laurinda Paschal-
Dodgen                 02/26/2016 4:27PM

**Objectives Summary**

**Manager Comments:**

Using your wide base of political and community contacts and volunteers you advocated for Social Security/Medicare/ELECT Act and educated care providers on the Care Act. On Secure choice you educated members, Illinois workers, and businesses. You supported AARP Financial events that included Fraud and Scams. Your advocacy involvement in protecting seniors and families against increased utility bills and protections for LIHEAP, adult and protective services and other financial and consumer protections benefitted our

state-wide efforts.

The team of local volunteers that you've continued to train and mentor are making good progress on a local Chicago housing ordinance that has a good chance of passing in 2017. Managing and keeping them involved is quite an accomplishment especially when you don't need to be at every meeting and they diligently report back to you with pride.

Your collaboration on work with others was brought to my attention by your ASD associates and ASDs in other states. Being a team player that can think on a dime and pivot to assist others is an excellent leadership trait. Ryan has consistently seen recognition come your way from others across the country (AARP & AARP Foundation) and believes your work is a strong example how AARP staff can take an Enterprise-wide view.

## Section 2 - Additional Feedback
## Section 3 - Employee Comments

**Employee Comments:**

## Section 4 - Manager Feedback

**Manager Comments:**

## Section 5 - AARP Leadership Behaviors

**Talk Straight/Listen Actively**

**Manager Rating:** Regularly

Created By : Template                02/01/2016  3:42PM

**Take an Enterprise-Wide View**

**Manager Rating:** Regularly

Created By : Template                02/01/2016  3:42PM

**Make Informed Decisions**

**Manager Rating:** Regularly

Created By : Template                02/01/2016  3:42PM

**Inspire and Engage**

**Manager Rating:** Regularly

Created By : Template                02/01/2016  3:42PM

**Exhibit Integrity**

**Manager Rating:** Regularly

Created By : Template                02/01/2016  3:42PM

**AARP Leadership Behaviors Summary**

Manager Comments:

Your innovative and creative outreach strategies and tactics helped to bring AARP to more people age 50-64 in the AA/B communities. The creative and strategic "assists" that you give to your fellow ASDs in Illinois and across the country are benefitting the entire enterprise. Sometimes you're moving so fast that others have a hard time staying abreast of your work so that they can be more helpful. This is something that I'd like you to work on in 2017.

## Section 6 - Overall Summary

Manager Rating: Consistently Exceeds

## Section 7 - eSignature Section

**Laurinda Paschal-Dodgen**                    **01/20/2017 12:44:13AM**

_____

Employee Signature                    Date

_____

Manager Signature                    Date

**Attachments**

No Attachments have been added to this document

**Audit History**

| | | |
|---|---|---|
| Created By : | LJWHITE | 02/01/2016 3:42:24PM |
| Acknowledged By : | Laurinda Paschal-Dodgen | 01/20/2017 12:44:13AM |
| Completed By : | Ruby Haughton | 01/20/2017 11:47:55AM |
| Transferred From : | Robert Gallo | 02/10/2019 12:00:00AM |
| Transferred To : | Mary Anderson | 02/10/2019 12:00:00AM |
| Transferred By : | AARP_BATCH | 02/10/2019 12:00:00AM |
| Last Modified By : | AARP_BATCH | 02/10/2019 12:00:00AM |

Plaintiff_00047

Laurinda Paschal-Dodgen

IPO/Performance Development

Manager Evaluation

Period: 01/01/2015-12/31/2015

Manager: Mary Anderson

**IPO/ Performance Development**

# Manager Evaluation - Completed

Laurinda Paschal-Dodgen

**Job Title:** Associate State Manager
**Document Type:** IPO/ Performance Development
**Template:** Year End Performance Review
**Status:** Completed

**Manager:** Mary Anderson
**Period:** 01/01/2015 - 12/31/2015
**Document ID:** 2076966
**Due Date:** 01/22/2016

| Employee Data | | | |
|---|---|---|---|
| **Empl ID** : | 000062311 | | |
| **Department** : | 30720 | | Illinois State Office |

The document status is Completed.

## Section 1 - Performance Objectives

### Objective 1: Advocacy and Social Change objectives

Description :

Led AARP Illinois' work to more integrated targeted, strategic advocacy and outreach work in Congressional Districts 1, 2, and 7. Expanded presence in communities of presence (i.e. Chicago) and in the other selected target communities within ASD territories, and built a foundation toward a more intentional volunteer structure tied to my work in congressional districts 1, 2, and 7.

Measurement :

• Developed deeper, strategic relevance in all CD (1, 2, 7) w/ AARP members, volunteers, elected officials & other partners to expand reach and impact across IL.

• Strengthened state/local capacity to reach new multicultural audiences through deeper work on social agenda issues in the AA/B communities.

• Increased relevance/engagement of our outreach and advocacy work among 50-64 year olds across Illinois.

• Advocated for passage and enactment of the CARE Act, defended against potential cuts to Illinois' HBCS and to enrollees within these programs on Medicaid.

• Achieved outcomes of FS Campaign to strengthen retirement security including signing and implementation of work and save legislation (i.e. Illinois Secure Choice).

• Protected and saved money for Illinoisans against unfair utility and telecom industry reforms.

• Recruited and engaged new volunteers, effective engagement of volunteer teams, achieved significant progress toward building a volunteer structure that is defined and integrated with targeted community work.

• Engaged in livable/age friendly community building awareness and action in communities of Chicago/Cook County.

• Increased partnerships within the Faith Based community and BGLO by creating a strategic social impact agenda.

**Manager Comments:** Laurinda achieved her objectives for the year on advocacy and social change. To begin the year, she took us home on the passage of work and save with gubernatorial signing of the Illinois Secure Choice Savings Program Act. She continued to maintain our faith-based partnerships, all of the events/activities they host with AARP, and managed all the volunteers working on our issues. Some of those events, such as the male health forum, have become self-sufficient with AARP volunteers leading and organizing the work. Laurinda also broadened her connections with churches this year through establishing partnerships and collaborations with Top Box Foods. She helped Top Box, which has a partnership in the national office with AARP Foundation, expand and improve upon their work thereby helping them meet the goals of their grant with the Foundation. As Laurinda describes in her objective summary, Laurinda expanding AARP's reach across Chicago via helping with collaborations with Experience Corps, AARP Foundation (e.g. Chicago Sky), RSVP, Connecting Caregivers to Community, Women's Legislative Leadership Program and Delta Sigma Theta. These collaborations are helping AARP, and not just AARP Illinois, establish its presence in Chicago. Laurinda also helped the national office quite a bit working with MME on several national events as she described. Laurinda also continued to lead our work with state and federal elected officials, and began building our strength on local advocacy in Chicago by meeting with and securing relationships with Chicago city aldermen. Finally, Laurinda organized a number of events in Chicago, most of which expand or maintain our reach with AA/B audiences. Laurinda has teams of volunteers in various areas of Chicago that help her accomplish her work, and she understands we need to continue to grow and expand our volunteer core in 2016, specifically focusing on developing volunteer leaders.

Created By : Laurinda Paschal-Dodgen          02/13/2015  9:55AM

## Objective 2: Communications

Description :

Advocacy & Outreach staff worked with the Communications team to grow impact and relevance through assistance with execution of AARP Illinois' Communications Plan with the following results:

Measurement :

• Demonstrated enhanced communications competencies and skills for both staff and volunteers.

• Coordinated with Communications staff to more effectively leverage advocacy & outreach work to grow impact and relevance in congressional district 1, 2, and 7.

• Improved social media skills and expanded Illinois' reach

• Improved knowledge and use of AARP tools and programs

**Manager Comments:** Laurinda communicates well with media, with members, elected officials, outside organizations and the public.

Created By : Laurinda Paschal-Dodgen     02/13/2015  9:57AM

## Objective 3: Organizational Culture

Description :

Demonstrated and modeled effective leadership, business management and peer coaching.

Measurement :

• Demonstrated AARP leadership behavior in all phases of work.

• Demonstrated support of AARP's leadership competency model consisting of the following descriptors: Strategist, Results Oriented, Develops Others, Cultural Competence, Innovation, One AARP.

• Demonstrated meaningful engagement with volunteer partners through effective recruitment, development, training, and empowerment.

• Demonstrated effective internal-facing collaboration and partnering across the Enterprise (e.g. peers, SNG, MME, Foundation, etc.).

• Demonstrated strong, effective, and influential external-facing partnerships in support of state plan objectives.

• Achieved forecast accuracy in MME funding by monitoring and communicating with manager and SOA.

• Demonstrated effective and efficient business practices including: strategic planning & preparation, execution & operations including financial management, analysis & adaptation as part of sound decision making, promote implementation of appropriate cost savings *& related initiatives, achieved F3 forecast & initial financial targets, within a 0-5% underspend.

**Manager Comments:** Laurinda displays AARP's leadership behaviors consistently, and she uses these behaviors to help and collaborate with AARP colleagues across the country. I was impressed with consistent recognition she received throughout the year from AARP colleagues in the national office and across state offices. In the past, I have had concerns with untimely communication with our SOA and handling some of the administrative functions of the job when planning events, but I have seen significant improvement and expect that to continue.

Created By : Laurinda Paschal-Dodgen     02/13/2015  9:59AM

## Objective 4: Culture/innovation

Description :

Participated in building a culture with my advocacy and outreach colleagues that embraced and supported innovation and collaboration with enterprise partners across the Association.

Measurement :

- Offered ideas on new and innovative ways to conduct business within my geographic area and as a team

- Worked to be even more innovative in my work and tried new ways to accomplish my work in my areas.

**Manager Comments:** Laurinda has consistently offered innovative ways to do our work not just for what she leads, but consistenly helps improve the way others work both internally (such as experience corps and AARP Foundation) and externally, such as her help with Top Box. She is a strong example of how an ASD can conduct outreach work.

Created By : Ryan Gruenenfelder          02/13/2015  5:57PM

**Objectives Summary**

**Manager Comments:** Based on my comments above and displayed in the work done by Laurinda in 2015 described in her self-evaluation, she often exceeded her expectations for 2015 and I look to more great successes in 2016.

## Section 2 - Additional Feedback

## Section 3 - Employee Comments

**Employee Comments:**

## Section 4 - Manager Feedback

Plaintiff_00052

**Manager Comments:**

## Section 5 - AARP Leadership Behaviors

**Talk Straight/Listen Actively**

**Manager Rating:** Regularly

Created By : Template      11/09/2015 6:24AM

**Take an Enterprise-Wide View**

**Manager Rating:** Regularly

Created By : Template      11/09/2015 6:24AM

**Make Informed Decisions**

**Manager Rating:** Regularly

Created By : Template      11/09/2015 6:24AM

**Inspire and Engage**

**Manager Rating:** Regularly

Created By : Template          11/09/2015 6:24AM

**Exhibit Integrity**

**Manager Rating:** Regularly

Created By : Template          11/09/2015 6:24AM

**AARP Leadership Behaviors Summary**

**Manager Comments:**

## Section 6 - Overall Summary

**Manager Rating:** Often Exceeds

## Section 7 - eSignature Section

**Laurinda Paschal-Dodgen**          **01/21/2016 3:05:33PM**

_____
Employee Signature                        Date

_____
Manager Signature                        Date

**Attachments**
No Attachments have been added to this document

**Audit History**

|  |  |  |
|---|---|---|
| **Created By :** | LJWHITE | 11/09/2015 6:24:40AM |
| **Acknowledged By :** | Laurinda Paschal-Dodgen | 01/21/2016 3:05:33PM |
| **Completed By :** | Ryan Gruenenfelder | 01/21/2016 3:27:07PM |
| **Transferred From :** | Robert Gallo | 02/10/2019 12:00:00AM |
| **Transferred To :** | Mary Anderson | 02/10/2019 12:00:00AM |
| **Transferred By :** | AARP_BATCH | 02/10/2019 12:00:00AM |
| **Last Modified By :** | AARP_BATCH | 02/10/2019 12:00:00AM |

Plaintiff_00055

Laurinda Paschal-Dodgen

IPO/Performance Development

Manager Evaluation

Period: 01/01/2014-12/31/2014

Manager: Mary Anderson

Plaintiff_00056

**IPO/Yr-end Performance Review**

# Manager Evaluation - Completed

Laurinda Paschal-Dodgen

**Job Title:** Associate State Manager
**Document Type:** IPO/Yr-end Performance Review
**Template:** Year End Performance Review
**Status:** Completed

**Manager:** Mary Anderson
**Period:** 01/01/2014 - 12/31/2014
**Document ID:** 2057636
**Due Date:** 01/16/2015

| Employee Data | | |
|---|---|---|
| **Empl ID :** | 000062311 | |
| **Department :** | 30720 | Illinois State Office |

The document status is Completed.

## Section 1 - Performance Objectives

### Objective 1: Federal and Congressional Strategy

Description :Grew Impact and Relevance through the execution of AARP Illinois' Advocacy & Outreach strategies in my congressional district areas:

Measurement :Achieved outcomes on national issues by assisting advocacy efforts in Affordable Care Act (ACA) and defense of Social Security/Medicare while increasing community awareness of issues. Assist in strengthening and expanding our reach across Illinois on issues related to Affordable Care Act (ACA) education, Retirement Security and Medicare education. Grew AARP Illinois' relevance and impact at the local and community level through integrated advocacy and outreach work. Developed deeper, strategic relevance and impact in Congressional Districts 1, 2, and 7 with AARP members, volunteers, elected officials and other partners to expand our reach in AA/B communities

| Created By : | Laurinda Paschal-Dodgen | 01/14/2015 5:52PM |
|---|---|---|

### Objective 2: State and Local Strategies

Description :Integrating advocacy and outreach activities to support state and local activities in my geographic areas.

Measurement :• Strengthened state and local capacity to reach new audiences (via our community presence work in CD 1, 2, and 7 through caregiving, fraud and scam efforts, Life Reimagined, Faith based outreach and more). Assist lead ASD's in protecting and expanding access to HCBS/LTSS and increased support for Illinois caregivers. Assist in expanding access to quality, affordable health coverage for the 50+ population, and advanced toward implementing a consumer friendly Illinois Health Insurance Exchange. Achieved outcomes of the Financial Security Campaign in CDs 1, 2, & 7 to protect and strengthen the financial and retirement security of Illinoisans and grew AARP Illinois' relevance and impact as a resource for financial education and security, consumer protection, scams and frauds. Assisted lead ASD in strengthening our reach across Illinois to achieve impactful measures to save money for 50+ utilities consumers related to home energy issues and built on previous work to protect consumers from higher utility rates. Engaged voters on key AARP issues during the 2014 election cycle, with deeper voter engagement in Illinois' Gubernatorial race. Executed Life Reimagined activities and events.

Created By : Laurinda Paschal-Dodgen     01/14/2015 5:52PM

### Objective 3: Multicultural and Community Presence Outreach

Description :Lead AA/B community outreach efforts in Illinois to increase relevance and provide strategic direction in social impact programs in AA/B communities.

Measurement :Demonstrated increased awareness, relevance, and engagement among multicultural audiences across Illinois and specifically through deepened programmatic work with Chicago's AA/B communities. Strengthened Illinois' volunteer structure through more strategic recruitment, training, management and expanded volunteer leadership development. Expanded volunteer leadership through recruiting and training volunteer lead. Increased awareness and collaborative relationships on social impact programs and membership drives in community churches through the Faith Based partnership.

Created By : Laurinda Paschal-Dodgen     01/14/2015 5:52PM

### Objective 4: Illinois Secure Choice Savings Program – Auto IRA

Description :Lead Illinois Secure Choice Plan and African American/Black community outreach efforts to position AARP Illinois as a mission-driven organization, fighting for a better quality of life for the 50 plus population and their families, and engaging in significant and impactful ways in communities across Illinois.

Measurement :Demonstrated moving Secure Choice legislation forward in Illinois Increased community knowledge of the Secure Choice bill and retirement solutions with forums, seminars, and media presence. Increased media exposure on the Secure Choice program

Created By : Laurinda Paschal-Dodgen     01/14/2015 5:52PM

### Objective 5: Increased Communications and Social Media Support

Description :Advocacy & Outreach staff worked with the Communications team to grow impact and relevance through assistance with execution of AARP Illinois' Communications Plan with the following results:

Measurement :Demonstrated enhanced communications competencies and skills for both myself and volunteers. Coordinated with Communications staff to more effectively leverage advocacy & outreach work to grow impact and relevance in CD 1, 2, and 7. Improved social media skills and expanded Illinois' reach. Increase personal Klout score by 20%. Improved knowledge and use of AARP tools and programs such as Cvent. Increase presence in AA/B media highlighting AARP's social impact and community relevance agenda.

Plaintiff_00058

Created By : Laurinda Paschal-Dodgen      01/14/2015 5:52PM

## Section 2 - Employee Comments

**Employee Comments:**

## Section 3 - Additional Feedback

## Section 4 - Manager Feedback

**Manager Comments:**

Laurinda worked very hard during 2014 and often exceeded her objectives. She excelled at using her outreach skills to attain results on our AA/B MME work in Chicago and the south suburbs, mostly through relationships she has established with several mega-churches. Most notably for 2014, Laurinda accepted the staff lead on Work and Save legislation (Illinois Secure Choice), and Illinois became the first state in the nation to make a comprehensive program state law, meeting a major AARP dashboard measure. Accomplishments to note:

• I assigned Laurinda to lead our efforts to pass Illinois' work and save bill called the Illinois Secure Choice Savings Program Act. She embraced it wholeheartedly. The legislation passed and became law. The law broke national ground as Illinois became the first state in the nation to pass a comprehensive work and save program. Chances of passage were slim when the year started considering intense opposition from major business and insurance interest groups and the fact that no other state had a program. I nominated Laurinda for the Lyn Bodiford Award as a result of her efforts.

• She continued the relationships with the mega churches and hosted events on issues such as men's and women's health forums, AARP TEK events, and caregiving.

• Mamma's Girls play: She led coordination and outreach on this play held in one of the churches in early December and over 1200 people attended on a Saturday afternoon.

• Laurinda stepped in to help another staff member, Julie Vahling, build her foundation for AA/B MME outreach in East St. Louis and has been a strong advisor, having travelled to East St. Louis a couple times to help Julie build that presence.

• At times during the year, Laurinda struggled with completing required paperwork within set timeframes, meeting leave policy, communicating planned weekly work, and with punctuality. After discussions and determined resolution, I have confidence she will show improvement moving forward into 2015.

• Displaying her innovation and success with her MME work, Laurinda was invited by the national office to participate in the MME Leadership Development Program for Fall 2014 through Summer 2015 and also the Odyssey program. These are great development opportunities for her and serve as recognition of her work.

## Section 5 - Cultural Attributes

Enter ratings each attribute in this evaluation. Save entries made on the evaluation by selecting the Save button.

### Trustworthy

**Manager Rating:** Most of the time

Created By : Template                01/14/2015 5:52PM

Last Modified By : Ryan Gruenenfelder        01/14/2015 6:27PM

### Visionary

**Manager Rating:** Most of the time

Created By : Template                01/14/2015 5:52PM

Last Modified By : Ryan Gruenenfelder        01/14/2015 6:27PM

### Courageous

**Manager Rating:** Most of the time

Created By : Template                01/14/2015 5:52PM

Last Modified By : Ryan Gruenenfelder        01/14/2015 6:27PM

### Result Oriented

**Manager Rating:** Most of the time

| Created By : | Template | 01/14/2015 5:52PM |
| Last Modified By : | Ryan Gruenenfelder | 01/14/2015 6:27PM |

**Caring**

**Manager Rating:** Most of the time

| Created By : | Template | 01/14/2015 5:52PM |
| Last Modified By : | Ryan Gruenenfelder | 01/14/2015 6:27PM |

**Engaging**

**Manager Rating:** Most of the time

| Created By : | Template | 01/14/2015 5:52PM |
| Last Modified By : | Ryan Gruenenfelder | 01/14/2015 6:27PM |

**Energetic**

**Manager Rating:** Most of the time

| Created By : | Template | 01/14/2015 5:52PM |
| Last Modified By : | Ryan Gruenenfelder | 01/14/2015 6:27PM |

## Section 6 - Overall Summary

**Manager Rating:** IV - Often Exceeds

## Section 7 - eSignature Section

**Laurinda Paschal-Dodgen**                    **01/16/2015  1:12:42PM**

_____
Employee Signature                                    Date

**Ryan Gruenenfelder**                          **01/16/2015  1:32:01PM**

_____
Manager Signature                                     Date

| Attachments |
| --- |
| No Attachments have been added to this document |

| Audit History | | |
| --- | --- | --- |
| **Created By :** | LJWHITE | 01/23/2014  6:18:21AM |
| **Acknowledged By :** | Laurinda Paschal-Dodgen | 01/16/2015  1:12:42PM |
| **Completed By :** | Ryan Gruenenfelder | 01/16/2015  1:32:01PM |
| **Manager Signed By :** | Ryan Gruenenfelder | 01/16/2015  1:32:01PM |
| **Transferred From :** | Robert Gallo | 02/10/2019 12:00:00AM |
| **Transferred To :** | Mary Anderson | 02/10/2019 12:00:00AM |
| **Transferred By :** | AARP_BATCH | 02/10/2019 12:00:00AM |
| **Last Modified By :** | AARP_BATCH | 02/10/2019 12:00:00AM |

Laurinda Paschal-Dodgen

2013 Year End Performance Review

Manager: Ryan D. Gruenenfelder

Plaintiff_00063

## 2013 YEAR END PERFORMANCE REVIEW

| EMPLOYEE INFORMATION | |
|---|---|
| Employee Name: | Paschal-Dodgen,Laurinda L |
| Employee Number: | 62311 |
| Employee Status: | |
| Manager Name: | Gruenenfelder,Ryan D |
| Manager Number: | 61789 |
| Manager's Manager Name: | Gallo,Robert |
| Manager's Manager Number: | 4742 |
| Year: | 2013 |

| OBJECTIVES | |
|---|---|
| Objectives & Measures: | **Advocacy**<br><br>☐ **Achieved outcomes on national issues including Affordable Care Act education, advocacy, and defense of Social Security/Medicare**<br>☐ **Achieved outcomes on state & multi-state issues including retirement policy, utilities and home energy, LTC/HCBS, Medicaid, and other determined state & local advocacy efforts. Met IL State Office expectations for SNG-led Portfolio Outcomes, including:**<br>☐ **Contribute to at least 25 successful key initiatives in states achieved significant legislative or regulatory accomplishments to ACA advocacy and education; retirement and financial security; preserve or expand funding for home and community based services; public assistance; and asset protection.**<br>☐ **50+ Illinoisans are informed and understand what the Affordable Care Act means for them and their families; are able to make informed decisions about Medicaid expansion, health insurance and health care coverage; and recognize that AARP is a trusted source of accurate health information. Assist in ACA advocacy to assure an insurance exchange is planned for Illinois.**<br>☐ **50+ Illinoisans can rely on funding for home and community based services and supportive services for themselves or their families so they can remain in their homes. Provide HCBS advocacy to assure funding for eligible HCBS clients.**<br>☐ **50+ Illinoisans have more secure retirement benefits, have improved options and information to make key decisions about their retirement benefits and Auto IRA, and are able to maintain their ability to generate retirement income from their homes and retirement savings, through AARP advocacy for critical retirement security priorities**<br>☐ **50+ Illinoisans save money on home energy expenses, through a multi-state advocacy campaign against unfair increases in home energy costs for gas, electricity, as well as phone costs.**<br>☐ **Further develop congressional district/advocacy capacity at the state level with the continuation work of You've Earned Say, campaigns and state advocacy.**<br>☐ **Increase awareness and affinity for AARP with Black Caucus members.** |

| Dashboard Objectives: | Social Impact |
|---|---|
| Portfolios: | |
| Operational Driver: | |

| | **Community and Outreach Strategy** |
|---|---|
| | ☐ **Executive Council Members are partnered with Outreach & Advocacy ASD's.** |
| | ☐ **Align AARP's advocacy, education and outreach with member wants and needs, and increase visibility of that work.** |
| | ☐ **Demonstrate improved staff competencies in volunteer recruitment, training and management. Developed and executed integrated plans to achieve social change outcomes, based on portfolios, segmentation and MME goals.** |
| | ☐ **Demonstrated increased engagement of members and state-managed volunteers through increased and more meaningful participation on assigned metrics in portfolio planning.** |
| **Objectives & Measures:** | ☐ **Demonstrated support, collaboration, and increased engagement with AARP Driver Safety, IRTA and Tax Aide partners.** |
| | ☐ **Achieved success on assigned metrics for the Retirement Decision Making and Asset Protection, Work Reimagined.** |
| | ☐ **Demonstrated increased local and state leader engagement and thought partnerships with associations preparing for an aging population.** |
| | ☐ **Executed Life Reimagined pilots and events if applicable.** |
| | ☐ **Contributed to MME priorities of awareness, relevance, and engagement among multicultural audiences in our states and communities.** |
| | ☐ **Successfully promoted AARP advocacy and education initiatives that enhance AARP relevance among 50-64 and 65+ Illinois members through the use of social media.** |
| | ☐ **Established relevant presence in targeted communities of Rockford, Springfield and Chicago.** |
| | ☐ **Increase partnerships within the Faith Based community by creating a strategic social impact agenda.** |
| | ☐ **Increase membership in AA/B Faith Based institutions of first time members and renewal members.** |

| Dashboard Objectives: | Relevance, Membership |
|---|---|
| Portfolios: | |
| Operational Driver: | |

| | **Communications and Telling our Story** |
|---|---|
| **Objectives & Measures:** | ☐ **Demonstrated enhanced communications competencies and social media skills.** |
| | ☐ **Demonstrated improved utilization of member data and communications channels.** |
| | ☐ **Achieved social media growth and action metrics.** |
| | ☐ **Demonstrated aligned , targeted messaging strategy and incorporated new Brand toolkits.** |
| | ☐ **Achieve designated increase in MME-specific earned media** |

| Dashboard Objectives: | Engagement |
|---|---|
| Portfolios: | |
| Operational Driver: | |

| | **Strengthening our Teams and Management** |
|---|---|
| **Objectives & Measures:** | ☐ **Strengthened personal management and core competencies through scheduled trainings and development opportunities.**<br>☐ **Completed Cultural Competency training offerings as scheduled with follow-up on the training at staff meetings.**<br>☐ **Fostered innovation and best practices, benchmarking and evaluative work.**<br>☐ **Demonstrated support of AARP's leadership competency model consisting of the following descriptors: Strategist, Results Oriented, Develops Others, Cultural Competence, Innovation, One AARP.**<br>☐ **Achieved forecast accuracy in MME funding by monitoring and communicating with manager and SOA.**<br>☐ **Implemented appropriate cost savings and initiatives.**<br>☐ **Provide support to staff serving on teams and committees representing the states input and needs.** |

| Dashboard Objectives: | Engagement, Financial |
|---|---|
| Portfolios: | |
| Operational Driver: | |

## EMPLOYEE SUMMARY

My performance to date has reflected contributions in You've Earned a Say, Faith Based Initiative, increased engagements of members, supporting the state team, and executing SNG MC efforts.

Thus far I have contributed directly to all 3 of our enterprise strategy objectives (Grow Impact, Grow Relevance, Grow Revenue). I positioned myself to assist colleagues as well as personally meet all of my individual performance objectives. Equally as important as the outcomes accomplished are that I have demonstrated strongly 7 of our 7 One AARP attributes (Trustworthy, Visionary, Courageous, Results-Oriented, Caring, Engaging, and Energetic). Below are a few highlights of specific measurable outcomes that speak to the above assessment:

**Strengthened, and in some cases created new avenues for AARP to participate as a thought-leader in conversations relevant to the multicultural communities, which lead to development of new partnerships and avenues to deliver on our social change and engagement objectives.**

Recently AARP has continued to show up as a thought-leader and convener of organizations by forging partnerships and collaborative efforts with Governor's State University, WVON, Chicago International Film Festival, Morgan Stanley, and Toyota to work and collaborate on efforts in 2014.

I convened a group of advocates in Chicago to discuss ACA and how we can collaboratively work together to provide education for the community. Many of the attendees hailed this event as a success and has partnered with one another on community projects.

AARP has also seen impact in Experience Corp. I have worked to create a layering effect of what AARP has to offer in Chicago. EC's mission is one that resonates with AA/B audience. I have provided numerous

media dollars that resulted in radio ads, print ads, and talk time on the Cliff Kelly show that highlighted EC. I introduced EC to Cliff Kelly and he has since signed on to be a spokesperson for EC in the community. Having Cliff Kelly endorse the organization has increased their volunteer rates in Q3. EC and AARP partnered in December to speak to over 800 seniors at the WVON senior breakfast. EC made an impact and received a lot of names for potential volunteers and AARP garnered memberships at the event.

Legislatively AARP has made an impact in the community. Although I have not led an issue most of 2013, I contributed to the success of my colleagues by lobbying state legislators, attending meetings when leads where not available, educating constituents, using faith based institutions as a platform for information, and solidifying talk time on the Cliff Kelly show which is heard by many AA/B households. Impact was also made by providing education to constituents on ACA and YEAS throughout the year but mostly in Q4. I am responsible for Congressional Districts 1 (Rush), 2 (Kelly), and 7 (Davis) and the state legislators that reside in those districts. I have made great strides in building a relationship with Davis and Rush's office. I have some great relationships with Rush's and Davis' congressional staff and hope to build on these relationships in 2014. I do not have a solid relationship with Kelly's office but hope to build a relationship in 2014. I have made a concerted effort to reach out to the Freshman State Legislators and have a great relationship with their offices as well.

Strategic partnerships were forged to market AARP as an affinity organization to AA/B Boomers this year. I worked to think outside of the box and create events that catered to this audience. Partnering with the Chicago International Film Festival (CIFF) is one example of growing our relevance in the AA/B boomer market. During the film festival AARP had layers of events and attractions for the CIFF audience. We started the event by having a Spotlight Africa series. This series catered to films that were created by African film makers or about prominent African figures such as Mandela, a highly attended movie screening. The event was culminated with an African music video event at the Shrine which hosted African dancers, drummers and musicians. Next, we sponsored Black Perspectives films which highlighted The Inevitable Defeat of Mister and Pete which had a Q&A with the Director and Chicago's own Jennifer Hudson. Lastly, we hosted a CPS day at the movies and presented each high school student with the Guiding Your Grand guide in English and in Spanish. All of the events were publicized on WVON's Cliff Kelly show including providing free ticket giveaway's and sent to over 50k residents throughout the Chicagoland area. We strengthened our relationships with the churches buy providing screening tickets to the singles ministry.

For the past two years Chicago has led Nationally in its Faith Based efforts through social programming and membership within AA/B churches. We focused heavily on building our relationships with the churches by providing social programming while working on sustaining last year's memberships with renewals. Chicago has partnered with mega churches in 2013 and slated to add two more churches in 2014. Through the churches we have created numerous programs which include:

Trinity United Church of Christ:

> Male Health Forum – which boast on average 175 men on a monthly basis to discuss health topics that affect AA/B men.

> Connecting Caregivers to Community – caregiver program that partners caregivers and buddies to form a safety net around caregivers. We have over 40 caregivers in the program and 40 buddies signed up as volunteers.

New Faith International Baptist Church:

> Health Fairs: AARP partners with New Faith on all health fairs that the church has including health fairs around the community that the church would like us to participate in (total 5)

> Joseph Project: provided eblast to members to notify them of the events occurring at the church

> Church events: attend church events when asked to set up membership table and or create a presence at the event

Victory Apostolic Church:

> 2nd Congressional District Debate: hosted debate at Victory Apostolic Church. I was the co-lead for this event with Scott Musser. I was in charge of solidifying half of the participants to be on the panel for the debate. I worked with Ann Black on logistics and run of show, created all MOU's, creating the flyer, photo slide show of debaters, and media discussions/negotiations with WVON and Clear Channel. I was the spokesperson for the show on Clear Channel and worked with Rev. Curtis to insure a large turnout for the event by providing street promotions in the South Suburban area. Lastly, I was in charge of refreshments post event. We solidified our relationship with Victory by creating

name recognition for the church which boosted their attendance and provided an avenue for local legislators and businesses to subsequently work with the church.

Mt. Calvary:

Mt. Calvary does not have a membership agreement with AARP but we do work with the church on social programming. We host the Women's Health Forum with Rush Hospital once a month for roughly 45-70 women.

All of the churches listed with the exclusion of Mt. Calvary have participated in the membership/membership renewal program. The program has assisted the National office to increase first time renewal rates by 17% in AA/B audience. We have personally signed up over 1700 first time memberships in 2013 and pushed renewals within the above named churches in 2013. The success of this program has created attention from MME which has provided Chicago with the opportunity to get additional funding in 2014 as well as a National presence in the Chicago market.

Attention has been put on the success of State and National advocacy campaigns in Illinois.

Attention has been put in educating my volunteers on lobbying and in-district meetings. I provided the opportunity for Hiola Alston and Carlotta Manns to be fellows in the Aging Justice Program. Both of these women were engaged and finished the program with increased confidence in their abilities to lobby legislators and work a bill. Hiola has increased her advocacy work with AARP and does Springfield lobbying for the organization. I have worked with David Linear on in-district meetings and getting his confidence up while speaking to legislators on AARP issues.

In April/May, AARP partnered with SEIU for Springfield bus trips to help fund HCBS co-lead with David Vinkler. I prepped Hiola Alston, volunteer, to be a key speaker at the event and she did a remarkable job rousing the audience and legislators prior to lobbying. I also worked on logistics and filled the bus with constituents which had over 200 people in attendance.

Education and outreach on Health, Finances, Social Security, Medicare and AARP products and services.

Numerous educational activities have stemmed around educating members/nonmembers on Social Security and Medicare. Various speaking engagements to faith based groups, community organizations, and training volunteers have been instrumental in the IL state office getting out timely information to over 15 events. Volunteers took the lead on many local events. They were the face for over 13 health fairs in the community and were speakers for 5 events.

Volunteers: volunteers have increased their leadership role in 2013. They have stepped outside of their box to learn new material in order to educate the community. There are several leadership groups that meet monthly on health topics (Male Health and Women's Health) to insure that the programs are run smoothly enabling me to be at various events and travel while these events are running smoothly. My volunteers are my go to people for community questions ranging from what events to do in the community, to location, to marketing. Several volunteers were trained in early December on Financial 50+ and have started in early 2014 teaching their own classes. I have taken extra time to reward volunteers and send thank you cards, birthday greetings and recognition on hard work by giving them a holiday party which was well received. We will continue to meet on a monthly basis to work on community events and grow our volunteerism in the community stronger.

Professional Development:

I have diligently worked to hone my skills in leadership/management and advocacy. I completed two fellowships that helped me focus on these two areas to develop further. Executive Service Corp has enabled me to work on my communication skills with management and colleagues to assist in creating a productive work environment. In this program I worked with a cohort group to analyze non-profit organizations Board of Directors and provide strategic solutions. This process helped me look at my volunteers (my board of directors) and see where I was failing and how I could make the board and myself better by providing education, leadership opportunity, and input into strategic decisions making and

direction when it comes to AA/B work in the community. I have taken time to focus on my community outreach goals to make an impact in the AA/B community that can be replicated and seen nationally. I have succeeded in this effort by utilizing the strength of my Board (volunteers) to make programs better and more relevant for the community we serve. I worked with the Aging Justice Program to hone my skills in the legislative process. I feel more confident discussing AARP advocacy issues while knowing the exact process that it takes to move a bill. I have become the lead for Auto IRA and I am confident based on my constant development in this area that I will be successful both legislatively and in community education on this topic. I am excited about this new aspect of my work and hope to make a substantial difference in 2014 in this effort.

In addition to the above contributions in 2014 I have shown One AARP attributes as shown with comments from colleagues across the organization.

**Caring**

*Great job with your work with the churches and CD debate.*

**Courageous**

*Outstanding effort on the Congressional District 2 Debate.*

**Engaging**

*A small recognition of the multicultural relevance & impact work you do in Illinois. I'm excited about what you describe for 2014, and as the New Year takes off, I look forward to working with you to bring recognition to your efforts, get you what you need – and hopefully getting my feet wet in Chicagoland. Never hesitate to call on me!*

*Thank you so much for volunteering your time at the State Fair booth. I really appreciated to help!!*

*Laurinda, thank you for all your support and always thinking about us!*

**Results Oriented**

*Great working with you on the CD2 debate*

*Thank you for your Herculean efforts on Connecting Caregivers to Community. I greatly appreciate it.*

**Caring**

*Thank you so much for volunteering your time to help with the tornado recovery effort. I'm honored to work alongside such caring colleagues!*

*I feel we have worked together more this year than the past and I've thoroughly enjoyed it. It was a profound experience working beside you providing some aid to Washington, IL tornado victims. I'll never forget it. Cheers to 2014!*

**Trustworthy**

*Great work this year*

**Visionary**

*This is long overdue. Thank you for all the great, visionary work you did this year. I also commend you for stepping up to take the lead on an advocacy issue. Well done. If I had more points to give, I would!*

### MANAGER SUMMARY

Laurinda consistently exceeded the objectives she was expected to meet during 2013. She rarely needs guidance; embraces and understands the need for change; is an independent and creative thinker; consistently takes on new projects/work; consistently produces successful results; is recognized by her colleagues as a strong collaborator; and she is always open to assist others on the Illinois team and elsewhere in the association. She is a creative thinker and a strong partnership builder who works hard to make sure the work she does is successful. When she takes on a new issue or a new project, she does it with enthusiasm and tirelessly works to make sure she knows everything she must know to be successful.

Laurinda's employee summary is a solid description of all that she accomplished in 2013. She has done well at balancing AARP Illinois' work, advocacy and outreach, in her assigned territory and other areas of the state. On the advocacy side, she developed deeper, stronger relationships with the members of Congress in her territory and led federal issue work with them. Notably, Laurinda co-led the 2nd Congressional district debate at Victory Apostolic Church that featured all nine candidates for the seat and yielded over 500 attendees and significant media coverage. Laurinda did a great job developing deeper relationships for AARP Illinois with the state legislators in her territory. She has also taken on the role of leading AARP Illinois' legislative and lobbying efforts to pass the Automatic IRA Act of Illinois.

On the outreach and MME side, Laurinda continues to be a creative, innovative leader for AARP. She is the staff lead for African American/Black MME work and outreach work in general for much of Chicago and the south suburbs. As outlined in her summary, her partnership work with groups such as the Chicago International Film Festival, WVON, Morgan Stanley, and several mega churches (see her summary) have yielded a strong MME presence for AARP in Chicago and the suburbs, and her MME work is recognized by the national office and other state offices as innovative. Laurinda has also done a great job of recruiting and engaging volunteers in a meaningful way. She properly trains her volunteers and prepares them for what they will face in the work they do for AARP Illinois. Laurinda is on a strong track building relevance and impact for AARP in her assigned territory.

## MANAGER'S MANAGER COMMENTS

I concur with the staff and manager's evaluation along with the cultural attributes and overall performance ratings.

## EMPLOYEE COMMENTS

## CULTURAL ATTRIBUTES

| | |
|---|---|
| Trustworthy: | Most of the time |
| Visionary: | Most of the time |
| Courageous: | Most of the time |
| Results Oriented: | Most of the time |
| Caring: | Most of the time |
| Engaging: | Most of the time |
| Energetic: | Most of the time |

## OVERALL PERFORMANCE RATING

| | |
|---|---|
| Rating: | Consistently Exceeds |

## SIGNATURE LINES

| EMPLOYEE NAME | DATE | SIGNATURE |
|---|---|---|
| Paschal-Dodgen,Laurinda L | 1/16/2014 | Dodgen, Laurinda (LDodgen) |
| **MANAGER NAME** | **DATE** | **SIGNATURE** |
| Gruenenfelder,Ryan D | 1/16/2014 | Gruenenfelder, Ryan (RGruenenfelder) |

| MANAGER'S MANAGER NAME | DATE | SIGNATURE |
|---|---|---|
| Gallo,Robert | 1/16/2014 | Gallo, Bob (BGallo) |
| APPROVER | DATE | |
| Gruenenfelder,Ryan D | 1/16/2014 | |

Laurinda Paschal-Dodgen

2013 Mid-Year Performance Review

Manager: Ryan D. Gruenenfelder

Plaintiff_00072

## 2013 MID YEAR PERFORMANCE REVIEW

| EMPLOYEE INFORMATION | |
|---|---|
| Employee Name: | Paschal-Dodgen,Laurinda L |
| Employee Number: | 62311 |
| Employee Status: | |
| Manager Name: | Gruenenfelder,Ryan D |
| Manager Number: | 61789 |
| Manager's Manager Name: | Gallo,Robert |
| Manager's Manager Number: | 4742 |
| Year: | 2013 |

| OBJECTIVES | |
|---|---|
| Objectives & Measures: | **Advocacy**<br><br>☐ Achieved outcomes on national issues including Affordable Care Act education, advocacy, and defense of Social Security/Medicare<br>☐ Achieved outcomes on state & multi-state issues including retirement policy, utilities and home energy, LTC/HCBS, Medicaid, and other determined state & local advocacy efforts. Met IL State Office expectations for SNG-led Portfolio Outcomes, including:<br>☐ Contribute to at least 25 successful key initiatives in states achieved significant legislative or regulatory accomplishments to ACA advocacy and education; retirement and financial security; preserve or expand funding for home and community based services; public assistance; and asset protection.<br>☐ 50+ Illinoisans are informed and understand what the Affordable Care Act means for them and their families; are able to make informed decisions about Medicaid expansion, health insurance and health care coverage; and recognize that AARP is a trusted source of accurate health information. Assist in ACA advocacy to assure an insurance exchange is planned for Illinois.<br>☐ 50+ Illinoisans can rely on funding for home and community based services and supportive services for themselves or their families so they can remain in their homes. Provide HCBS advocacy to assure funding for eligible HCBS clients.<br>☐ 50+ Illinoisans have more secure retirement benefits, have improved options and information to make key decisions about their retirement benefits and Auto IRA, and are able to maintain their ability to generate retirement income from their homes and retirement savings, through AARP advocacy for critical retirement security priorities<br>☐ 50+ Illinoisans save money on home energy expenses, through a multi-state advocacy campaign against unfair increases in home energy costs for gas, electricity, as well as phone costs.<br>☐ Further develop congressional district/advocacy capacity at the state level with the continuation work of You've Earned Say, campaigns and state advocacy.<br>☐ Increase awareness and affinity for AARP with Black Caucus members. |

| Dashboard Objectives: | Social Impact |
| --- | --- |
| Portfolios: | |
| Operational Driver: | |

| | **Community and Outreach Strategy** |
| --- | --- |
| **Objectives & Measures:** | ☐ **Executive Council Members are partnered with Outreach & Advocacy ASD's.**<br>☐ **Align AARP's advocacy, education and outreach with member wants and needs, and increase visibility of that work.**<br>☐ **Demonstrate improved staff competencies in volunteer recruitment, training and management. Developed and executed integrated plans to achieve social change outcomes, based on portfolios, segmentation and MME goals.**<br>☐ **Demonstrated increased engagement of members and state-managed volunteers through increased and more meaningful participation on assigned metrics in portfolio planning.**<br>☐ **Demonstrated support, collaboration, and increased engagement with AARP Driver Safety, IRTA and Tax Aide partners.**<br>☐ **Achieved success on assigned metrics for the Retirement Decision Making and Asset Protection, Work Reimagined.**<br>☐ **Demonstrated increased local and state leader engagement and thought partnerships with associations preparing for an aging population.**<br>☐ **Executed Life Reimagined pilots and events if applicable.**<br>☐ **Contributed to MME priorities of awareness, relevance, and engagement among multicultural audiences in our states and communities.**<br>☐ **Successfully promoted AARP advocacy and education initiatives that enhance AARP relevance among 50-64 and 65+ Illinois members through the use of social media.**<br>☐ **Established relevant presence in targeted communities of Rockford, Springfield and Chicago.**<br>☐ **Increase partnerships within the Faith Based community by creating a strategic social impact agenda.**<br>☐ **Increase membership in AA/B Faith Based institutions of first time members and renewal members.** |

| Dashboard Objectives: | Relevance, Membership |
| --- | --- |
| Portfolios: | |
| Operational Driver: | |

| | **Communications and Telling our Story** |
| --- | --- |
| **Objectives & Measures:** | ☐ **Demonstrated enhanced communications competencies and social media skills.**<br>☐ **Demonstrated improved utilization of member data and communications channels.**<br>☐ **Achieved social media growth and action metrics.**<br>☐ **Demonstrated aligned , targeted messaging strategy and incorporated new Brand toolkits.**<br>☐ **Achieve designated increase in MME-specific earned media** |

| | |
|---|---|
| Dashboard Objectives: | Engagement |
| Portfolios: | |
| Operational Driver: | |

| | **Strengthening our Teams and Management** |
|---|---|
| **Objectives & Measures:** | ☐ **Strengthened personal management and core competencies through scheduled trainings and development opportunities.** <br> ☐ **Completed Cultural Competency training offerings as scheduled with follow-up on the training at staff meetings.** <br> ☐ **Fostered innovation and best practices, benchmarking and evaluative work.** <br> ☐ **Demonstrated support of AARP's leadership competency model consisting of the following descriptors: Strategist, Results Oriented, Develops Others, Cultural Competence, Innovation, One AARP.** <br> ☐ **Achieved forecast accuracy in MME funding by monitoring and communicating with manager and SOA.** <br> ☐ **Implemented appropriate cost savings and initiatives.** <br> ☐ **Provide support to staff serving on teams and committees representing the states input and needs.** |

| | |
|---|---|
| Dashboard Objectives: | Engagement, Financial |
| Portfolios: | |
| Operational Driver: | |

## EMPLOYEE SUMMARY

**Strengthened and created new avenues for AARP to participate as a thought-leader in conversations relevant to the multicultural communities, which lead to development of new partnerships and avenues to deliver on our social change and engagement objectives.**

*Attention has been put on the success of State and National advocacy campaigns in Illinois.*

This year I was tasked to co-lead the District 2 Debate in Matteson IL. Through our partnership with VAC and relationship with Rev. Curtis we were able to get a great space and state of the art facility for the event. This event challenged my community outreach, organizational, event planning and networking skills. I was able to use the breadth of my knowledge to collaborate with colleagues and outside partners to come up with a very successful event. AARP garnered great media relationships with WVON and Clear Channel. I made my very first mainstream Chicago radio station debut on 92.3 which was looped and replayed numerous times during the week. This was a great challenge for me professionally that I was able to exceed at while working alongside Ann Black. Ann provided a lot of knowledge from her work in Iowa and we thought outside the box in a very short timeframe. Scott provided great leadership by convening

weekly meetings so that everyone was on the same page and nothing fell through the cracks. To date, this was the best internal collaborative effort that I have had at AARP.

I made a deliberate commitment to work on more legislative duties this year. I worked with Dave on a very successful HCBS rally in Springfield partnering with community organizations. Ryan provided me the opportunity to work on the Social Security Offset Bill and have an in-depth understanding of our IL legislature. While initially working in a group; I ultimately worked this bill alone and was able to get 11 sponsors by the end of session. I continue to hone my skills in legislative advocacy work by stepping forward when opportunities arise in this arena.

Chicago, IL continues to lead the MME agenda on Faith Based Outreach efforts

We continue to make strides in the Faith Based arena and are told we are "leading the pack" with our efforts in social impact programming. Currently AARP has completed two MOUs in late 2012 with Trinity United Church of Christ (TUCC) and Victory Apostolic Church (VAC). We are working on final MOU agreements with Covenant United Church of Christ (CUCC) and New Faith International Church (New Faith). Finally we are discussing a partnership with Apostolic Church of God (ACOG) and Mt. Calvary church to work on collaborative efforts.

TUCC: Our relationship with TUCC has grown over the past year. I have been invited to sit with the Pastor and Leadership to discuss continued programs with the church. Currently AARP is launching a CareBuddies program through the Foundation. We have a monthly Male Health Forum which is very successful and boast about 175 men on average. AARP has been the title sponsor for TUCCs golf outing which has raised over 25k for TUCC's Freedom School, a free summer school for youth. AARP is recognized within the church through its members and we were successful in signing up close to 2k members through our outreach at TUCC.

VAC: VAC housed our District 2 debate which was a successful program for both the church and AARP. We are seen in the South Suburban AA/B community as a convener and education hub for legislative matters. This program has provided several networking opportunities with community based organizations, churches and leaders in the South Suburban community. We continue to partner with VAC by providing Eblast to our members to their events. Providing booths and volunteers at requested events and working with VAC on a Pastoral Leadership Luncheon for Oct. VAC has also invited AARP to the table to discuss future collaborative efforts with their leadership board.

CUCC: AARP has not started membership outreach to CUCC but we are currently discussing social impact agenda. We are currently discussing health and financial literacy as the two programs that we will partner with in the future. A hard

launch for membership is slated to occur in October.

New Faith: We have recently held a soft membership launch at New Faith. The church played an AARP video during two services and AARP set up a booth to answer questions that parishioners may have regarding membership, product and YEAS. AARP was seen as a partner in New Faiths hunger outreach concert called Joseph's project. We assisted by informing our members via eblast about this worthy cause. AARP was also featured in New Faith's advertisement (print, radio) as a key partner. We continue to make strides with New Faith and have a meeting set with leadership at the end of August. AARP is also discussing assisting New Faith with a Caregiver Conference in Sept/Oct. This conference will feature speakers provided by AARP MME and Foundation.

ACOG and Mt. Calvary: Currently AARP is not seeking a membership launch with these two churches but we are looking to partner with both churches on social impact programs. Mt. Calvary will host a Women's Health Forum monthly starting in Sept. This forum will be similar to the Male Health Forum held at Trinity but will be partnered with Rush Hospital. ACOG would like to work on Financial and Health education programs.

AARP has collaborated with Odem's Outlook and Trinity United Church of Christ to host the Male Health Forum each month. These meetings boast close to 200 African American men that meet to discuss health topics related to the population and to fellowship. This program can be easily replicated and has opened the door for partnerships with local churches and community organizations that would like to host similar programs at their venues. The Forum was recently highlighted in the AARP Bulletin. Since the publication many AARP members have reached out to see how they can replicate this program in their community. Continued discussion regarding other ASDs utilizing this program within their districts is forthcoming.

*Education and outreach have been a priority throughout the state.*

Various speaking engagements to faith based groups, community organizations, and training volunteers have been instrumental in the IL state office getting out timely information.

WVON continues to be a key strategy to disseminate legislative and community information to the AA/B audience. AARPs relationship with WVON has increased to WVON providing AARP with key time slots, ability to decide our media dates, and adding 10 free mentions per show. AARP has worked with WVON in becoming a sponsor for WVON's 50th anniversary. This milestone in WVON's and AA/B history was instrumental for AARP presence. Our partnership was recognized and congratulated in the Black community which solidifies to the community our support and continued presence.

I have assisted EC by providing volunteers to help with their outreach efforts. This includes recruitment of over 200 prospective volunteers, community and

faith based introductions and providing media advertisement (Cliff Kelley appearance and media advertisement on WVON).

Governor State has been a great partner and ally to reach the South Suburban market. We have provided eblast to events that our members would enjoy such as the Kids and Kites event. AARP is currently looking into a local discount for our members to attend Governor State's theater productions. Governor State is looking into assisting AARP launch Grand Families, a guide for grandparents raising grandchildren – a higher education guide.

*Volunteer Management*

I have managed volunteers for events that include advocacy and outreach efforts (Com Ed events, HCBS rally's, Male Health Forum, etc.)

Male Health Forum Volunteers have taken on a leadership role and meet monthly to discuss the next month's agenda, speakers, format, etc. Volunteers lead the meetings and are responsible for implementing the program hosted at TUCC

*Professional Development*

I have diligently worked to hone my skills in leadership/management and advocacy. This year I recently completed two fellowships that helped me focus on these two areas (advocacy and management) to develop further. Executive Service Corp has enabled me to work on my communication skills with management and colleagues to assist in creating a productive work environment. ESC assisted me in learning Board Management, Development and Recruitment steps. In addition I was partnered with a Career Coach that helped me in my career trajectory within AARP. I have taken time to focus on my community outreach goals to make an impact in the AA/B community that can be replicated and seen nationally, therefore, I have focused much of my attention this year on Faith Based Outreach. I am worked with the Aging Justice Program to hone my skills in the legislative process. I feel more confident discussing AARP advocacy issues while knowing the exact process that it takes to move a bill. I believe these professional development steps have enabled me to make great strides thus far in 2013.

### MANAGER SUMMARY

Laurinda has done well working towards meeting her outreach, MME and advocacy objectives this year. She has done well continuing to build our relationships with several large churches in the Chicago area, the highlight of which was the very well-attended CD 2 debate hosted at Victory Apostolic Church in Matteson. She has made a noticeable effort to improve her legislative advocacy skills by working with the Aging Justice Program and coming to Springfield to lobby the Social Security offset bill to which she added 11 co-sponsors. Her community outreach and MME work, outside of the church work, is also on track through speaking engagements on a variety of issues, our WVON relationship, and working with Experience Corps and Governor's State. Laurinda's work toward meeting her objectives continues with a busy second half of the year with planned work on YEAS, additional church activities, and other MME and outreach work.

| MANAGER'S MANAGER COMMENTS |
|---|
| |

| EMPLOYEE COMMENTS |
|---|
| |

| CULTURAL ATTRIBUTES | |
|---|---|
| Trustworthy: | Most of the time |
| Visionary: | Most of the time |
| Courageous: | Most of the time |
| Results Oriented: | Most of the time |
| Caring: | Most of the time |
| Engaging: | Most of the time |
| Energetic: | Most of the time |

| OVERALL PERFORMANCE RATING | |
|---|---|
| Rating: | Often Exceeds |

| SIGNATURE LINES | | |
|---|---|---|
| **EMPLOYEE NAME** | **DATE** | **SIGNATURE** |
| Paschal-Dodgen,Laurinda L | 8/12/2013 | Dodgen, Laurinda (LDodgen) |
| **MANAGER NAME** | **DATE** | **SIGNATURE** |
| Gruenenfelder,Ryan D | 8/8/2013 | Gruenenfelder, Ryan (RGruenenfelder) |
| **MANAGER'S MANAGER NAME** | **DATE** | **SIGNATURE** |
| Gallo,Robert | 8/8/2013 | Gallo, Bob (BGallo) |
| **APPROVER** | **DATE** | |
| Gruenenfelder,Ryan D | 8/12/2013 | |

Laurinda Paschal-Dodgen

2012 Year End Performance Review

Manager: Nancy S. Nelson

Plaintiff_00080

**2012 YEAR END PERFORMANCE REVIEW**

| EMPLOYEE INFORMATION | |
|---|---|
| Employee Name: | Paschal-Dodgen,Laurinda L |
| Employee Number: | 62311 |
| Employee Status: | |
| Manager Name: | Nelson,Nancy S |
| Manager Number: | 62199 |
| Manager's Manager Name: | Gallo,Robert |
| Manager's Manager Number: | 4742 |
| Year: | 2012 |

| OBJECTIVES | |
|---|---|
| Objectives & Measures: | **Objective:**<br>**Successfully execute the State & National Group's social change agenda, as defined by the portfolios and the strategic plan.**<br>**Measures of Success:**<br><br>1. Support increase of the percentage of 50+ adults from 21% to 23%, and the percentage of AARP members from 31% to 36%, who say they trust AARP a great deal when it comes to issues regarding Social Security.<br>2. Support increase of the percentage of 50+ adults from 21% to 23%, and the percentage of AARP members from 30% to 35%, who say they trust AARP a great deal when it comes to issues regarding Medicare.<br>3. Support increase of the percentage of 50+ adults from 53% to 55%, and the percentage of AARP members from 54% to 59%, who agree that changes to Social Security need to be made during the next presidential administration to ensure it will continue to provide retirement security for future generations, without changes that impact current beneficiaries and those nearing retirement.<br>4. Support increase of the percentage of 50+ adults from 51% to 53%, and the percentage of AARP members from 52% to 57%, who agree that changes to Medicare need to be made during the next presidential administration to ensure it will continue to provide affordable, comprehensive health care coverage for current retirees and future generations.<br><br>**Met IL State Office expectations for SNG-led Portfolio Outcomes, including:**<br><br>1. Contribute to at least 25 successful key initiatives in states achieve significant legislative or regulatory accomplishments to ACA advocacy and education; retirement and financial security; preserve or expand funding for home and community based services; public assistance; and asset protection.<br><br>☐ **50+ AA/B Illinoisans are informed and understand what the Affordable** |

|  | Care Act means for them and their families; are able to make informed decisions about health care coverage; and recognize that AARP is a trusted source of accurate health information. Provide ACA advocacy to assure an insurance exchange is planned for IL. |
|---|---|
| Enterprise-Wide Objectives: | Social Change |
| Portfolios: | |

| | **Objective:** **Align AARP's advocacy, education and outreach with member wants and needs, and increase visibility of that work.** **Measures of Success:** |
|---|---|
| Objectives & Measures: | 1. Developed and executed integrated plans to achieve social change outcomes, based on portfolios, segmentation and MME goals. 2. Contributed toward member engagement metrics as defined in the portfolio planning. 3. Plan, implemented and evaluated a 2012 Listening Campaign on Social Security and Medicare with tactics and messaging that enhance AARP's relevance among AA/B people 50+. 4. Successfully promoted AARP advocacy and education initiatives that enhance AARP relevance among 50-64 and 65+ AA/B Illinois members. 5. Established foundation for relevance in City of Chicago integrating efforts of state and national office colleagues initiatives and/or programs.  **Identified best practices for Telling Our Story relevant in today's communities** |
| Enterprise-Wide Objectives: | Relevance |
| Portfolios: | |

| | **Objective:** Increase engagement of members and people 50+ **Measures of Success:** |
|---|---|
| Objectives & Measures: | 6. Assist in engaging 350,000 Illinoisans aged 50+ engaged with AARP as activists, advocacy donors, and program volunteers and participants, of whom 5% are first-time engagers. 225 Illinois AA/B members responding to each advocacy e-blast. 7. Number of AA/B volunteers expected to engage through state office directed work: 38. |
| Enterprise-Wide Objectives: | Engagement |
| Portfolios: | |

| | **Objective:** **Engage and support volunteers** **Measure of Success:** |
|---|---|
| Objectives & Measures: | |

8. Utilized best practices identified in the new business unit (the Office of Volunteerism & Service Hub) to enhance volunteer training and communications and promote volunteer service opportunities.

9. 60 volunteers engaged in multicultural AA/B targeted communities; 13 AA/B volunteers engage through state office directed work: Improved support for and communication with volunteers, as measured by volunteer training, volunteer direct work with CD staff, bi-weekly telephone calls to activist volunteers, Newswire communication with Chapter leadership and quarterly meetings with chapter leadership in 3 CDs.

10. Executive Council Members are partnered with designated Outreach & Advocacy ASD's by geographic territory and open Executive Council positions are recruited and partnered with appropriate ASD by geographic territory.

| Enterprise-Wide Objectives: | Strategic Priorities |
|---|---|
| Portfolios: | |

| Objectives & Measures: | **Objective:**<br>**Contribute positively to AARP's financial health**<br>**Measures of success:**<br><br>11. Referrals made, as appropriate, for advocacy, fundraising Tax Aide sites and enrollment in Driver Safety program.<br>12. Met expense and forecast deliverables on a quarterly basis.<br>13. Achieved forecast accuracy, within plus/minus 10% of forecast.<br>14. Identified opportunities to reduce expenses related to staff travel where practical.<br>15. Involved in portfolio budget, MOU's monitoring and communications with manager and SOA. |
|---|---|

| Enterprise-Wide Objectives: | Revenue/Expense |
|---|---|
| Portfolios: | |

| Objectives & Measures: | **Serve as a steward of AARP's financial resources through:**<br>☐ **Ongoing accurate forecasting;**<br>☐ **Budgetary adherence;**<br>☐ **Process improvement and efficiency; and**<br>☐ **By matching work deliverables with appropriate resource allocation, including use of "Centers of Excellence".** |
|---|---|

| Enterprise-Wide Objectives: | Organizational Culture |
|---|---|
| Portfolios: | |

| EMPLOYEE SUMMARY |
| --- |

**Strengthened and created new avenues for AARP to participate as a thought-leader in conversations relevant to the multicultural communities, which lead to development of new partnerships and avenues to deliver on our social change and engagement objectives.**

AARP has collaborated with Odem's Outlook and Trinity United Church of Christ to host the Male Health Forum each month. These meetings boast close to 200 African American men that meet to discuss health topics related to the population and to fellowship. This program can be easily replicated and has opened the door for partnerships with local churches and community organizations that would like to host similar programs at their venues.

*Attention has been put on the success of State and National advocacy campaigns in Illinois.*

AA/B volunteers have embraced the YEAS initiative and successfully held YEAS presentations and collected numerous questionnaires. The YEAS volunteer contest resulted in 5 volunteers ranking in the top 10 and 7 volunteers where within the overall 19 volunteers that participated. This group worked hard to distribute and collect YEAS questionnaires which helped with our overall State goal.

Two volunteers and I were selected to an advocacy fellowship through the Jane Addam's Senior Caucus called The Aging Justice Program which empowers women and gives them a voice to be strong advocates. This program has enabled us to learn the legislative process. We are currently working on two bills within the group. Volunteers are learning how a bill becomes a law, how to speak with elected officials and the process of moving the bill through the House and the Senate. With additional training and knowledge our volunteers will become stronger advocates on behalf of AARP.

*Education and outreach have been a priority throughout the state.*

Various speaking engagements to faith based groups, community organizations, and training volunteers have been instrumental in the IL state office getting out timely information.

AARP provides nonperishable food items to the Salvation Army Crossgenerations Center food pantry through the Line Dance class held at the Abraham Lincoln Center. To date, the class has donated over 870 lbs of food to the pantry.

I have managed volunteers for events that include advocacy and outreach efforts (Com Ed events, HCBS rally's, Aeroponic Garden Opening, Line Dance events, etc.)

AARP has been very instrumental in moving the membership metric of 19,500 with MME through the Faith Based Initiative. This initiative has enabled us to have a weekly presence in the church (Trinity and Victory Apostolic) and we are discussing programs for the upcoming year. We can see a definite positive shift in our recognition in these churches. In addition, we have garnered the attention of mega churches in the Chicago area that are looking to meet with us before the end of the year. The faith based community has seen the presence/impact we have made on the local congregations and are excited to discuss a partnership for 2013.

*Professional Development*

I have diligently worked to hone my skills in leadership/management and advocacy. I am currently working in two fellowships that are helping me focus on these two areas to develop further. Executive Service Corp has enabled me to work on my communication skills with management and colleagues to assist in creating a productive work environment. I have taken time to focus on my community outreach goals to make an impact in the AA/B community that can be replicated and seen nationally. I am working with the Aging Justice Program to hone my skills in the legislative process. I feel more confident discussing AARP advocacy issues while knowing the exact process that it takes to move a bill. I am excited about this new aspect of my work and hope to make a substantial difference in 2013 in this effort.

## MANAGER SUMMARY

Laurinda had many planning and implementation challenges in 2012 and has approached the challenges by aggressively seeking information from the MME office, utilizing volunteers to plan and implement the goals and metrics set forth in the plan and evaluating the work for 3013 planning.

She trained many of her volunteers to take a strong role in the YEaS work, and they presented sessions and got the questionnaires completed, working to achieve our goals. She also had great success with the partnership with the food depository, providing opportunities for the volunteers.

Laurinda's learning goals to better understand and become involved in the portfolio advocacy were achieved with her work in the State Capitol and her fellowship. She has increased her knowledge of the portfolio goals and used that information with her advocacy with the Black Caucus.

One huge challenge has been with the Faith Based Initiative. Direction and materials were not received until the fall, and despite delay she worked at meeting the membership metric of 19,500. Her work with Trinity and Victory Apostolic has been very consuming, but due to her planning and volunteer management, very successful.

Laurinda has often exceeded her goals and is consistently improving her skills and knowledge to carry forth the portfolio and MME goals for AARP Illinois. Now that she has a strong cornerstone for the MME programs, she is planning for a productive 2013.

## MANAGER'S MANAGER COMMENTS

| EMPLOYEE COMMENTS |
|---|
| |

| CULTURAL ATTRIBUTES | |
|---|---|
| Trustworthy: | Most of the time |
| Visionary: | Most of the time |
| Courageous: | Most of the time |
| Results Oriented: | Most of the time |
| Caring: | Most of the time |
| Engaging: | Most of the time |
| Energetic: | Most of the time |

| OVERALL PERFORMANCE RATING | |
|---|---|
| Rating: | Often Exceeds |

| SIGNATURE LINES | | |
|---|---|---|
| EMPLOYEE NAME | DATE | SIGNATURE |
| Paschal-Dodgen,Laurinda L | 1/14/2013 | Dodgen, Laurinda (LDodgen) |
| MANAGER NAME | DATE | SIGNATURE |
| Nelson,Nancy S | 1/14/2013 | Nelson, Nancy S. (NNelson) |
| MANAGER'S MANAGER NAME | DATE | SIGNATURE |
| Gallo,Robert | 1/14/2013 | Gallo, Bob (BGallo) |
| APPROVER | DATE | |
| Nelson,Nancy S | 1/14/2013 | |

Laurinda Paschal-Dodgen

2012 Mid Year Performance Review

Manager: Nancy S. Nelson

Plaintiff_00087

**2012 MID YEAR PERFORMANCE REVIEW**

| EMPLOYEE INFORMATION | |
|---|---|
| Employee Name: | Paschal-Dodgen,Laurinda L |
| Employee Number: | 62311 |
| Employee Status: | |
| Manager Name: | Nelson,Nancy S |
| Manager Number: | 62199 |
| Manager's Manager Name: | Gallo,Robert |
| Manager's Manager Number: | 4742 |
| Year: | 2012 |

| OBJECTIVES | |
|---|---|
| Objectives & Measures: | **Objective:** **Successfully execute the State & National Group's social change agenda, as defined by the portfolios and the strategic plan.** **Measures of Success:** 1. Support increase of the percentage of 50+ adults from 21% to 23%, and the percentage of AARP members from 31% to 36%, who say they trust AARP a great deal when it comes to issues regarding Social Security. 2. Support increase of the percentage of 50+ adults from 21% to 23%, and the percentage of AARP members from 30% to 35%, who say they trust AARP a great deal when it comes to issues regarding Medicare. 3. Support increase of the percentage of 50+ adults from 53% to 55%, and the percentage of AARP members from 54% to 59%, who agree that changes to Social Security need to be made during the next presidential administration to ensure it will continue to provide retirement security for future generations, without changes that impact current beneficiaries and those nearing retirement. 4. Support increase of the percentage of 50+ adults from 51% to 53%, and the percentage of AARP members from 52% to 57%, who agree that changes to Medicare need to be made during the next presidential administration to ensure it will continue to provide affordable, comprehensive health care coverage for current retirees and future generations. **Met IL State Office expectations for SNG-led Portfolio Outcomes, including:** 1. Contribute to at least 25 successful key initiatives in states achieve significant legislative or regulatory accomplishments to ACA advocacy and education; retirement and financial security; preserve or expand funding for home and community based services; public assistance; and asset protection. ☐ **50+ AA/B Illinoisans are informed and understand what the Affordable** |

Care Act means for them and their families; are able to make informed decisions about health care coverage; and recognize that AARP is a trusted source of accurate health information. Provide ACA advocacy to assure an insurance exchange is planned for IL.

| Enterprise-Wide Objectives: | Social Change |
|---|---|
| Portfolios: | |

| | **Objective:** |
|---|---|
| | **Align AARP's advocacy, education and outreach with member wants and needs, and increase visibility of that work.** |
| | **Measures of Success:** |
| **Objectives & Measures:** | 1. **Developed and executed integrated plans to achieve social change outcomes, based on portfolios, segmentation and MME goals.** |
| | 2. **Contributed toward member engagement metrics as defined in the portfolio planning.** |
| | 3. **Plan, implemented and evaluated a 2012 Listening Campaign on Social Security and Medicare with tactics and messaging that enhance AARP's relevance among AA/B people 50+.** |
| | 4. **Successfully promoted AARP advocacy and education initiatives that enhance AARP relevance among 50-64 and 65+ AA/B Illinois members.** |
| | 5. **Established foundation for relevance in City of Chicago integrating efforts of state and national office colleagues initiatives and/or programs.** |
| | **Identified best practices for Telling Our Story relevant in today's communities** |

| Enterprise-Wide Objectives: | Relevance |
|---|---|
| Portfolios: | |

| | **Objective:** |
|---|---|
| | Increase engagement of members and people 50+ |
| **Objectives & Measures:** | **Measures of Success:** |
| | 6. Assist in engaging 350,000 Illinoisans aged 50+ engaged with AARP as activists, advocacy donors, and program volunteers and participants, of whom 5% are first-time engagers. 225 Illinois AA/B members responding to each advocacy e-blast. |
| | 7. Number of AA/B volunteers expected to engage through state office directed work: 38. |

| Enterprise-Wide Objectives: | Engagement |
|---|---|
| Portfolios: | |

| | **Objective:** |
|---|---|
| **Objectives & Measures:** | **Engage and support volunteers** |
| | **Measure of Success:** |

Plaintiff_00089

8. Utilized best practices identified in the new business unit (the Office of Volunteerism & Service Hub) to enhance volunteer training and communications and promote volunteer service opportunities.
9. 60 volunteers engaged in multicultural AA/B targeted communities; 13 AA/B volunteers engage through state office directed work: Improved support for and communication with volunteers, as measured by volunteer training, volunteer direct work with CD staff, bi-weekly telephone calls to activist volunteers, Newswire communication with Chapter leadership and quarterly meetings with chapter leadership in 3 CDs.
10. Executive Council Members are partnered with designated Outreach & Advocacy ASD's by geographic territory and open Executive Council positions are recruited and partnered with appropriate ASD by geographic territory.

| Enterprise-Wide Objectives: | Strategic Priorities |
|---|---|
| Portfolios: | |

| | **Objective:** |
|---|---|
| | **Contribute positively to AARP's financial health** |
| | **Measures of success:** |
| Objectives & Measures: | 11. Referrals made, as appropriate, for advocacy, fundraising Tax Aide sites and enrollment in Driver Safety program. |
| | 12. Met expense and forecast deliverables on a quarterly basis. |
| | 13. Achieved forecast accuracy, within plus/minus 10% of forecast. |
| | 14. Identified opportunities to reduce expenses related to staff travel where practical. |
| | 15. Involved in portfolio budget, MOU's monitoring and communications with manager and SOA. |

| Enterprise-Wide Objectives: | Revenue/Expense |
|---|---|
| Portfolios: | |

| | **Serve as a steward of AARP's financial resources through:** |
|---|---|
| Objectives & Measures: | ☐ **Ongoing accurate forecasting;** |
| | ☐ **Budgetary adherence;** |
| | ☐ **Process improvement and efficiency; and** |
| | ☐ **By matching work deliverables with appropriate resource allocation, including use of "Centers of Excellence".** |

| Enterprise-Wide Objectives: | Organizational Culture |
|---|---|
| Portfolios: | |

Plaintiff_00090

**EMPLOYEE SUMMARY**

**Strengthened and created new avenues for AARP to participate as a thought-leader in conversations relevant to the multicultural communities, which lead to development of new partnerships and avenues to deliver on our social change and engagement objectives.**

AARP has collaborated with Odem's Outlook and Trinity United Church of Christ to host the Male Health Forum each month. These meetings boast close to 200 African American men that meet to discuss health topics related to the population and to fellowship. This program can be easily replicated and has opened the door for partnerships with local churches and community organizations that would like to host similar programs at their venues.

*Attention has been put on the success of State and National advocacy campaigns in Illinois.*

YEAS have been promoted throughout the AA/B community through the use of volunteers. Volunteers have been trained and encouraged to lead forums in their local communities. The volunteers have met this task enthusiastically by reaching out to their networks to get numerous questionnaires signed and hosting forums with minimal input from staff. In addition, volunteers assisted staff at Union Station to hand out 5k YEAS branded granola bars and YEAS branded materials to constituents.

Volunteers have been submitted to an advocacy fellowship through the Jane Addam's Senior Caucus to empower women and give them a voice to be strong advocates. This program will enable our volunteers to learn how to lobby for issues and become a community organizer. With additional training and knowledge our volunteers will become stronger advocates on behalf of AARP.

*Education and outreach have been a priority throughout the state.*

Various speaking engagements to faith based groups, community organizations, and training volunteers have been instrumental in the IL state office getting out timely information.

Volunteers have taken a leadership role this year by meeting bi-monthly to come up with community engagement strategies and YEAS outreach strategies. Volunteers have taken a hands-on-approach in all phases of programming; from planning to implementation of programs.

I assisted in fostering a partnership with The Defender, the State office and the National office to have combined advertorials in the newspaper. This has provided 10 months of advertorials that reflect on the National and State agenda's for AARP.

The Aeroponic Garden opening in Blue Island will assist in the Drive to End Hunger Initiative by providing 10 acres of food to the Blue Island residents. The Aeroponic Garden is housed on the roof of the Salvation Army Crossgenerations Center and will provide food to their senior lunch program. This program feeds roughly 200 seniors daily. The City of Blue Island and the Blue Island Library has collaborated to create a documentary of the garden.

AARP provides nonperishable food items to the Salvation Army Crossgenerations Center food pantry through the Line Dance class held at the Abraham Lincoln Center. To date, the class has donated over 695 lbs of food to the pantry.

I have managed volunteers for events that include advocacy and outreach efforts (Com Ed

events, HCBS rally's, Aeroponic Garden Opening, Line Dance events, etc.)

## MANAGER SUMMARY

Laurinda has worked to integrated the MME work with the portfolio and advocacy work in the first half of 2012. Her volunteer group of 25 has planned events and staffed them with volunteers,

A couple of major accomplishments of note is her work with the partnership to sponsor the AA/B Men's health meeting and the great turnout they have for the meetings and the rooftop garden. She has been able to move forward goals set forth in the health portfolio and the foundation goals of reducing hunger, while involving the newly recruited volunteers.

Laurinds works with Evelyn Gooden, and Executive Council member, on a routine basis on the planning, implementation and follow-up on many of the projects in her Congressional Districts.

## MANAGER'S MANAGER COMMENTS

## EMPLOYEE COMMENTS

## CULTURAL ATTRIBUTES

| | |
|---|---|
| Trustworthy: | |
| Visionary: | |
| Courageous: | |
| Results Oriented: | |
| Caring: | |
| Engaging: | |
| Energetic: | |

| OVERALL PERFORMANCE RATING | | |
|---|---|---|
| Rating: Often Exceeds | | |

| SIGNATURE LINES | | |
|---|---|---|
| **EMPLOYEE NAME** | **DATE** | **SIGNATURE** |
| Paschal-Dodgen,Laurinda L | 7/20/2012 | Dodgen, Laurinda (ldodgen) |
| **MANAGER NAME** | **DATE** | **SIGNATURE** |
| Nelson,Nancy S | 7/20/2012 | Nelson, Nancy S. (nnelson) |
| **MANAGER'S MANAGER NAME** | **DATE** | **SIGNATURE** |
| Gallo,Robert | 7/20/2012 | Gallo, Bob (bgallo) |
| **APPROVER** | **DATE** | |
| Nelson,Nancy S | 8/29/2012 | |

Laurinda Paschal-Dodgen

2011 Year End Performance Review

Manager: Nancy S. Nelson

Plaintiff_00094

**2011 YEAR END PERFORMANCE REVIEW**

| EMPLOYEE INFORMATION | |
|---|---|
| Employee Name: | Paschal-Dodgen, Laurinda L. |
| Employee Number: | 62311 |
| Employee Status: | |
| Manager Name: | Nelson, Nancy S. |
| Manager Number: | 62199 |
| Manager's Manager Name: | Gallo, Robert |
| Manager's Manager Number: | 4742 |
| Year: | 2011 |

| OBJECTIVES | |
|---|---|
| Objectives & Measures: | **Social Change**<br>**Objective: Successfully execute organization's social change agenda, as defined by the portfolios, the strategic plan and Illinois 2011 State Plan.**<br>**Measures of Success:**<br><br>☐ **Contributed to the achievement of the social change dashboard measures (TBD pending portfolios)**<br>☐ **Developed & executed state plan to achieve social change outcomes, based on portfolio outcomes. (further metrics TBD)**<br>☐ **Met metric determined established state campaign(s)** |
| Enterprise-Wide Objectives: | Social Change |
| Portfolios: | |
| Objectives & Measures: | **Objective: Align AARP advocacy, community outreach and education work in Illinois with the 50+ member and population wants and needs, and increase visibility of our work in Illinois.**<br>**Measures of Success:**<br><br>☐ **Developed and successfully implemented a strategic state plan for Illinois that aligns with our portfolio and segmentation. (Plan to be developed upon completion of portfolio process. Specific metrics will be included in the plan.)**<br>☐ **Increased visibility and contributed to increase AARP's brand tracking measures in Illinois by successfully implementing our Telling Our Story initiative: and achieved member engagement metrics. (Work plan and metrics included in TOS plan)** |
| Enterprise-Wide Objectives: | Relevance |
| Portfolios: | |

**Objective: Provide leadership and management to strengthen and support the role and strategic voice of Illinois**

**Measures of Success:**

Successfully executed deliverables based on qualitative evaluation by State Director/Manager/ Regional Vice-President and SNG leadership.

☐ Led strategic planning, development and implementation of state plan.

☐ Ensured the strategic voice of Illinois was enhanced on regional and national issues.

☐ Ensured there was appropriate implementation of social media in Illinois as it relates to multicultural efforts.

☐ Enhanced partnerships internally with region and AARP National Office and externally, with the state and external organizations.

**Objective: Manage and execute Illinois Multicultural Efforts**

**Measures of Success:**

☐ Helped achieve SNG part of Multicultural Dashboard Goal (to be defined)

? Contributed to SNG achieving the components of the strategies set by Multicultural Leadership:

o Applied research of multicultural segments of membership toward tactics applied in Illinois communities

o Tested messages tailored for segments of members in multicultural work

o Ensured successful implementation of outcomes and results articulated for partnerships

**Objectives & Measures:** ? Recruited and engaged more diverse volunteers, activists and members to support AARP social change agenda (state metrics TBD)

? Achieved mutually agreed-upon advocacy-related multicultural goals. (state metrics TBD)

**Objective: Engage and Support Volunteers in Illinois**

**Measures of Success:**

☐ Implemented overarching state volunteer strategy in Illinois to contribute to overall goals - ; 2,500 volunteers engaged in multicultural targeted communities; 11,000 volunteers engage through state office directed work. (State metrics TBD)

☐ Improved opinion survey results for state volunteers (73% engagement score)  (State metrics TBD)

☐ Ensured that Illinois has built baseline capacity for volunteer recruitment and engagement

☐ Ensured that Illinois provided access to enhanced training & education for volunteer leaders

☐ Supported volunteer research efforts in Illinois as appropriate

**Objective: Position AARP Advocacy in (state) effectively, and minimize risk to AARP**

**Measures of Success:**

☐ Strengthened relationships AA/B targeted congressional districts and other key areas

| Enterprise-Wide Objectives: | Strategic Priorities |
|---|---|
| Portfolios: | |

| Objectives & Measures: | **Objective: Strengthen management in IL State Office**<br>**Measures of Success**<br><br>☐   **Implemented organizational changes in the Illinois state office to contribute to an integrated, stronger SNG with focus on roles and responsibilities.**<br>☐   **Used RACI model in development of state plan and work plan.**<br>☐   **Enhanced talent development: sought continuing education and skill development opportunities as feasible and appropriate and participate in interdepartmental workgroups and other projects as appropriate.**<br>☐   **Enhanced communications so that state staff and volunteers receive critical information in a timely fashion: Communicated information to management, colleagues, and volunteers (were appropriate) in a timely fashion (1-2 business days).**<br>☐   **Instituted and modeled culture change and attributes throughout state office work: engage opportunities to discuss One AARP attributes and behaviors during staff meetings and modeled results oriented attribute by providing regular opportunities to review state office performance relative to measures.**<br>☐   **Aligned state work with portfolios: collaborated with SNG leadership to comply with portfolio alignment processes, manage priorities and appropriately support portfolio-driven work.** |
|---|---|

| Enterprise-Wide Objectives: | Organizational Culture |
|---|---|
| Portfolios: | |

| Objectives & Measures: | **Objective: Contribute positively to AARP?s financial health.**<br>**Measures of Success:**<br><br>☐   **Met expense and forecast deliverables for the AA/B Multicultural Illinois State Office.**<br>☐   **Achieved forecasting accuracy, within plus/minus 10% of Q3 forecast.** |
|---|---|

| Enterprise-Wide Objectives: | Revenue/Expense |
|---|---|
| Portfolios: | |

| | |
|---|---|
| **Objectives & Measures:** | **Engagement**<br>**Objective:** Increase engagement of volunteers, members and people 50+ in Illinois<br>**Measures of Success:**<br><br>☐ Contributed to the overall AARP goal of 300,000 individuals age 50+ engaged with AARP as activists, program volunteers and participants by increasing our volunteers in multicultural AA/B communities engaged through the state office by 10% through our work in targeted communities and through our diversity outreach efforts. Improve/maintain opinion survey results for state volunteers (10%)<br>☐ Implement volunteer engagement task force recommendations in Illinois to improve volunteer recruitment and engagement.<br>☐ Provide increased training and education for volunteer leaders and newly recruited volunteers using materials provided through volunteer engagement task force work, including sessions on One AARP progress (portfolio/segmentation).<br>☐ Expanded member and 50+ engagement in Rockford and Springfield communities in Illinois as part of Enhanced Role of States initiative (Metrics TBD) |
| Enterprise-Wide Objectives: | Engagement |
| Portfolios: | |

| CULTURAL ATTRIBUTES | |
|---|---|
| Trustworthy: | Consistently Exceeds |
| Visionary: | Consistently Exceeds |
| Courageous: | Consistently Exceeds |
| Results Oriented: | Consistently Exceeds |
| Caring: | Consistently Exceeds |
| Engaging: | Consistently Exceeds |
| Energetic: | Consistently Exceeds |

| EMPLOYEE SUMMARY |
|---|

*I have contributed directly to all 7 enterprise objectives (Social Change, Relevance, Engagement, Strategic Priorities, Organizational Culture, Revenue Expense, and Conversion of 50+ from Membership to Retention). I have exceeded all 6 of my individual performance objectives. Below are a few highlights of specific measurable outcomes that speak to the above assessment.*

**Social Change:** *Increased visibility and contributed to brand tracking measures through Telling Our Story using innovative methods to track*

*personal stories of 50+ members. I also worked with our advocacy team to push Financial Education, Protect Seniors Campaign, Community Based Services, and SNAP efforts in multicultural markets.*

*AARP had several successful partnerships with AgeOptions and Greater Chicago Food Depository on increasing SNAP assistance by 168 prescreened, 129 processed, with 31 approved to date. Elizabeth Lough from AgeOptions, stated that "this partnership has enabled our organization to increase enrollments and follow-up case management... most of the recipients have received larger sums of SNAP then previous recipients in the past."*

*Lastly, Dave Vinkler and I worked with Grandfamilies (Grandparents Raising Grandchildren) group to teach a five week advocacy course to Southside residents. Senator Collins provided information to attendees to help them lobby issues in district and in Springfield.*

***Relevance:*** *We provided programs for the AA/B community that has been expressed in past events (2010) that were needed/wanted in the community. Attendees at the Women's Health Symposium stated, "roughly eight in ten attendees considered the overall event to be "excellent" and as many would be "very likely" to recommend AARP to a friend as a result of the event. 70% say that Women's Health Symposium exceeded their expectations." In addition, 80% of attendees stated that, "events like this make them feel valued as a member."*

***Engagement:*** *Numerous activities were successfully implemented on a very tight timeline. I was able to adjust quickly to the timeframe and budget adjustments throughout the year. AARP developed, planned, and implemented a Senior Resource Fair that was attended by over 200 people and received honorable accolades by attendees and vendors. Suggestions to provide a similar event in the South Suburbs and the West Side of Chicago were mentioned by vendors, volunteers, and attendees.*

*In an effort to provide quality programs and partnerships, AARP partnered with Westside Health Authority (WHA) to complete a community kitchen that reached the AP media and continues to get press in the local Austin papers. A community organizer was quoted in the paper saying, "It's more than just the presence of the community kitchen here," said Currie, who works as an organizer for the Westside Health Authority. "It's a way for us to create advocacy around these issues that we think about but don't really know how to address. It's a good launching point." WHA has received additional grant funds from local foundations and partnerships with local Universities due to this AARP funded project. AARP has provided an outlet for education in healthy eating, advocacy on food deserts within community and access to additional funding/resources for local agencies.*

***Strategic Priorities:*** *In receiving MME RFP dollars I ensured that all*

*programs/activities aligned with state portfolio's to increase metrics in (My Personal Time, My Finances, My Health, and My Life –My Home and Family). I enhanced talent development for myself by engaging in opportunities within AARP and outside of AARP. I developed volunteers by starting a bi-monthly meetings session to educate them on National/State agenda items and skills that they were interested in learning (social media, financial security, health topics, etc.).*

**Organizational Culture:** *Met expense and forecast deliverables for the AA/B Multicultural Illinois State Office.*

**Revenue/Expense:** *I Increased membership of volunteers this year by using existing volunteers as recruiters at local events. This approach garnered over 30 potential/new volunteers for the upcoming year. In addition, I developed volunteers by starting a bi-monthly meeting sessions to educate volunteers on National/State agenda items and skills that they were interested in learning (social media, financial security, health topics, etc.).*

**Conversion of 50+ from Membership to Retention:** *There is no quantifiable way for me to validate if membership increased due to programs because of the inability to provide memberships at events. I provided questions on surveys at events that helped me gage the perception of members/potential members. 79% of attendee's at the Women's Health Symposium were AARP members. Out of these members, "roughly 8 in ten attendees considered the overall event to be "excellent" and as many would be "very likely" to recommend AARP to a friend as a result of the event."*

**Challenges:**
*The Financial Freedom metric of 4,000 individuals engaged was a challenging objective, falling short by roughly 700 H/L and AA/B engagements. Methods that were used to acquire this metric was in-person educational seminars in the AA/B community and tele-town halls in the H/L and AA/B community. I believe the allotted time given and the dollar per engagement required to achieve this metric was a barrier to the completion of this metric.*

**Summary of Strengths and Weaknesses:**
*I have contributed directly to all 7 enterprise objectives (Social Change, Relevance, Engagement, Strategic Priorities, Organizational Culture, Revenue Expense, and Conversion of 50+ from Membership to Retention). I have exceeded all 6 of my individual performance objectives.*

*Equally as important as the objectives accomplished, are that I have demonstrated strongly all One AARP attributes (Trustworthy, Visionary, Courageous, Results-Oriented, Caring, Engaging, and Energetic). Statements that attest to the attributes above can only be expressed by*

*testaments from colleagues and AARP volunteers.*

*"I still can't believe you did all those events in Oct/Nov. That is why I wanted to recognize you for your courage. Looking forward to working more together in 2012!"*

*"Thanks for making Illinois one of the best MME states in the country."*

*"Thanks for your commitment to achieving the financial security goals this year."*

*"Great job in 2011 making the most with the challenging year."*

*"This is a token of my appreciation for all the work you do with minority outreach."*

*"Thank you for all of your help!"*

**Development Areas**

*I have greatly improved my perceived weaknesses, social media, and advocacy skills as a result of my professional development experience this previous year.*

*I have been diligent this past year in working on my perceived weaknesses to make them strengths for myself and the organization. I was accepted into the Executive Service Corp "Leadership Program"; which provided me opportunities to interview Executive Directors in Non-Profit organizations throughout the Chicagoland area. In addition, this program provided me with a Career Coach that met with me monthly to discuss my strengths/weaknesses, career goals and how to attain them. This program allowed me to process my career goals/objectives within AARP and the necessary steps to ensure success. I also worked with John Caine III, who provided mentorship on navigating AARP's network and attaining my career objectives.*

*Second, I worked with Jennifer Baier to learn "all things" social media and assist in getting political information and community programs to my social network using Twitter, FaceBook and LinkedIn.*

*Lastly, my ultimate goal was to be a better advocate by learning the ins and outs of advocacy and lobbying. Nancy LeaMond provided mentorship and guidance while David Vinkler provided hands-on opportunities within the state to assist me with this area.*

**Summary**

*While having limited time and resources I was able to quickly organize events and maximize engagement using multiple tools both traditional and*

*digital. I provided quality programs to the community by collaborating with new and existing organizations and hosting our own signature events. I developed and implemented programs/events that have surpassed metrics. Organizations that we collaborated with are looking forward to future programs due to the success of our events. Foundations are looking to partner with AARP to host events/programs that have sustainability in the AA/B community. Although this has been a very difficult Q3 and Q4, I was provided an opportunity to successfully show quality work in a high pressured environment and produce innovative programs that are sustainable and will be an AARP staple within the community.*

### MANAGER SUMMARY

Laurinda had many planning and implementation challenges in 2011, and has delivered results to meet those challenges. She detailed the events that were planned and executed by A ARP, with Laurinda doing the majority of the work. She planned, executed and evaluated a Women's Health Fair, Health/Resource Fair, staffed several health fairs with volunteers,

She has been very visionary with the Community Kitchen and partnership with the Harold Washington Elementary School and Bridging Educational Services. Her collaboration with the community partners was very creative, and the finished products were exceptional. Laurinda has gained many new volunteers through the events and programs, and involved them in events such as the utility rally and lobbying trip to Springfield for the utility bill. She is meeting with the volunteers on a routine basis and they are planning upcoming events, and developing their leadership skills.

She implemented new partnerships to address the hunger issue, working with established organizations to getting donations of food from the line dancers. She utilizes her program management skills in the planning and reporting her accomplishments. She partnered with the LTC advocacy lead to provide five workshops for grandparents raising grandchildren.

The MME programs and activities went from being specific to only MME communities, to the incorporation of Telling Our Story, supporting the portfolio teams involving volunteers and members in the utilities, LTC, financial security and the Protect Seniors campaigns.

Laurinda has worked on her learning plan, management skill, advocacy and portfolio knowledge. Laurinda has been diligent to assure she was within budget, reported accurately and in a timely manner and meet the metrics set for the funding. Laurind has delivered the results to meet the objectives and often exceeded the goals set for 2011. She has evaluated every event to use the information for planning and implementation in 2012.

**MANAGER'S MANAGER COMMENTS**

**EMPLOYEE COMMENTS**

**OVERALL PERFORMANCE RATING**

Rating:    Often Exceeds

**SIGNATURE LINES**

| EMPLOYEE NAME | DATE | SIGNATURE |
|---|---|---|
| Paschal-Dodgen, Laurinda L. | 1/20/2012 | Dodgen, Laurinda (ldodgen) |
| **MANAGER NAME** | **DATE** | **SIGNATURE** |
| Nelson, Nancy S. | 1/18/2012 | Nelson, Nancy S. (nnelson) |
| **MANAGER'S MANAGER NAME** | **DATE** | **SIGNATURE** |
| Gallo, Robert | 1/18/2012 | Gallo, Bob (bgallo) |
| **APPROVER** | **DATE** | |
| Nelson, Nancy S. | 1/20/2012 | |

Laurinda Paschal-Dodgen

2011 Mid Year Performance Review

Manager: Nancy S. Nelson

Plaintiff_00104

## 2011 MID YEAR PERFORMANCE REVIEW

| EMPLOYEE INFORMATION | |
|---|---|
| Employee Name: | Paschal-Dodgen, Laurinda L. |
| Employee Number: | 62311 |
| Employee Status: | |
| Manager Name: | Nelson, Nancy S. |
| Manager Number: | 62199 |
| Manager's Manager Name: | Gallo, Robert |
| Manager's Manager Number: | 4742 |
| Year: | 2011 |

| OBJECTIVES | |
|---|---|
| Objectives & Measures: | **Social Change**<br>**Objective: Successfully execute organization's social change agenda, as defined by the portfolios, the strategic plan and Illinois 2011 State Plan.**<br>**Measures of Success:**<br><br>☐ **Contributed to the achievement of the social change dashboard measures (TBD pending portfolios)**<br>☐ **Developed & executed state plan to achieve social change outcomes, based on portfolio outcomes. (further metrics TBD)**<br>☐ **Met metric determined established state campaign(s)** |
| Enterprise-Wide Objectives: | Social Change |
| Portfolios: | |
| Objectives & Measures: | **Objective: Align AARP advocacy, community outreach and education work in Illinois with the 50+ member and population wants and needs, and increase visibility of our work in Illinois.**<br>**Measures of Success:**<br><br>☐ **Developed and successfully implemented a strategic state plan for Illinois that aligns with our portfolio and segmentation. (Plan to be developed upon completion of portfolio process. Specific metrics will be included in the plan.)**<br>☐ **Increased visibility and contributed to increase AARP's brand tracking measures in Illinois by successfully implementing our Telling Our Story initiative: and achieved member engagement metrics. (Work plan and metrics included in TOS plan)** |
| Enterprise-Wide Objectives: | Relevance |
| Portfolios: | |

**Objective: Provide leadership and management to strengthen and support the role and strategic voice of Illinois**

**Measures of Success:**

Successfully executed deliverables based on qualitative evaluation by State Director/Manager/ Regional Vice-President and SNG leadership.

- ☐ Led strategic planning, development and implementation of state plan.
- ☐ Ensured the strategic voice of Illinois was enhanced on regional and national issues.
- ☐ Ensured there was appropriate implementation of social media in Illinois as it relates to multicultural efforts.
- ☐ Enhanced partnerships internally with region and AARP National Office and externally, with the state and external organizations.

**Objective: Manage and execute Illinois Multicultural Efforts**

**Measures of Success:**

- ☐ Helped achieve SNG part of Multicultural Dashboard Goal (to be defined)

? Contributed to SNG achieving the components of the strategies set by Multicultural Leadership:

o Applied research of multicultural segments of membership toward tactics applied in Illinois communities

o Tested messages tailored for segments of members in multicultural work

o Ensured successful implementation of outcomes and results articulated for partnerships

? Recruited and engaged more diverse volunteers, activists and members to support AARP social change agenda (state metrics TBD)

? Achieved mutually agreed-upon advocacy-related multicultural goals. (state metrics TBD)

**Objective: Engage and Support Volunteers in Illinois**

**Measures of Success:**

- ☐ Implemented overarching state volunteer strategy in Illinois to contribute to overall goals - ; 2,500 volunteers engaged in multicultural targeted communities; 11,000 volunteers engage through state office directed work. (State metrics TBD)
- ☐ Improved opinion survey results for state volunteers (73% engagement score) (State metrics TBD)
- ☐ Ensured that Illinois has built baseline capacity for volunteer recruitment and engagement
- ☐ Ensured that Illinois provided access to enhanced training & education for volunteer leaders

- ☐ Supported volunteer research efforts in Illinois as appropriate

**Objective: Position AARP Advocacy in (state) effectively, and minimize risk to AARP**

**Measures of Success:**

- ☐ Strengthened relationships AA/B targeted congressional districts with over 100 areas

*Objectives & Measures:* (left margin label)

| Enterprise-Wide Objectives: | Strategic Priorities |
|---|---|
| Portfolios: | |
| Objectives & Measures: | **Objective: Strengthen management in IL State Office**<br>**Measures of Success**<br><br>☐ **Implemented organizational changes in the Illinois state office to contribute to an integrated, stronger SNG with focus on roles and responsibilities.**<br>☐ **Used RACI model in development of state plan and work plan.**<br>☐ **Enhanced talent development: sought continuing education and skill development opportunities as feasible and appropriate and participate in interdepartmental workgroups and other projects as appropriate.**<br>☐ **Enhanced communications so that state staff and volunteers receive critical information in a timely fashion: Communicated information to management, colleagues, and volunteers (were appropriate) in a timely fashion (1-2 business days).**<br>☐ **Instituted and modeled culture change and attributes throughout state office work: engage opportunities to discuss One AARP attributes and behaviors during staff meetings and modeled results oriented attribute by providing regular opportunities to review state office performance relative to measures.**<br>☐ **Aligned state work with portfolios: collaborated with SNG leadership to comply with portfolio alignment processes, manage priorities and appropriately support portfolio-driven work.** |
| Enterprise-Wide Objectives: | Organizational Culture |
| Portfolios: | |
| Objectives & Measures: | **Objective:  Contribute positively to AARP?s financial health.**<br>**Measures of Success:**<br><br>☐ **Met expense and forecast deliverables for the AA/B Multicultural Illinois State Office.**<br>☐ **Achieved forecasting accuracy, within plus/minus 10% of Q3 forecast.** |
| Enterprise-Wide Objectives: | Revenue/Expense |
| Portfolios: | |

| | |
|---|---|
| **Objectives & Measures:** | **Engagement**<br>**Objective: Increase engagement of volunteers, members and people 50+ in Illinois**<br>**Measures of Success:**<br><br>☐ **Contributed to the overall AARP goal of 300,000 individuals age 50+ engaged with AARP as activists, program volunteers and participants by increasing our volunteers in multicultural AA/B communities engaged through the state office by 10% through our work in targeted communities and through our diversity outreach efforts.   Improve/maintain opinion survey results for state volunteers (10%)**<br>☐ **Implement volunteer engagement task force recommendations in Illinois to improve volunteer recruitment and engagement.**<br>☐ **Provide increased training and education for volunteer leaders and newly recruited volunteers using materials provided through volunteer engagement task force work, including sessions on One AARP progress (portfolio/segmentation).**<br>☐ **Expanded member and 50+ engagement in Rockford and Springfield communities in Illinois as part of Enhanced Role of States initiative (Metrics TBD)** |
| Enterprise-Wide Objectives: | Engagement |
| Portfolios: | |

| CULTURAL ATTRIBUTES | |
|---|---|
| Trustworthy: | Consistently Exceeds |
| Visionary: | Consistently Exceeds |
| Courageous: | Consistently Exceeds |
| Results Oriented: | Consistently Exceeds |
| Caring: | Consistently Exceeds |
| Engaging: | Consistently Exceeds |
| Energetic: | Consistently Exceeds |

### EMPLOYEE SUMMARY

The first half of 2011 had many organizational changes within AARP as an enterprise and SNG as a unit. However, my performance during this time reflected contributions in Telling Our Story, increase engagements of members, supporting the state team, and executing SNG MC efforts.

Thus far I have contributed directly to 5 of our 7 enterprise objects (Social Change, Relevance, Engagement, Strategic priorities, and Organizational culture). I am positioned to meet or exceed all 6 of my individual performance objectives. Equally as important as the outcomes accomplished is that I have demonstrated strongly 5 of our 7 One AARP attributes (Trustworthy, Visionary, Courageous, Results-Oriented, and Engaging). Below are a few highlights of specific measurable

outcomes that speak to the above assessment:

**Strengthened, and in some cases created new avenues for AARP to participate as a thought-leader in conversations relevant to the multicultural communities, which lead to development of new partnerships and avenues to deliver on our social change and engagement objectives.**

In February 2011, AARP partnered with Harold Washington Elementary School and Bridging Educational Services to create a unique multigenerational program. This program used digital podcasts to tell our members story and provide an avenue for cross-generational exchange. AARP provided a community celebratory event to showcase the work of student's and members.

In March 2011, AARP partnered with Harold Washington Elementary school to provide a multigenerational journalism project. This project included students interviewing seniors and creating a commemorative book to be disseminated to the community at a celebratory event.  Guest to the program included Senator Collins and Merri Dee. The students also visited WGN studio and were able to ask in-depth questions regarding a career in broadcasting.
Future partnerships with Harold Washington Elementary School will include a volunteer tutoring program.

Attention has been put on the success of State and National advocacy campaigns in Illinois.

In March 2011, a Utility Rally was conducted at Trinity United Church of Christ located on Chicago's Southside. With Scott Musser heading the team, this community event enabled the state office advocacy and outreach team to work together to ensure success for the event.  I was responsible for providing the location under the direction of Scott; radio advertisement on the Cliff Kelly show, marketing to south side residents with assistance from Jerri Kellman and Gamaliel, and providing volunteers for the day's event.  As a result, seven volunteers assisted the day of the event and over 350 people attended the event.

In May 2011, AARP partnered with SEIU for two Springfield bus trips. The first trip focused on Long Term Care legislation. Three busses from Chicago's Southside, South suburbs and Westside neighborhoods were in attendance. Constituents were able to speak face-to-face with Reps. Smith, Riley, and Ford about their concerns regarding cuts to long term care services. During the second bus trip, AARP provided one bus for a total of five busses with constituents throughout Chicago. Constituents were able to lobby the ComEd utility legislation for AARP. The group of over 250 people included H/L and AA/B constituents.

Education and outreach on Social Security and Medicare have been a priority throughout the state.
Numerous educational activities have stemmed around educating members/nonmembers on Social Security and Medicare.  Various speaking

engagements to faith based groups, community organizations, and training volunteers have been instrumental in the IL state office getting out timely information.

## MANAGER SUMMARY

Laurinda had many planning and implementation challenges the first half of 2011 related to the organizational changes at AARP. Despite these challenges she met the goals set forth in the first quarter and focused on Telling Our Story, increase engagements of members, supporting the state team, and executing SNG MC efforts in the second quarter. She has used this opportunity to become more involved in the portfolios for utilities, LTC, financial security and the Protect Seniors Campaign.

Laurinda has provided a detailed account of the objectives and goals she has accomplished in the first ½ year. She utilizes her program management skills in the planning and reporting her accomplishments. She has routine communication with the DC MME staff, and with the lack of funding in the second quarter of 2011, she has developed a stronger working relationship with the portfolio leads and the Congressional and state the advocacy work. Her involvement with the LTC advocacy resulted in filling busses with interested AARP members

Her partnership with the Harold Washington Elementary School and Bridging Educational Services on the multigenerational program was very creative, and the finished product was exceptional.

## MANAGER'S MANAGER COMMENTS

## EMPLOYEE COMMENTS

| OVERALL PERFORMANCE RATING | | |
|---|---|---|
| Rating:    Consistently Exceeds | | |
| SIGNATURE LINES | | |
| **EMPLOYEE NAME** | **DATE** | **SIGNATURE** |
| Paschal-Dodgen, Laurinda L. | 7/28/2011 | Dodgen, Laurinda (ldodgen) |
| **MANAGER NAME** | **DATE** | **SIGNATURE** |
| Nelson, Nancy S. | 7/28/2011 | Nelson, Nancy S. (nnelson) |
| **MANAGER'S MANAGER NAME** | **DATE** | **SIGNATURE** |
| Gallo, Robert | 7/28/2011 | Gallo, Bob (bgallo) |
| **APPROVER** | **DATE** | |
| Nelson, Nancy S. | 7/28/2011 | |

Laurinda Paschal-Dodgen

2010 Year End Performance Review

Manager: Nancy S. Nelson

Plaintiff_00112



## 2010 Year End Performance Review

| EMPLOYEE INFORMATION | |
|---|---|
| Employee Name: | Paschal-Dodgen, Laurinda L. |
| Employee Number: | 62311 |
| Employee Status: | |
| Manager Name: | Nelson, Nancy S. |
| Manager Number: | 62199 |
| Business Unit: | SOG-Illinois State Office |
| Year: | 2010 |

| MEMBER VALUE / SOCIAL IMPACT | |
|---|---|
| **Objective:** | **Assist in the implementation of tactical goals related to the Create the Good/Healthy Behaviors initiative in the context of the AARP Illinois State Plan.** |
| **Measure of Success:** | ☐ **Increase community and media awareness of the Create The Good/Health Behaviors, particularly among diverse audiences in AARP's targeted multicultural communities (Bronzeville, Englewood, and Austin) with baseline measures.** <br><br> ☐ **Increase use of ethnic earned media/paid media and all marketing materials used in AA/B communities.** |
| Employee Result: | *Awareness Results:* <br><br> The AA/B community is well aware of the brand AARP; however, they are unaware of the advocacy and outreach efforts that AARP provides. ASD, Laurinda Dodgen created an icebreaker game called "What is AARP-True and False", this instrument allows community members to test their knowledge on common myths such as "AARP is a government agency, holds political party affiliations, and is for retired persons" are answered. Questions from this game were taken from the African American Black Target Research Report provided by AARP. While utilizing this tool at several speaking engagements; I was approached at the Salvation Army Center in Englewood by an AARP member. She stated that, *"I am pleased to see that AARP is starting to become a permanent face in the black community. Initially I believed that you only cared about topics in D.C. but your programs have showed that you care about the community"* |



Performance Review

We have made strides in African American and Hispanic/Latino communities like Rockford. Collaboration between AARP staff enabled ASD, Terri Worman to be introduced to key AA/B, H/L organizations and leaders; she was able to provide timely knowledge and support for local events. Laurinda Dodgen spoke with 150 participants at the National Council for Negro Women (NCNW) Rockford Chapter's annual Thanksgiving Luncheon on behalf of Terri Woman. Increasing collaborative efforts between ASD's will increase awareness and outcomes in similar communities.

I continue to make strides in the Bronzeville community by providing programs to the seniors at the Abraham Lincoln Centre (ALC). When asked if ALC would like to continue partnering with AARP for 2011 in the Healthy Behavior program, Darnella Rolle, Program Assistant for ALC stated *"YES! I have so many seniors that are looking forward to next year that they want to start now. Without the consultants and materials, it would be difficult to continue. If I could be assisted by AARP in the above programs with materials and consultants (volunteers if necessary) we would move forward and make Abraham Lincoln Centre a new home base for the AARP Program."* In addition, ALC houses AARP's Driver Safety Program. They have requested an "AARP programs available at this site" banner to be posted in front of their building which will increase visibility for AARP in the Bronzeville community.

I believe that media is a great way to provide timely information, education and outreach within the Black community by using multi media published by African Americans and that is circulated throughout the AA/B communities. We have used the WVON Cliff Kelly show to provide political information, advocacy issues and market events. The show was instrumental in a successful turnout of over 90 people to the Women's Health Symposium hosted on Chicago's south side. Over 80% of the attendees heard of the event due to Cliff's show. The event recieved amazing reviews from the attendees with 100% wanting AARP to provide similar events in the community.

The Illinois State office AA/B multicultural staff has earned/paid for 2 Media Outlets (YTD 11) for 2010.

| | |
|---|---|
| Manager Result: | Laurinda has met the goals set forth in her plan to increase community and media awareness for healthy behaviors in the targeted areas. She expanded the work of the existing partnerships, and assure they had specific goals for the funding they received and monitored the programs to assure they met the objectives and measures of success set forth for the programs. |

Plaintiff_00114



Performance Review

| Objective: | Create a diverse volunteer structure, particularly in the multicultural communities (Bronzeville, Englewood, and Austin) that promotes and supports AARP's strategic Social Impact and Member Value priorities |
|---|---|
| Measure of Success: | ☐ **Increase AARP awareness in AA/B communities (provide baseline measures).**<br>☐ **Build and strengthen membership engagement among diverse communities through activities that support volunteer engagement and member value support (CTG, advocacy, community events, etc).**<br><br>☐ **Increase volunteer opportunities through volunteer recruitment, orientation and training designed to meet the needs of AARP Illinois' social and member value agenda in the state.** |
| Employee Result: | _Engagement Results:_<br><br>The goal this year was to increase volunteer engagement and to promote CreateTheGood. CreateTheGood has resonated in the AA/B community because it allows for tangible outcomes and positive community engagements. Volunteers can take ownership and pride in their efforts.<br><br>The Abraham Lincoln Center (ALC) surpassed their goal of 40 volunteers by recruiting over 90 volunteers and potential volunteers from the community for the Create the Good Program. They provided numerous volunteer hours through intergenerational programs. Volunteers provided a tour of NBC studios to youth that were interested in journalism/broadcasting as a career.<br><br>_Salvation Army Center (SAC) used the Create the Good program as a tool to help participants develop or increase their sense of interconnectedness throughout the community through acts of kindness and volunteerism. At the conclusion of the program year SAC concluded that the program was a success when participants formed a Nursing Home Team to continue Visitations beyond the program deadline with an increase in participants._<br><br>Westside Health Authority, located in Austin hosted a community volunteer day where 27 AA/B males provided upgrades to WHA's technology center. When asked about the strengths of the project WHA responded, "_Some of the strengths of this project are: the availability of more computer stations, therefore increasing class enrollments; updated and more efficient equipment; increased network of community volunteers from the community (in particular men); the participation of former NFL players; the support and commitment of AARP in our community through capital improvement._" |

Plaintiff_00115



Performance Review

| | To show our appreciation for our volunteers the Illinois office hosted a Volunteer Appreciation Luncheon were ASD, Laurinda Dodgen provided the volunteer video highlights for the event. |
|---|---|
| Manager Result: | Laurinda worked with the community partners to build the volunteer base, and developed a plan for each site to address the needs of the community utilizing the volunteer base she had developed. Laurinda met the goals set forth for this objective and exceeded the programmatic goals set forth for each community. |
| Objective: | **Sustain and enhance collaborative efforts and partnerships with community groups, associations and business entities for educational & advocacy efforts that engage diverse AARP members and 50+ Illinoisans.** |
| Measure of Success: | ☐ **Complete Healthy Behavior and CTG MOU agreements with WHA, Salvation Army and ALC.**<br>☐ **Enhance partnerships in targeted (Bronzeville, Englewood, Austin) communities by 20% by December 31, 2010.**<br>☐ **Continue collaboration with BHC and the work in Austin**<br><br>☐ **Increase relationships with community leaders in targeted communities.** |
| Employee Result: | *Relevance results:*<br>AARP has partnered with the WHA to increase capacity through their Body and Soul program by providing information and resources through our Healthy Behaviors program; and utilizing community volunteers to increase access to residents through CreateTheGood.<br><br>AARP has partnered with WHA for over two years on their healthy behavior initiative called Body and Soul: Healthy Lifestyles Program and AARP's Walking program. While partnering with WHA for the last few years we have been able to receive a close in-depth view of a variety of quality healthy lifestyle programs that they provide to individuals throughout the life span.<br><br>The Body and Soul program consisted of weekly and bi-weekly nutrition, chronic disease education, and exercise education sessions; fitness sessions and access to the fitness center via AARP scholarship program; field trips to local markets; screenings; and referrals to local physicians. WHA tracked all of the above community engagements by identifying improvements/behavioral changes through surveys; referring others from the community to |

Plaintiff_00116



the program and referrals from community physicians of participants to the program.

The goal of the Body and Soul program was to:

> *Goal 1:* The goal was to promote and increase access to this healthy behaviors community program, to African Americans over 45 years of age in the Austin community.

WHA also sits on the Building a Healthier Chicago (Austin) council along with AARP, Chicago Department of Public Health, Blue Cross Blue Shield, American Medical Association, Rush Hospital and others under the direction of Dr. Galloway, Assistant U.S. Surgeon General for Health and Human Services (HHS). The Body and Soul program was used as a vehicle to implement the following goal.

> *Goal 2:* (via BHC Austin Initiative) Increase physical activity; improve healthy eating and prevent, detect and control high blood pressure for adults over 45 years of age.

The goals were met through The Body & Soul program by increasing its participants in the 45 and older category. In reaching goal number one, 78% of the participants in the program are 40 & older. In addition, participants have reported and we have witnessed an increase in physical activity; improved healthy eating and the prevention, detection and control of blood pressure per goal number two.

WHA has also had monumental success in implementing AARP's walking program. This past September, WHA's community fitness instructor (who is 65 yrs old) received the 'Let's Move" award from the National Congress of Black Women. Not only was her work in the community honored but one of her participants in the walking program received the 'Let's Move" award for her increase in physical activity and changing her lifestyle. This lady had a stroke earlier in the year and could not walk now she is exercising 4-5 day per week and she lost over 30 pounds through her participation in the Body & Soul program.

AARP has had successful outcomes from the Body and Soul program for the last two years; we look forward to continued partnerships for 2011. We are currently planning a community kitchen and mock grocery store that will be used for education and cooking demonstrations for the community. This newest edition

Plaintiff_00117



Performance Review

will only enhance the great work that WHA currently provides to the Westside community.

When asked about the strengths of both programs and the relevance and commitment of AARP. WHA responded, *"AARP will benefit (from continued collaboration) because their investment into the Austin community will leave a lasting impression, regardless of the staff that created the ideas and established the relationships. The community will see the investments and commitment to the development of the Austin community. Many Foundations/Associations claim to partner with community-based organizations but AARP/WHA have committed to an equitable partnership. In addition, AARP will increase their volunteers and reach at the community level. Showing commitment overtime is a successful way to get buy in from the community members,"* Cody McSellers McCray, Director of Health Promotions.

AARP has increased relationships with organizations in the AA/B community by partnering with University of Illinois Extension and Power Circle Congregation on a Women's Health Summit. Providing sponsorship for the Chi-Town Line Dancers for the American Cancer Society Walk were their oldest walker is 96 and 100% of their dancers are over 50 years of age. Lastly, AARP leveraged our relationship with the 100 Black Men organization by providing financial literacy at there annual Christmas event; this partnership was a direct link from the National office.

| | |
|---|---|
| Manager Result: | Laurinda assumed the responsibility for the AA/B programs in April, and after working with the programs strengthened the goals and metics for the programs to assure the outcomes were more definable and engaged the agencies to meet the goals set forth by the national office. She monitored the programs on a routine basis and provided technical assistance to assure they met the terms of the MOU agreements and increased AARP's relationships with the community leaders. |
| **Objective:** | **Continue awareness to learn and gain knowledge about Chicago's AA/B communities specifically in (Bronzeville, Englewood, and Austin).** |

Plaintiff_00118



Performance Review

| | |
|---|---|
| **Measure of Success:** | ☐ **Acquire research & stats relevant to Chicago's AA/B communities.**<br>☐ **Focus on issues relevant to Chicago's AA/B communities.**<br>☐ **Learn about resources in the AA/B communities.**<br><br>☐ **Identify key issues affecting Chicago's AA/B communities** |
| Employee Result: | *Key Issues and Awareness Results:*<br>AARP has been instrumental in moving the dial forward in Austin as one of the stakeholders in Building a Healthier Chicago/Austin. With organizations such as Blue Cross Blue Shield, Health and Human Services, American Medical Association, and Chicago Department of Public Health along with Austin community organizations like PCC Wellness, WHA and others; AARP has made a commitment to increase education and provide advocacy and outreach on healthy lifestyles in the Austin community. AARP and Blue Cross Blue Shield are leading the pack with innovative ideas and continued community outreach.<br><br>ASD, Laurinda Dodgen has gained access and knowledge about Bronzeville, Englewood, and Austin by attending community events, hosting events/talking sessions within the community, and listening to community complaints and suggestions regarding programs at the various sites. |
| Manager Result: | Laurinda has me the objective and measure of success to learn about the three communities, as well as the surrounding areas. Laurinda has sent time with the volunteers, agency leadership and Executive Council members to learn about the resources and needs in the communities. In addition to that knowledge, she has met her Learning Objectives, learning about AARP programs, priorities and databases. |
| **Objective:** | **Identify internal resources and be responsive to queries & needs.** |

Plaintiff_00119



Performance Review

| Measure of Success: | ☐ **Inventory existing AARP resources, identify gaps & assess resources that need to be created.**<br><br>☐ **Help to problem solve and provide assistance on AARP benefits.** |
|---|---|
| Employee Result: | *Internal Resources*<br><br>I consistently try to stay abreast of opportunities that AARP provides found in News Now. This year I was accepted and participate in the Jerry Florence mentorship program. I consistently meet with my mentor bi-monthly to meet my goals and objectives for this program. Through the Learning Portal I have attended the following classes: The BRC: Whats New & User Feedback Discussion, Brand Resource Center "101"; Performance Review for Employees; Outlook 2007 Calendar; Powerpoint Design and Best Practices; Sharenet Basic Training and Sharenet Site Administration Training. |
| Manager Result: | Laurinda detailed the information she has gained in the 8 months she has been with AARP. She has aggressively addressed her learning goals, and utilizes the website to continue learning about the AARP resources. |
| Objective: | **Measure success and conduct evaluations** |
| Measure of Success: | ☐ **Assess member engagement by documenting participation in events and programs using e-tracker.**<br><br>☐ **Solicit AA/B volunteers to be trained to conduct community presentations and assist with CTB/Healthy Behaviors efforts where they live (baseline measurement).**<br>☐ **Walgreens Wellness Tour to conduct health screenings in 1 AA/B neighborhood.**<br><br>☐ **Promote financial security and health education efforts in Chicago's AA communities through presentations, Real Relief tools, financial security publications and other resources.** |
| Employee Result: | AARP has provided innovative programs that have reaped substantial results in the AA/B target communities in several |

Plaintiff_00120



Performance Review

programs.

Results:

Volunteer engagement and recruitment year to date:

- ☐ Provided engagement and recruitment to over 554 AA/B volunteers and potential volunteers in .

- ☐ Assisted Terri Worman in choosing appropriate sites for the Walgreens Wellness Tour in Rockford. Two sites were chosen; 1 in AA/B neighborhood and 1 in Latino neighborhood. Both events had excellent turnout. Terri informed me that they are discussing on continuing these sites for next year and possibly adding additional AA/B, Latino sites in the Rockford area. Currently identifying opportunities in the Chicago land area for 2011.

- ☐ Utilized Kim Nute-Jones to provide financial literacy workshops on the south side of Chicago. Provided financial literacy workshops to the 100 Black Men organization.

| Manager Result: | Laurinda has evaluated the results of the programs funded and used this information to plan for 2011. |
|---|---|
| **PEOPLE** | |
| Objective: | **Demonstrated WORLD CLASS cultural attributes and behaviors in all interactions.** |
| Measure of Success: | **Supervisor monitoring and assessment confirmed by feedback from others with whom the employee works.** |
| Employee Result: | I believe that the 3rd party "recognition" from colleagues across the association best documents my performance in this area.<br><br>***Feedback from the WVON show:***<br>First, I've been meaning to commend your thorough format for interview requests. It really works great. Secondly, I would like for us to plan to discuss feedback of the campaign in the near future with Carmenza and Melody included. We want to ensure all is well for AARP. We appreciate your partnership.<br><br>***Feedback from SOG Metric Spreadsheet:***<br>I hope this email finds you well. This spreadsheet is terrific! Thanks for sharing!<br><br>This is outstanding!! You and the team have been quite busy! Thanks for all your hard work and enthusiasm. |

Plaintiff_00121



Performance Review

*Feedback from Year End Summary:*

Thank you for this excellent summary of all you have done in reaching out to the AA/B communities. You are the breath of fresh air that has been needed for a long time. I am looking forward to this year with eager anticipation.

Excellent work. Your outreach initiatives are super on behalf of our targeted audience.

Looking forward to reviewing Laurinda! Thanks for sharing, and thanks for all of your hard work!!

*Recognition Points:*

**Shared Responsibility:**

**Laurinda: Thank you so much for your willingness to share your connections and knowledge in Rockford - I am lightyears ahead because of your generosity.**

**Learn:**

Thanks for being willing to learn and get into detail work to cover for me.

| | |
|---|---|
| Manager Result: | Laurinda has demonstrated WORLD CLASS attributes and behaviors with staff, Ex. Council members, volunteers and agencies she is working with in her areas. |

## EMPLOYEE SUMMARY

AARP has increased the needle in terms of awareness, engagement, relevance and political power in the AA/B community by engaging members/potential members, volunteers, providing education and outreach and providing a presence in under-served communities.

I have had great success in moving the dial on AA/B SOG metrics. ASD's continue to meet and exceed goals in SOG Multicultural Metrics for 2010. The Illinois State office AA/B multicultural staff has earned/paid for 2 Media Outlets (YTD 11); engaged 26 (YTD 134) community/political leaders; discussions with 6 (YTD 127) organizations on partnership and collaborative efforts; 1034 (YTD 1097) points of Member/Potential Member Engagements; and 221 (YTD 1521) Volunteer Engagement/Recruitment efforts.

Plaintiff_00122



Performance Review

| |
|---|

### MANAGER SUMMARY

Laurinda has had a productive nine months she has been with AARP. She worked with Carmenza on the transition and quickly began working on her objectives and measures of success for the diversity work in the three neighborhoods. She is working with the programs to expand their programing and working with them to look to 2011 for innovative methods to involve members in the minority communities. Laurinda had a successful programs on talk radio station WVON and worked with staff on the scheduled. She assisted Terri in the Rockford community, utilizing her connections in Rockford to provide linkages to the health and AA/B community. She has met the goals set forth for the AA/B funding for Illinois, and communicated this information on a routine basis to staff in the national office.

Laurinda's comments in the employee result section highlights her work to accomplish the objectives set forth for the AA/B goals in Illinois and her work toward the goals set forth for the work to be done in Illinois.

### COMMENTS

### SIGNATURE LINES

| EMPLOYEE NAME | DATE | SIGNATURE |
|---|---|---|
| Paschal-Dodgen, Laurinda L. | 2/23/2011 | Dodgen, Laurinda (ldodgen) |
| **MANAGER NAME** | **DATE** | **SIGNATURE** |
| Nelson, Nancy S. | 2/22/2011 | Nelson, Nancy S. (nnelson) |
| **APPROVER NAME** | **DATE** | |
| Nelson, Nancy S. | 2/24/2011 | |

Plaintiff_00123

Laurinda Paschal-Dodgen

2010 Mid Year Performance Review

Manager: Nancy S. Nelson

Plaintiff_00124



**The power to make it better.™**

## 2010 MID YEAR PERFORMANCE REVIEW

| EMPLOYEE INFORMATION | |
|---|---|
| Employee Name: | Paschal-Dodgen, Laurinda L. |
| Employee Number: | 62311 |
| Employee Status: | |
| Manager Name: | Nelson, Nancy S. |
| Manager Number: | 62199 |
| Business Unit: | SOG-Illinois State Office |
| Year: | 2010 |

| MEMBER VALUE / SOCIAL IMPACT | |
|---|---|
| **Objective:** | **Assist in the implementation of tactical goals related to the Create the Good/Healthy Behaviors initiative in the context of the AARP Illinois State Plan.** |
| **Measure of Success:** | ☐ **Increase community and media awareness of the Create The Good/Health Behaviors, particularly among diverse audiences in AARP's targeted multicultural communities (Bronzeville, Englewood, and Austin) with baseline measures.**<br><br>☐ **Increase use of ethnic earned media/paid media and all marketing materials used in AA/B communities.** |
| Employee Result: | ☐ Increasing community awareness with CTG and Healthy Behavior programs by reaching South-side churches (ALC, CTG- Healthy Behavior) and (WHA, community volunteer and community walk). Program Coordinators assigned to work on these two projects has met with five churches (ALC) and two community organizations (WHA) to increase awareness on AARP's programs. Additionally, we have had eight paid radio advertisements on WVON and three earned media on Medill Report Chicago and AustinTalks.org and Austin's local paper (community walk).<br>☐ Paid media for WVON (8 spots, 1 makeup spot); earned media in AustinTalks.org, a web based media; and earned media in Austin's local paper. |
| Manager Result: | |



**The power to make it better.™**

Performance Review

| | |
|---|---|
| **Objective:** | **Create a diverse volunteer structure, particularly in the multicultural communities (Bronzeville, Englewood, and Austin) that promotes and supports AARP's strategic Social Impact and Member Value priorities** |
| **Measure of Success:** | ☐ **Increase AARP awareness in AA/B communities (provide baseline measures).**<br><br>☐ **Build and strengthen membership engagement among diverse communities through activities that support volunteer engagement and member value support (CTG, advocacy, community events, etc).**<br><br>☐ **Increase volunteer opportunities through volunteer recruitment, orientation and training designed to meet the needs of AARP Illinois' social and member value agenda in the state.** |
| **Employee Result:** | ☐ Currently working on recruitment of volunteers; baseline measures will be provided Dec. 31st.<br>☐ Reached 462 people at the Black Women's Expo. As a result I and newly recruited volunteers recruited an additional 67 AARP volunteers (1 for CA and 1 for NY); 115 membership cards were taken by attendees; and 105 CTG cards were signed by attendees.<br>☐ Mailings went out to South-side (Englewood) members and surrounding areas for computer educator volunteers, four responses returned thus far.<br>☐ Future plans to provide orientation for the 65 volunteers that signed up at the Black Women's Expo. ALC will provide bimonthly orientations to all new volunteers that sign up through the center. |
| **Manager Result:** | |
| **Objective:** | **Sustain and enhance collaborative efforts and partnerships with community groups, associations and business entities for educational & advocacy efforts that engage diverse AARP members and 50+ Illinoisans.** |

Plaintiff_00126



**The power to make it better.™**

| | |
|---|---|
| **Measure of Success:** | ☐ **Complete Healthy Behavior and CTG MOU agreements with WHA, Salvation Army and ALC.**<br>☐ **Enhance partnerships in targeted (Bronzeville, Englewood, Austin) communities by 20% by December 31, 2010.**<br>☐ **Continue collaboration with BHC and the work in Austin**<br><br>☐ **Increase relationships with community leaders in targeted communities.** |
| Employee Result: | ☐ MOU's completed June 2010; organizations will send end of year report by Dec 31st<br>☐ Currently partnering with BHC Austin; AARP is now the co-chair of that committee. Discussions have been made with Bethel New Life, PCC Wellness, United Healthcare and Chicago Park District (Austin); BlackDoctors.org (Chicago), and Salvation Army Center (Blue Island).<br>☐ Thus far I have met with over 100 community leaders in all three communities and surrounding communities |
| Manager Result: | |
| **Objective:** | **Continue awareness to learn and gain knowledge about Chicago's AA/B communities specifically in (Bronzeville, Englewood, and Austin).** |
| **Measure of Success:** | ☐ **Acquire research & stats relevant to Chicago's AA/B communities.**<br>☐ **Focus on issues relevant to Chicago's AA/B communities.**<br>☐ **Learn about resources in the AA/B communities.**<br><br>☐ **Identify key issues affecting Chicago's AA/B communities** |
| Employee Result: | Continue to research community information. During educational forums provided by AARP, I ask community related questions to ascertain key issues within a given community. |
| Manager Result: | |

Plaintiff_00127



**The power to make it better.™**

| Objective: | Identify internal resources and be responsive to queries & needs. |
|---|---|
| **Measure of Success:** | ☐ **Inventory existing AARP resources, identify gaps & assess resources that need to be created.**<br><br>☐ **Help to problem solve and provide assistance on AARP benefits.** |
| Employee Result: | ☐ Created SOG metric excel sheet that was provided to Illinois Chicago office, Nationals, and targeted multicultural states. Positive feedback from Ouida and ASD's<br><br>☐ Using AA/B numbers only, AARP has surpassed two out of the five SOG Metrics. With combined ASD efforts, I foresee us surpassing our goal on all 5 metrics by the end of the year. |
| Manager Result: | |
| Objective: | **Measure success and conduct evaluations** |
| **Measure of Success:** | ☐ **Assess member engagement by documenting participation in events and programs using e-tracker.**<br><br>☐ **Solicit AA/B volunteers to be trained to conduct community presentations and assist with CTB/Healthy Behaviors efforts where they live (baseline measurement).**<br>☐ **Walgreens Wellness Tour to conduct health screenings in 1 AA/B neighborhood.**<br><br>☐ **Promote financial security and health education efforts in Chicago's AA communities through presentations, Real Relief tools, financial security publications and other resources.** |
| Employee Result: | ☐ Currently tracking information in personal database. I have not learned E-tracker.<br>☐ Recruited 72 volunteers thus far to be trained in late August.<br>☐ Assisted Terri Worman in choosing appropriate sites |

Plaintiff_00128



**The power to make it better.™**

|  | for the Walgreens Wellness Tour in Rockford.  Two sites were chosen; 1 in AA/B neighborhood and 1 in Latino neighborhood. Both events had excellent turnout. Terri informed me that they are discussing on continuing these sites for next year and possibly adding additional AA/B, Latino sites in the Rockford area. Currently identifying opportunities in the Chicago land area for 2011.<br><br>☐ Currently working on financial security workshop presentations with volunteer Kim Nute-Jones, University of Illinois Extension employee.  Additionally, I provide financial literacy material and links to AARP national/state website for additional information. |
| --- | --- |
| Manager Result: | |

| FINANCIAL | | |
| --- | --- | --- |
| **PEOPLE** | | |
| **Objective:** | Demonstrated WORLD CLASS cultural attributes and behaviors in all interactions. | |
| **Measure of Success:** | Supervisor monitoring and assessment confirmed by feedback from others with whom the employee works. | |
| Employee Result: | Positive feedback from colleagues on shared work thus far including; SOG excel spreadsheet, Rockford networking efforts, program implementations, and collaborations. Terri Worman has stated that I put her two years ahead  of where she should be in Rockford by providing her with quality contacts that resulted in successful events and future programs.  I have recruited volunteers for CA and NY states.  In addition I have a winning attitude and share best practices with AARP staff for possible duplication. | |
| Manager Result: | | |

**EMPLOYEE SUMMARY**

My progress to date has been met within three full months of employment. During this time I have managed to meet two out of five SOG Metrics, recruit 72 volunteers, 182 CTG cards signed and raised awareness in target communities by increasing earned marketing efforts. I believe my strengths are creativity, drive for results, and cross group collaborations. This can be seen in ideas provided to staff/members; quantitative results which include the ratio to numbers of members/potential members reached to those that sign up for CTG, volunteers, or take membership information; and rapport with collaborative organizations.

I am currently working on strategic leadership which will be a value to the AARP volunteers and to me professionally. Strategic leadership will always be a work in progress but I tackle this subject with education inside and outside of the AARP organization through fellowships, committees, and on-line trainings.

**MANAGER SUMMARY**

Plaintiff_00129



**The power to make it better.™**

Laurinda has hit the ground running in her new position. She attended the ASD and Diversity Training in May, which provided her with strong insight into the goals and challenges of the diversity work for AARP. She worked with Carmenza on the transition and quickly began working on her objectives and measures of success for the diversity work in the three neighborhoods. She is working with the programs to expand their programing and working with them to look to 2011 for innovative methods to involve members in the minority communities.

Laurinda assumed the lead for the African-American talk radio station, WVON and worked with staff on the scheduled. She assisted Terri in the Rockford community, utilizing her connections in Rockford to provide linkages to the health and AA/B community.

Laurinda's comments in the employee result section highlights her work to accomplish the objectives set forth for the AA/B goals in Illinois and her work toward the goals set forth for the work to be done in Illinois.

| COMMENTS |
|---|
| |

| SIGNATURE LINES | | |
|---|---|---|
| **EMPLOYEE NAME** | **DATE** | **SIGNATURE** |
| Paschal-Dodgen, Laurinda L. | 8/13/2010 | Dodgen, Laurinda (ldodgen) |
| **MANAGER NAME** | **DATE** | **SIGNATURE** |
| Nelson, Nancy S. | 8/13/2010 | Nelson, Nancy S. (nnelson) |
| **APPROVER NAME** | **DATE** | |
| Nelson, Nancy S. | 8/13/2010 | |

Plaintiff_00130







IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAURINDA DODGEN,                     )
                                     )
                  Plaintiff,         )
                                     )
         -vs-                        )          Case No.:
                                     )
AARP,                                )          **Jury Trial Demanded**
                                     )
                  Defendant.         )

## COMPLAINT AT LAW

Exhibit "B"

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Laurinda P. Dodgen<br>c/o Keenan J. Saulter, Esq.<br>SAULTER LAW P.C.<br>900 Ridge Road, Suite 300<br>Homewood, IL 60430 | From: **Chicago District Office**<br>**230 S. Dearborn**<br>**Suite 1866**<br>**Chicago, IL 60604** |
|---|---|

|  | On behalf of person(s) aggrieved whose identity is<br>CONFIDENTIAL (29 CFR §1601.7(a)) |  |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2020-03184 | **Ana Aiza,**<br>**Investigator** | **(312) 872-9657** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [X] | The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other (briefly state) |

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Julianne Bowman/eh*                                        9/11/2020

| Enclosures(s) | **Julianne Bowman,**<br>**District Director** | (Date Mailed) |
|---|---|---|

cc: **AARP**
**c/o Kelsy M. Bennett, Esq.**
**Sr. Corporate Attorney**
**601 E St. NW**
**Washington, DC 20049**



S SUBURBAN IL 604

14 SEP 2020 PM 4 L

CHICAGO DISTRICT OFFICE
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
230 S. DEARBORN, SUITE 1866
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS

NOTIFY SENDER OF NEW ADDRESS
* 601 NDE 1 819C0109/28/20
.SAULTER LAW P C
900 RIDGE RD STE 35E
HOMEWOOD IL 60430-1937

BC: 60430193735   *1276-01543-28-31

60430-1937
60430>1937

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAURINDA DODGEN,                    )
                                    )
              Plaintiff,            )
                                    )
       -vs-                         )        Case No.:
                                    )
AARP,                               )        **Jury Trial Demanded**
                                    )
              Defendant.            )

<u>**COMPLAINT AT LAW**</u>

Exhibit "C"

## DECLARATION OF AARON McLEOD

The undersigned Declarant Aaron McLeod as follows:

1.      My name is Aaron J. McLeod, am the Pastor of Gorham United Methodist Church located in Chicago, Illinois and have held this position for nearly two years.

2.      I am also an Attorney that has practiced law in Illinois for many years.

3.      I am a graduate of McCormick Theological Seminary, The University of Iowa College of Law, Harvard University School of Divinity, and Morehouse College.

4.      I have completed a leadership fellowship at University of Illinois School of Public Health, a Certificate in Mediation from Northwestern University, and I have studied at the School of Management at Lancaster University in Lancaster, England.

5.      I also worked as a Manager with VITAS Healthcare Corporation, the largest hospice corporation in the United States, beginning in 2009.

6.      Prior to becoming Pastor of Gorham United Methodist Church, I served as Executive Director of Special Projects at Trinity United Church of Christ located in Chicago, Illinois.

7.      I served as Executive Director of Special Projects from 2010 through 2018, in this role I began my work with Laurinda Dodgen around 2012.

1

8.      Trinity United Church of Christ is known for its dedication to transforming the African American community through liberation and social justice boasting a congregation of over 8,000 members.

9.      The congregation of Trinity United Church of Christ benefited greatly from the programs brought to the church through the partnership with Laurinda Paschal Dodgen.

10.     I also worked with Laurinda during my work with VITAS Healthcare Corporation.

11.     Laurinda Dodgen's work was exceptional, she provided novel ideas which resulted in sponsorships from AARP for programming and educational services.

12.     She contributed greatly to the Trinity church community hosting several events including an AARP membership drive and a health forum which included Cook County Hospital as well as The University of Illinois Hospital and Health Sciences System.

13.     Trinity United Church of Christ has two senior housing complexes and operates within the field healthcare and hospice, the experience with Laurinda Paschal Dodgen meet the needs of our organization as well as our congregation.

14.     Trinity United Church of Christ is well known politically as being the church home of former President of the United States Barack Obama and having participated heavily in setting new political and economic agendas for community progression, locally and internationally.

15.     The relationship and services that Laurinda Dodgen was able to provide Trinity United Church of Christ and VITAS  fostered a meaningful relationship with the congregation and AARP Illinois.

16.     I do not believe that this level of advocacy could have been achieved if it were not for the work of Laurinda Dodgen.

17.     From my perspective as a member of the community and working with constituents that were within the demographic and target market of AARP, Laurinda Dodgen benefited AARP greatly and represented the organization exceedingly well.

## DECLARATION

I, Aaron McLeod, declare under penalty of perjury pursuant to 28 U.S.C. §1746(a), that the statements made in the above affidavit are true and correct to the best of my knowledge, information, and belief. My statements are made voluntarily and without any benefit actual or promised offered in exchange for making these statements.

_____          ___08/27/2020_____
Aaron  J. McLeod                                              Date

3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LAURINDA DODGEN,                    )
                                    )
            Plaintiff,              )
                                    )
            -vs-                    )        Case No.:
                                    )
AARP,                               )        **Jury Trial Demanded**
                                    )
            Defendant.              )

<u>COMPLAINT AT LAW</u>

Exhibit "D"

## DECLARATION OF DAVID VINKLER

The undersigned Declarant, David Vinkler, states as follows:

**I.** **BACKGROUND and RELATIONSHIP TO AARP**

1. I, David Vinkler, am currently the Vice President of Government Contracts at Molina Healthcare Illinois.

2. I worked for AARP-Illinois from 2007 through 2015 serving as Assistant State Director of Advocacy.

3. I was primarily responsible for lobbying in the state capital of Springfield, Illinois, and working with the states to develop issues and solutions; additionally, I was also responsible for training volunteers and assisting with AARP events.

**II.** **RELATIONSHIP TO LAURINDA PASCHAL DODGEN**

4. It was through my work with AARP Illinois, that I was introduced to and had the opportunity to work with Laurinda Paschal Dodgen, she was the Assistant State Director of Outreach.

5. I worked with Laurinda Dodgen on several projects throughout my tenure with AARP as the fields of advocacy and outreach have a significant overlap.

6. Upon Laurinda Dodgen's arrival to AARP, there were immediate gains from her relationships and work efforts, outreach was measurably more successful and created a cyclical relationship with advocacy, which experienced great gains from her work as well.

1

7.      Nearly immediately upon being hired, Laurinda made a significant positive

impact in the area of outreach withing the AARP Illinois Office. I note this, because prior

to Laurinda' arrival, the office had been largely unsuccessful at outreach—particularly in

the area of outreach to the African-American Community in Chicago and throughout

Illinois.

8.      This was Laurinda's focus area and she excelled in that role.

9.      I recall a time where AARP was attempting to lobby the Illinois Governor's

Office on a particular issue and had been largely unsuccessful which prompted the

organization of a volunteers to actively demonstrate and gather outside of the Governor's

Office in Chicago (the James R. Thompson Center), with our methods we secured fewer

than 10 people. This incident was prior to Laurinda's hiring.

10.     After Laurinda's arrival, we attempted to organize for a similar volunteer outreach

and mobilization effort, and Laurinda, individually, was able to secure buses of people

and mobilize them to Springfield, (from Chicago/Northern Illinois); her work

performance was unparalleled in this capacity—as she was able to consistently organize

and mobilize volunteers and community partners in this matter for issues that were

significant to AARP Illinois and it's constituents.

11.     Laurinda was so successful at outreach she began to also participate in the

advocacy work on behalf of AARP (even though that was not her direct role).

12.     In one instance that I recall, Laurinda was able to spearhead the lobbying efforts

for the passage of the Illinois Secure Choice Savings Program Act, 30 ILCS 105/5.855 on

behalf of AARP.

13.     The Act established a retirement savings program in the form of an automatic enrollment payroll deduction IRA with the intent of promoting greater retirement savings for private-sector employees in a convenient, low-cost, and portable manner.

14.     This was an advocacy effort (on behalf of AARP) that had been previously unsuccessful for 3-4 years under the efforts of Brian Gutenfelter (a White Male).

15.     However, once the Act was passed by the Illinois State Legislature and signed by the Governor, it moved to the implementation phase (i.e. ensuring that the legislation was as it relates to AARP's constituency was implemented properly).

16.     Typically, this would be handled and managed by the AARP partner who assisted in getting the legislation passed and had the relationships with the legislators, community partners and stakeholders—which in this instance was Laurinda and not Gutenfelter.

17.     However, Bob Gallo took the program from Laurinda (for implementation) and returned it back to Gutenfelter.

### III.     OBSERVATIONS OF DISPARATE WORK ENVIRONMENT

18.     In my opinion and based on my observations, Bob Gallo (hereinafter "Gallo") struggled with working with and managing people of color (racial minorities to include African Americans) and women.

19.     I saw this when LAURINDA PASCHAL DODGEN was able to get the Illinois

Secure Choice Savings Program Act passed, however, she was unable to continue to the

implementation phase without explanation.

20.     This was unusual as generally the person responsible for passing the bill would

also continue with implementation because that person would have worked most closely

with the bill and could be of more assistance if implementation if issues were to arise.

21.     Mr. Gallo's actions essentially reprimanded Laurinda for her stellar performance;

he intentionally intervened and impeded Laurinda's ability to succeed in advocacy at

AARP by giving her work to an employee who was previously unable to complete the

task—white male Brian Gutenfelter.

22.     The more successful Laurinda became it appeared that Mr. Gallo would intervene

to make her job more difficult.

23.     This created a created a hostile work environment for Laurinda.

24.     Mr. Gallo did not treat similarly situated employees that he supervised in this

fashion.

25.     Even prior to Mr. Gallo becoming State Director during my first year with AARP,

I (as a white male) personally experienced a hostile work environment, and no action was

taken until there were many complaints from multiple people.

26.     AARP's human resource department was unresponsive to complaints and would

handle complaints recklessly, this included informing those who received complaints

against them of their alleged complainants, subjecting several employees to retaliation.

4

27.     Based on my observations, Laurinda experienced a hostile work environment at AARP Illinois.


DECLARATION

I, David Vinkler, declare under penalty of perjury pursuant to 28 U.S.C. §1746(a), that the statements made in the above affidavit are true and correct to the best of my knowledge, information, and belief. My statements are made voluntarily and without any benefit actual or promised offeredd in exchange for making these statements.


8/27/2020

_____

_____

David Vinkler                              Date


5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LAURINDA DODGEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No.: |
| | ) | |
| AARP, | ) | **Jury Trial Demanded** |
| | ) | |
| Defendant. | ) | |

## COMPLAINT AT LAW

Exhibit "E"

39

## <u>DECLARATION OF GERARDO CARDENAS</u>

The undersigned Declarant, Gerardo Cardenas, states as follows:

## I. BACKGROUND

1.     My name is Gerardo Cardenas, and I currently reside in Mexico City, Mexico and I have lived here since approximately March of 2018.

2.     I currently work as an independent Communications and PR consultant in Mexico City.

3.     I am a Hispanic male.

4.     Prior to moving to Mexico City, I resided in Oak Park, Illinois and continue to have familial ties including my daughter who attends DePaul University.

## II. RELATIONSHIP TO AARP

5.     In or about January 2008 I began my career with AARP-Illinois as Associate State Director of Communications.

6.     In that position I was responsible for the external and internal communications for AARP-Illinois and reported to the Director of Communications.

7.     In 2010 I was promoted to Director of Communication and began reporting directly to Bob Gallo (hereinafter "Mr. Gallo").

### III.    EXPERIENCE WITH MR. GALLO

8.    Mr. Gallo had been only known to me professionally upon my introduction to AARP-Illinois in 2008. Our interactions were very limited until I became his direct report in 2010.

9.    Mr. Gallo had been known to me and those in the office to make insensitive and derogatory remarks based on race and gender.

10.    Mr. Gallo often made horrifically inappropriate comments that were rooted in on racial/ethnic background and gender stereotypes.

11.    Mr. Gallo routinely referred to an Asian-American intern as "Dragon Lady" when speaking to me and other staff.

12.    When I attempted to speak with Mr. Gallo about his comments and explain that this comment and others like these are insensitive as well as inappropriate he would retort stating that his wife is Lebanese-American and that he "understood diversity better than anyone" because of that fact.

13.    Sometime thereafter in 2016 Mr. Gallo hired Yelena Yankovskaya, a white female, to replace the office administrator.

14.    This position was a highly technical and skilled position as it required clerical functions as well as accounting, budgeting, and a liaison component.

15.    The individual in this role was required to act as an Executive Assistant to the Illinois State AARP staff in the Chicago office.

16.    Mr. Gallo conducted the interviews solely, which was not customary and had not been a hiring practice prior to this occasion, and subsequently hired

2

Yelena without participation or consultation with me or any other Director who had a supervisory role.

17. Yelena severely lacked the skills needed for the position, specifically the accounting function, which led to many complaints being reported to the national team.

18. When it became apparent that Yelena's incompetence was creating additional work for the team, including myself, when it came to preparing requests for travel, budget and other operational requests—multiple team members complained to Mr. Gallo regarding Yelena's deficiencies.

19. In response to the complaints Mr. Gallo received he proposed I hire Yelena in the communications department for a social media position—instead of properly addressing the situation or making attempts to require Yelena to improve her performance deficiencies.

20. I advised Mr. Gallo that Yelena did not possess the requisite skills for the position on my team.

21. There was a staff retreat in approximately 2016 or 2017, and several members of the staff confronted Mr. Gallo regarding his preferential treatment of Yelena, particularly given the fact that she was not good at performing the required job responsibilities.

22. Following this retreat (and Mr. Gallo being confronted by the staff) I lost two members of my team (two white women) who were offered better positions within AARP.

23.     When I attempted to replace those two individuals to fully staff my team, Mr. Gallo retaliated against me by refusing to replace them which significantly impacted my ability to perform my role.  He cut my budget in half, which only allowed me to re replace one of the two staff members that I had lost.

24.     Further, in retaliation Mr. Gallo began to interfere in my ability to perform as he began to reduce the Communications budget and circumvented my ability to perform.

25.     It became more and more impractical to produce the outcomes of the company with the minimal resources available to me.

26.     Mr. Gallo would often give Yelena privileges despite her work product being poor—that were not afforded to other employees of color.

27.     She was given privileges such as being allowed to work remotely from the Ukraine for an unspecified amount of time to support her mother through illness, however, when other employees requested the similar accommodation, some with a mix of office and remote work, Mr. Gallo would initially deny the request—to simply work from the Chicagoland region, and only reluctantly agreed to accommodate remote work requests from my staff (Jennifer Baier and Heather Heppner).

28.     After Mr. Gallo was confronted by team members repeatedly about his treatment of Yelena when compared to other diverse employee's request only then were their requests granted.

4

29.     Among those requests was my request for remote work so that I would be able to care for my ailing mother, which was the same reason that was specified as Yelena's exception.

30.     Additionally, my direct report who requested accommodations for maternity care and bonding (Heather) preferred to work from home after she had her baby.

31.     Although it was AARP Company policy to allow for the same,

32.     In Heather's case, the maternity accommodations were granted as it was company policy. However, he did complain about granting her remote work accommodations altogether.

33.      Mr. Gallo would routinely rate Yelena excellent, 5 of 5, on her annual performance review without rationale as required for all other employees during the managerial performance review meetings.

34.     He would share his rating as each manager in the office was to participate in giving feedback and critique on each ratings of the office employees, however, when Mr. Gallo was confronted with Yelena's shortfalls and documented complaints against her this did not sway his rating.

35.     This rating was directly related to an employee's ability to receive bonus compensation.

36.     Which resulted in Yelena receiving bonuses equal to and in some circumstances even greater than the bonuses of the supervisory staff.

5

37.     Actions such as these were demeaning and directly contributed to the lack of morale and disparate work environment.

38.     When I compare Mr. Gallo's treatment of Yelena's to Ms. Janice Love (an African American woman who had a similar role) the differences were stark.

39.     Mr. Gallo would not spend additional time with Janice nor would he engage in typical office comradery as he previously had with Yelena.

40.     There were other occasions where Mr. Gallo would ask me whether I believed someone was lazy, however, he would only use the phrase lazy when referring to African Americans and Hispanic colleagues.

41.     On one occasion Mr. Gallo asked me if I believed Associate State Director for Community Outreach Alvaro Obregon was lazy when in fact Mr. Gallo knew Alvaro had worked on that specific project (with the Mexican Museum) very diligently and he and I had even collaborated and that the project did not come to fruition due to funding not strategy and planning—this project related to increasing AARP's presence in Chicago's Latino neighborhoods through specific communications and marketing tactics.

42.     On a separate occasion he asked me if I also thought Associate State Director for Advocacy Andre Jordan (who worked in the Springfield field office in the lobbying area) was lazy which I found to be unfounded as Andre was well respected in the office and in the community in general as he had many connections in Springfield, Illinois which was a factor in hiring him..

43. Even with his stellar performance Mr. Gallo would demand more from Andre than his predecessor, Mr. Gallo would then use that as rationale to defend his lazy idiom to demean Andre.

## IV. EXPERIENCE WITH MARY ANDERSON

44. At some point in 2016 Mr. Gallo hired Mary Anderson (hereinafter "Ms. Anderson") as a consultant for the community and advocacy program in Chicago, Illinois.

45. Ms. Anderson was generally known to me and my family prior to her employment with AARP-Illinois as we both resided in the Oak Park, Illinois community

46. Further, I was familiar with Ms. Anderson professionally as she engaged in state office work which was also an integral part of my role during that time. While she was known to me because of the shared community we had not previously worked together.

47. Upon being introduced to the AARP-Illinois Chicago Team Ms. Anderson scheduled several meetings.

48. During the first meeting with the team Ms. Anderson became confrontational with other members of the team and began chastising those in attendance and behaving in an unprofessional matter—yelling at them, telling them to shut up and clapping in the faces of team members.

7

49.     Particularly the minority staff in attendance (to include Laurinda and Alvaro).

50.     During this meeting, members of the team expressed concern regarding Ms. Anderson's behavior in how she would speak to team members in a poor manner.

51.     After the meeting, several staff expressed to me the disdain they had for the treatment they received from Ms. Anderson while in this meeting.

52.     I also felt the behavior was inappropriate as well and reported the incident the same day to Mr. Gallo as I thought it was important that he take the necessary action as the Director of the office.

53.     Shortly after, approximately one day later, Ms. Anderson called to apologize to me for her behavior and she exhibited what I thought at the time to be sincere regret for her action.

54.     I assumed she would also be making similar calls to the other staff as well and that the working relationship would recover.

55.     There were very few meetings with Ms. Anderson following this initial encounter as it was determined my involvement with her work specific to AARP did not intersect.

## V.     CONCLUSION

56.     The actions of Mr. Gallo and Ms. Anderson created hostile work environment where racism, sexism and other derogatory behavior were accepted and engaged in by those with authority—i.e. Gallo and Anderson.

8

57.     These actions were demeaning and directly contributed to the lack of morale and disparate work environment—specifically for racial minorities and women.

*DECLARATION*

I, Gerardo Cardenas, declare under penalty of perjury pursuant to 28 U.S.C. §1746, that the statements made in the above affidavit are true and correct to the best of my knowledge, information, and belief. My statements are made voluntarily and without any benefit actual or promised offered in exchange for making these statements.

*s/Gerardo Cardenas*                    August 27, 2020
Gersardo Cardenas                              Date

My handwritten signature also appears on the next page.

9

